# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TETSUYA NAKAMURA,

    Plaintiff(s),

vs.

SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK, and JOHN DOES 1-10,

    Defendant(s).

Case # 2:22-cv-01324-MMD-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Claire Elise Mena_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West LLP_____
(firm name)

with offices at _____Silicon Valley Center, 801 California Street_____,
(street address)

_____Mountain View_____, _____California_____, _____94041_____,
(city)                        (state)                    (zip code)

_____(415) 875-2046_____, _____cmena@fenwick.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Tetsuya Nakamura_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **12/8/2021** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Northern District of California | 2/14/2022 | 339324 |
| USDC Southern District of California | 4/11/2022 | 339324 |
| USDC Central District of California | 3/14/2022 | 339324 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                                _Claire Elise Mena_
    STATE OF ____Nevada____ )        Signed on 2022/08/09 16:02:48 -8:00
5                                 )                                Petitioner's signature
    COUNTY OF ____WASHOE____ )
6

7       ____Claire Elise Mena____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                            _Claire Elise Mena_
                                                             Signed on 2022/08/09 16:02:48 -8:00
10 Subscribed and sworn to before me this         Petitioner's signature

11

12 _____ day of __08/09/2022_____, _____.

13 [signature: S. Braselton]                 S. BRASELTON
    Signed on 2022/08/09 16:02:48 -8:00         NOTARY PUBLIC
14           Notary Public or Clerk of Court     STATE OF NEVADA
                                                  Commission # 10-3467-2
                                                  My Appt. Expires October 11, 2022

15                 Notarial act performed by audio-visual communication

16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
         **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19 believes it to be in the best interests of the client(s) to designate ____John D. Tennert____,
                                                                                   (name of local counsel)
20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21 ~~above-entitled Court as associate resident counsel in this action. The address and email address of~~
22 said designated Nevada counsel is:

23 _____7800 Rancharrah Pkwy_____,
24                                              (street address)

    _____Reno_____, _____Nevada_____, _____89511_____,
25         (city)                 (state)             (zip code)

26     _____(775) 788-2200_____, _____jtennert@fennemorelaw.com_____.
    (area code + telephone number)       (Email address)
27

28                                                    4                                                    Rev. 5/16

DocVerify ID: E62E7ABB-CB54-42A1-90E1-C488FF46F805
www.docverify.com
Page 4 of 5    4C488FF46F805

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Tetsuya Nakamura
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*DocuSigned by:*
John Tennert
_____
Designated Resident Nevada Counsel's signature

11728                              jtennert@fennemorelaw.com
Bar number                         Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

August 4, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CLAIRE ELISE MENA, #339324 was admitted to the practice of law in this state by the Supreme Court of California on December 8, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records