**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TETSUYA NAKAMURA,

    Plaintiff(s),

vs.

SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK, and JOHN DOES 1-10,

    Defendant(s).

Case # 2:22-cv-01324-MMD-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Casey O'Neill___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Fenwick & West LLP___
(firm name)

with offices at ___Silicon Valley Center, 801 California Street___,
(street address)

___Mountain View___, ___California___, ___94041___,
(city) (state) (zip code)

___(415) 875-2027___, ___coneill@fenwick.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Tetsuya Nakamura___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___9/18/2009___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Northern District of California | December 16, 2016 | 264406 |
| USDC, Central District of California | November 7, 2017 | 264406 |
| USDC, Southern District of New York | November 17, 2009 | 4714363 |
| USDC, Eastern District of New York | January, 2010 | 4714363 |
| USDC, Western District of New York | April 30, 2013 | 4714363 |
| US Court of Appeals for the Ninth Circuit | January 23, 2018 | 264406 |
| US Court of Appeals for the Second Circuit | January, 2010 | 4714363 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of California, New York State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____caseytoneill_____
Petitioner's signature

STATE OF ___Nevada___ )
                      )
COUNTY OF ___Washoe___ )

___Casey O'Neill___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____caseytoneill_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of __08/10/2022__,

**S. BRASELTON**
NOTARY PUBLIC
STATE OF NEVADA
Commission # 10-3467-2
My Appt. Expires October 11, 2022

___SBraselton___
Notary Public or Clerk of Court

Notarial act performed by audio-visual communication

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___John D. Tennert___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___7800 Rancharrah Pkwy___,
(street address)

___Reno___, ___Nevada___, ___89511___,
(city)          (state)        (zip code)

___(775) 788-2200___, ___jtennert@fennemorelaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Tetsuya Nakamura
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

DocuSigned by:
John Tennert
_____
Designated Resident Nevada Counsel's signature

11728                               jtennert@fennemorelaw.com
Bar number                          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

August 4, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CASEY THOMAS O'NEILL, #264406 was admitted to the practice of law in this state by the Supreme Court of California on September 17, 2009; that from the date of admission to January 26, 2010, he was an ACTIVE licensee of the State Bar of California; that on January 26, 2010, he transferred at his request to the INACTIVE status; that from that date to April 26, 2012, he was an INACTIVE licensee of the State Bar of California; that on April 26, 2012, he transferred at his request to the ACTIVE status; that from that date to January 18, 2013, he was an ACTIVE licensee of the State Bar of California; that on January 18, 2013, he transferred at his request to the INACTIVE status; that from that date to July 19, 2016, he was an INACTIVE licensee of the State Bar of California; that on July 19, 2016, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Casey Thomas O'Neill

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 27, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on August 9, 2022.

*Clerk of the Court*

CertID-00078566