FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNDAY GROUP INCORPORATION, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK and KARL ROLLER,<br><br>        Defendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>(Civil L.R. 7.1-1) |

FENWICK & WEST LLP

1

The undersigned, attorneys of record for plaintiff TETSUYA NAKAMURA, certify that, there are no known interested parties other than those participating in this case. These representations are made to enable judges of the Court to evaluate potential disqualification or recusal.

Dated:   August 22, 2022

**FENWICK & WEST LLP**

By: */s/Felix S. Lee*
    Felix S. Lee
    Christopher J. Steskal
    Casey O'Neill
    Claire Mena

   *and*

**FENNEMORE CRAIG, P.C.**

By: */s/John D. Tennert III*
    John D. Tennert III (Nevada Bar No. 11728)
    Wade Beavers (Nevada Bar No. 13451)

Attorneys for Plaintiff
TETSUYA NAKAMURA

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2022, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

*/s/John D. Tennert III*
John D. Tennert III