1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

6
7

Case #<u>2:22-CV-01324-MMD-EJY</u>

8

TETSUYA NAKAMURA,

9

   Plaintiff(s),

10

 vs.

11

SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK, and JOHN DOES 1-10,

12
13

   Defendant(s).

14

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

15

<u>  Christopher Steskal  </u>, Petitioner, respectfully represents to the Court:
   (name of petitioner)

16
17

1. That Petitioner is an attorney at law and a member of the law firm of

<u>       Fenwick & West LLP       </u>
        (firm name)

18
19
20

with offices at <u>  555 California Street, St 12th Floor  </u>,
        (street address)

21

<u> San Francisco </u>, <u> California </u>, <u> 94104 </u>,
  (city)      (state)     (zip code)

22
23

<u> 415-875-2300 </u>, <u> csteskal@fenwick.com </u>.
(area code + telephone number)  (Email address)

24

2. That Petitioner has been retained personally or as a member of the law firm by

25

<u>  Tetsuya Nakamura  </u> to provide legal representation in connection with
   [client(s)]

26
27

the above-entitled case now pending before this Court.

28

Rev. 5/16



3. That since _____12/7/1998_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Northern District of California | 6/14/2001 | 212297 |
| U.S. District Court, Central District of California | 2/25/2009 | 212297 |
| U.S. District Court, Southern District of New York | 2/4/1997 | 2694362 |
| U.S. District Court, Eastern District of New York | 02/04/1997 | 2694362 |
| U.S. District Court, Western District of New York | 3/19/1997 | 2694362 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of California, New York State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16



DocuSign Envelope ID: 28558BCB-195E-4FD7-9585-D15EAB1E0339
Case 2:22-cv-01324-MMD-EJY   Document 21   Filed 09/14/22   Page 4 of 7

```
1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2    FOR THE PURPOSES OF THIS CASE ONLY.
3
4                                                          Christopher James Steskal
                                                           Signed on 2022/09/08 18:22:49 -8:00
                                                           _____
         STATE OF  NEVADA       )                                    Petitioner's signature
5                               )
         COUNTY OF WASHOE       )
6
7         Christopher James Steskal
         _____, Petitioner, being first duly sworn, deposes and says:
8    That the foregoing statements are true.
9                                                          Christopher James Steskal
                                                           Signed on 2022/09/08 18:22:49 -8:00
                                                           _____
                                                                     Petitioner's signature
10   Subscribed and sworn to before me this
11
12   _____ day of  09/08/2022           , _____
                                                           S. BRASELTON
13       [notary signature - A Braselton]                  NOTARY PUBLIC
         Signed on 2022/09/08 18:22:49 -8:00               STATE OF NEVADA
14       Notary Public or Clerk of Court                   Commission # 10-3467-2
                                                           My Appt. Expires October 11, 2022
15                                                         Notary Stamp 2022/09/08 18:22:49 PST
                      Notarial act performed by audio-visual communication
16                       DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
                         THE BAR OF THIS COURT AND CONSENT THERETO.
17
18        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19   believes it to be in the best interests of the client(s) to designate ____John D. Tennert____,
                                                                             (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21   above-entitled Court as associate resident counsel in this action. The address and email address of
22   said designated Nevada counsel is:
23                            7800 Rancharrah Pkwy
     _____,
                                  (street address)
24            Reno                     ,        Nevada          ,     89511      ,
25   _____      _____      _____
            (city)                   (state)                (zip code)
26    (775) 788-2200         ,    jtennert@fennemorelaw.com       .
27   _____      _____
     (area code + telephone number)     (Email address)
28                                      4                                       Rev. 5/16
```

DocVerify ID: F39245A7-38D4-4D6E-B94C-5D5E216CC522
www.docverify.com                                        Page 4 of 5    45D5E216CC522

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Tetsuya Nakamura
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

DocuSigned by:
John Tennert
0DB05A691A76411...
_____
Designated Resident Nevada Counsel's signature

11728                           jtennert@fennemorelaw.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

August 4, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER JAMES STESKAL, #212297 was admitted to the practice of law in this state by the Supreme Court of California on January 12, 2001 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Christopher James Steskal

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 19, 1995**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on September 7, 2022.

*Clerk of the Court*

CertID-00082060