Mark L. Smith (NV Bar #14762)
 msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
 jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone:  (725) 666-8701
Facsimile:  (725) 666-8710

Thomas A. Brady (*pro hac vice pending*)
tab@clydesnow.com
Timothy R. Pack (*pro hac vice pending*)
trp@clydesnow.com
Keith M. Woodwell (*pro hac vice pending*)
kmw@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street
Salt Lake City, UT 84111
Telephone: (801) 322-2516
Facsimile: (801) 322-2516

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7-1.1, the undersigned attorney of record for Defendants Sunday Group Incorporated and SGI Trust hereby certifies that the following may have a direct, pecuniary interest in the outcome of this case:

DAG Technologies, Inc.

Karl Roller

DATED: October 28, 2022                    **SF FIRM, LLP**

By: */s/ Mark L. Smith*
    Mark L. Smith (Nevada Bar. #14762)
    Jacob L. Fonnesbeck (Nevada Bar #11961)

    Attorneys for Defendants
    SUNDAY GROUP INCORPORATED,
    SGI TRUST, TOSHIKI (TODD) MITSUISHI
    AND JAMES PACK

**CERTIFICATE OF INTERESTED PARTIES**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the forgoing **CERTIFICATE OF INTERESTED PARTIES** was served on the person(s) named below via the court's CM/ECF system:

Clair Mena
Casey O'Neill
Christopher J. Steskal
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
cmena@fenwick.com
coneill@fenwick.com
csteskal@fenwick.com

Felix S. Lee
FENWICK & WEST LLP
81 California Street
Mountain View, CA 94041
flee@fenwick.com

John D. Tennert
Wade Ellis Beavers
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
jtennert@fclaw.com
wbeavers@fennemorelaw.com

*Attorneys for Plaintiff*