Mark L. Smith (NV Bar #14762)
 msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
 jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone:  (725) 666-8701
Facsimile:   (725) 666-8710

Thomas A. Brady (*pro hac vice pending*)
tab@clydesnow.com
Timothy R. Pack (*pro hac vice pending*)
trp@clydesnow.com
Keith M. Woodwell (*pro hac vice pending*)
kmw@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street
Salt Lake City, UT 84111
Telephone: (801) 322-2516
Facsimile: (801) 322-2516

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS (FIRST REQUEST)** |

  Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

1   Case No: 2:22-cv-01324-MMD-EJY
**STIPUATION AND ORDER EXTENDING TIME**

WHEREAS, the above-captioned action was filed on August 15, 2022;

WHEREAS, Defendants each accepted service of the Complaint in this action (the "Complaint") pursuant to waivers of service of summons on August 26, 2022;

WHEREAS, Defendants' response to the Complaint is currently due on October 25, 2022;

WHEREAS, Defendants have indicated to Plaintiff that they intend to move to dismiss the Complaint;

WHEREAS, the parties now having conferred on scheduling matters have agreed to a schedule for Defendants' contemplated motion to dismiss, to accommodate various scheduling conflicts and holiday schedules;

WHEREAS, this is the first stipulation for extension of time to respond to Defendants' Complaint;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between the undersigned counsel for the parties, that:

  i. The deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is November 1, 2022;
  ii. In the event Defendants move to dismiss the Complaint, Plaintiff shall file any opposition to Defendants' motion(s) no later than December 2, 2022;
  iii. In the event Defendants move to dismiss the amended complaint, Defendants shall file any replies to Plaintiff's opposition(s) to the motion(s) to dismiss no later than December 23, 2022.

Dated:   October 31, 2022

**FENWICK & WEST LLP**

By: */s/Felix S. Lee*
Felix S. Lee
Christopher J. Steskal
Casey O'Neill
Claire Mena

*and*

**FENNEMORE CRAIG, P.C.**

By: */s/John D. Tennert III*
John D. Tennert III (Nevada Bar No. 11728)

2       Case No: 2:22-cv-01324-MMD-EJY
**STIPULATION AND ORDER EXTENDING TIME**

Wade Beavers (Nevada Bar No. 13451)

Attorneys for Plaintiff
TETSUYA NAKAMURA

Dated:   October 31, 2022

**CLYDE SNOW & SESSIONS LLP**

By: */s/Thomas A. Brady*
    Thomas A. Brady
    Timothy R. Pack
    Keith M. Woodwell

*and*

**SF FIRM, LLP**

By: */s/Mark L. Smith*
    Mark L. Smith (Nevada Bar. #14762)
    Jacob L. Fonnesbeck (Nevada Bar #11961)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2022