# Exhibit 1
# Mobby MOU

## Memorandum on Private Sale Participation

This memorandum (hereinafter referred as the "Memorandum") concludes the agreement between Sunday Group Incorporated located at 5550 Painted Mirage Rd, Suite 320 Las Vegas NV 89149, USA (hereinafter referred as "Sunday Group") and _____ (hereinafter referred as "AAA") on the Private Sale of cryptocurrency Mobby (hereinafter referred as the "Private Sale"), which Sunday Group plans to offer publicly, within the initial purchase allocation for the concerned parties defined as the following legally binding contract.

Article 1 (Subject of the Private Sale)

1. Sunday Group shall assign the purchasing unit and rate of this Private Sale as follows;
   Cryptocurrency Name: Mobby
   Unit Price: 10,000 USD equivalent in Ethereum or Bitcoin
   Unit(s) Desired: _____ Unit(s)
2. AAA shall obtain the right to the allocation of Mobby whose quantity will be determined at the time of issuance, proportionate to the units desired stated above, as the Private Sale by making the payment defined as the following article.
3. AAA will agree to the terms specified in the separately generated sales contract (hereinafter the "Official Contract") as an expressed intent on the conclusion of the said Official Contract with the indicated amount, allocation and payments at the time of conclusion of this Memorandum. Any purchase conditions or terms, including number of units and allotment methods, are defined within this Memorandum.
4. The Official Contract is deemed executed upon the generation and notification of the terms of the said contract by Sunday Group to AAA. In addition, AAA must return the signed or officially stamped Official Contract, without delay, to Sunday Group to conclude, as well to assure, the execution of the said contract on the sale of Mobby with terms defined in the Official Contract.

Article 2 (Purchase Value, Payment and Due date)

1. AAA is responsible for making a payment of equivalent U.S. dollars (hereinafter the "Payment") for the unit price defined in the Clause 1 of the previous article multiplied by the desired unit number in Ethereum or Bitcoin. Furthermore, the Payment amount is determined by the exchange rates for Ethereum or Bitcoin to the U.S. dollar at a currency exchange and date specified by Sunday Group.
2. AAA is to make payment of the above agreement to the cryptocurrency exchange account specified by Sunday Group within 3 days of the conclusion of this Memorandum. Any fees incurred by the currency exchange are the responsibility of AAA.
3. AAA will forfeit the right to participate in this Private Sale and the terms of this Memorandum will be terminated if the Payment is not met by the due date noted in the previous clause.

Article 3 (Return of the Payment)

1. Sunday Group shall not, under any circumstances, return the Payment unless otherwise specified in the Official Contract and noted as an addendum.
2. AAA acknowledges that the Private Sale offered here is an opportunity of participation in investing during the initial development phase of the creation of a currency environment with Mobby and it renders no guarantee on any dividend, profit or return on the investment including repayment of the Payment of the Private Sale.

Article 4 (Indemnity)

Either party shall indemnify the cost to the other party because of causing the damage and loss by violating this Memorandum. However the maximum of the indemnified cost should be the amount of Payment described in this Memorandum in Article 2.

Article 5 (Governing Law and Jurisdiction)

This Memorandum is governed by, and shall be construed solely in accordance with, the internal laws of Japan. Any matter, in any way arising out of, related to, or connected with this Memorandum shall be brought only in a local court in the city in which the address of AAA is registered.

IN WITNESS WHEREOF Sunday Group and AAA have signed this Memorandum as the day and year written below.

Date:

_____          _____

Sunday Group Incorporated                                   AAA

5550 Painted Mirage Rd. Suite320                        Email

Las Vegas, NV89149 USA                                       Telephone No.

                                                                                       Name of Introducer

プライベート・セール参加の覚書

Sunday Group Incorporated（5550 Painted Mirage Rd. Suite 320 Las Vegas, NV 89149　以下「甲」という。）と氏名記入 田村拓也 （以下「乙」という。）は、甲が販売を予定する仮想通貨「Mobby」の関係者向け初期購入枠の販売（以下「本プライベート・セール」という。）につき、次のとおり契約（以下「本覚書」）を締結する。

第1条　（本プライベート・セールの対象）
1　甲は、仮想通貨「Mobby」（以下「本件通貨」という。）につき、本プライベート・セールにかかる購入枠を以下の条件により乙に割り当てる。
　　仮想通貨名：Mobby
　　1unit(口数)あたり支払額：1万米ドルに相当するイーサリアム又はビットコイン
　　希望購入unit数：200 unit(口数)

2　乙は、次条に定める支払いを実施することにより、本件通貨の発行時において、発行時点において設定される本プライベート・セールにおける購入枠1unitあたり（一口）の本件通貨の数量に、前項にかかる希望購入unit数（口数）を乗じた数量の本件通貨の割当を受ける権利を取得する。

3　乙は、本覚書の締結により、別途甲が作成のうえ指定する本件通貨の購入契約書（以下「正式契約書」という。）に定める内容により、本件通貨の購入契約を締結するとの意思の表示を同時に行うものとし、本件通貨の取得数量、割当の方法その他の購入条件は、当該正式契約書により定められものとする。

4　前項の正式契約書につき、甲が正式契約書を作成しその内容を乙に通知した時点で、当該正式契約書の内容により本件通貨の購入契約が成立するものとする。なお、当該正式契約書の内容による本件通貨の購入契約の成立を証するため、乙は、甲から正式契約書を提示された場合、遅滞なく当該正式契約書に署名押印のうえ甲に返送するものとする。

第2条　（売買代金、支払方法、及び支払期日）
1　乙は、本プライベート・セールへの参加につき、前条第1項に定める一口あたりの支払額に同購入口数を乗じた金額である米ドルに相当するイーサリアム又はビットコイン（以下「本支払金」という。）を支払うものとする。なお、米ドルとイーサリアム又はビットコインの交換割合は、別途甲が指定した時点において甲の指定する仮想通貨交換所の交換割合によるものとする。

2　乙は、甲に対し、本覚書の締結から3日以内に、別途甲の指定する仮想通貨取引所口座に振り込みの方法により支払う。なお、振込手数料は乙の負担とする。

3　前項に定める期間内に本支払金が支払われなかった場合、乙は本プライベート・セールへの参加の権利を失い、本覚書の効力は終了するものとする。

第3条　（本支払金の返還）
1　甲は、正式契約書において別途に定められた場合を除き、いかなる場合も本支払金の返還を行わない。
2　乙は、本プライベート・セールへの参加及び本支払金の支払いは、甲からの

Exhibit 1, Page 15

本件仮想通貨の開発初期段階における投資参加の機会の提供であって、本支払金の返還を含むいかなるリターン、利益、収益その他いかなる投資結果についても保証のないものであることを予め確認するものとする。

第4条　（損害賠償）
甲及び乙は、本覚書に違反して相手方に損害を与えた場合、当該損害を賠償しなければならない。但し、その損害の額は、第2条に定める本支払金の金額を上限とする。

第5条　（準拠法及び管轄裁判所）
本覚書の準拠法は日本法とし、本覚書に起因し又は関連する一切の紛争については、訴額に応じ、被告の住所地を第一審の専属的合意管轄裁判所とする。

本覚書の締結を証するため、本覚書書を2通作成し、甲乙記名押印又はサインの上、各1通を保有する。

平成29年11月28日

(甲)　住　所　：5550 Painted Mirage Rd. Suite 320 Las Vegas, NV89149
　　　会社名　：Sunday Group Incorporated

(乙)　メールアドレス：nakamura.tetuya@ims.gr.jp
　　　電話番号　　　：090-2648-5225
　　　ご氏名　　　　：中村 哲也　　　　　　［印］　　印またはサイン
　　　おふりがな　　：なかむら てつや
　　　紹介者名　　　：井街 龍