**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

TETSUYA NAKAMURA, an individual,

Plaintiff(s),

vs.

SUNDAY GROUP INCORPORATED, a
Delaware corporation, et al.,

Defendant(s).

Case # 2:22-cv- 01324-MMD-EJY

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Keith M. Woodwell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

CLYDE SNOW & SESSIONS PC
(firm name)

with offices at _____201 South Main Street, Suite 2200_____,
(street address)

_____Salt Lake City_____, _____Utah_____, _____84111_____,
(city)                              (state)                      (zip code)

_____801-322-2516_____, _____kmw@clydesnow.com_____.
(area code + telephone number)          (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____James Pack and Sunday Group International_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____10/17/1995_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Utah_____
                                                                               (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Utah | 10/17/1995 | 7353 |
| United States District Court - Utah | 10/17/1995 | 7353 |
| Tenth Circuit Court of Appeals | 11/03/2020 | 7353 |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/06/2020 | | U.S. District Court of Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                              _____
                                                                     Petitioner's signature

5  STATE OF _____Utah_____ )
                                                    )
6  COUNTY OF _____Salt Lake_____ )

7       ____Keith M. Woodwell____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                              _____
                                                                     Petitioner's signature

10  Subscribed and sworn to before me this

11  ___23___ day of __NOVEMBER__, __2022__.

12

13  _____
              Notary Public or Clerk of Court

14

15

**Susan B. DeBus**
Notary Public  State of
My Commission Expires on
May 25, 2026
Comm. Number: 724910

16       **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
         THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _____Mark L. Smith_____,
19                                                                              (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action.  The address and email address of
21
    said designated Nevada counsel is:
22

23  _____SF FIRM, LLP, 6345 South Pecos Rd., Suite 202_____,
                              (street address)
24
    _____Las Vegas_____, _____Nevada_____, ___89120___,
25            (city)                    (state)           (zip code)

26  ____725-666-8700____, ____msmith@sffirm.com____.
       (area code + telephone number)        (Email address)
27

28                                          4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mark L. Smith _____ as

his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

_____

(party's signature)

James Pack

(type or print party name, title)

_____

(party's signature)

James Pack, Director of Sunday Group International

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

14762                          msmith@sffirm.com

Bar number                     Email address

APPROVED:

Dated: this 28th day of November, 20 22.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 11/2/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Keith M Woodwell

This is to certify that Keith M Woodwell, Utah State Bar No. 7353 was admitted to practice law in Utah on 10/17/1995.

Keith M  Woodwell is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2022 -1008262
verify by email at cogsrequest@utahbar.org