<sub>Case 2:22-cv-01324-MMD-EJY   Document 37   Filed 12/02/22   Page 1 of 4</sub>

FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DECLARATION OF FELIX S. LEE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

1

I, Felix S. Lee, hereby declare:

1. I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Fenwick & West LLP, which represents Dr. Tetsuya Nakamura, the plaintiff in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2. Attached hereto as **Exhibit A** is a certified English translation of the Japanese-language Memorandum of Understanding to Participate in Private Sale dated November 28, 2017, entered into by Dr. Tetsuya Nakamura and Sunday Group Incorporated ("Sunday Group").

3. Attached hereto as **Exhibit B** is a copy of the Series AA Preferred Stock Subscription Agreement dated April 19, 2015, entered into by Dr. Nakamura and Sunday Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of December 2022

By: /s/  *Felix S. Lee*
Felix S. Lee

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which provided electronic service to all counsel of record.

/s/ *John D. Tennert*
John D. Tennert III

3

## **EXHIBIT INDEX**

| Exhibit | Description | Pages |
|---|---|---|
| A. | Memorandum of Understanding to Participate in Private Sale, November 28, 2017 | 3 |
| B. | Series AA Preferred Stock Subscription Agreement, April 19, 2015 | 19 |

FENWICK & WEST LLP
ATTORNEYS AT LAW