Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone:  (725) 666-8701
Facsimile:   (725) 666-8710

Thomas A. Brady (UT Bar # 12454)
tab@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
Keith M. Woodwell (UT Bar # 7253)
kmw@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone/Facsimile: (801) 322-2516

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, Defendants' response to the Complaint is currently due on April 24, 2023.

1    Case No: 2:22-cv-01324-MMD-EJY
**STIPULATION AND ORDER EXTENDING TIME**

| | |
|---|---|
| 1 | WHEREAS, Defendants require an extension to May 8, 2023 to respond to the Complaint and Plaintiff does not object to the extension. |
| 2 | |
| 3 | WHEREAS, this is the second stipulation for extension of time to respond to the Complaint. |
| 4 | WHEREAS, counsel for Plaintiffs have stipulated to the requested extension. |
| 5 | **IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is May 8, 2023; |

DATED: May 1, 2023                    **CLYDE SNOW & SESSIONS, P.C.**

By: */s/Timothy R. Pack*
    Timothy R. Pack (UT Bar # 12193)

    Attorneys for Defendants
    SUNDAY GROUP INCORPORATED,
    SGI TRUST, TOSHIKI (TODD) MITSUISHI
    AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**STIPULATION AND ORDER EXTENDING TIME**