Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone:  (725) 666-8701
Facsimile:   (725) 666-8710

Thomas A. Brady (UT Bar # 12454)
tab@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
Keith M. Woodwell (UT Bar # 7253)
kmw@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone/Facsimile: (801) 322-2516

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

   Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), hereby stipulate as follows:

   WHEREAS, Defendants' response to the Complaint is currently due on April 24, 2023.

WHEREAS, Defendants require an extension to May 8, 2023 to respond to the Complaint and Plaintiff does not object to the extension.

WHEREAS, this is the second stipulation for extension of time to respond to the Complaint.

WHEREAS, counsel for Plaintiffs have stipulated to the requested extension.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is May 8, 2023;

DATED: May 1, 2023                **CLYDE SNOW & SESSIONS, P.C.**

By: */s/Timothy R. Pack*
Timothy R. Pack (UT Bar # 12193)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: May 1, 2023