FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>                Plaintiff,<br><br>        v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>                Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS (FIRST REQUEST) |
| SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>                Counterclaimants,<br><br>        v.<br><br>TETSUYA NAKAMURA,<br><br>                Counterdefendant. | |

1

Plaintiff and Counterdefendant Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

Whereas Defendants filed their Answer and Counterclaim on May 8, 2023 (ECF No. 47), in which all Defendants answered the Complaint and two defendants, Sunday Group Incorporated and Toshiki (Todd) Mitsuishi ("Counterclaimants"), alleged four causes of action against Dr. Nakamura;

WHEREAS, Dr. Nakamura's response to the Counterclaim is currently due on May 30, 2023;

WHEREAS, Dr. Nakamura intends to move to dismiss the Counterclaim;

WHEREAS, the parties now having conferred on scheduling matters have agreed to a schedule for Dr. Nakamura's contemplated motion(s) to dismiss, to accommodate various scheduling conflicts and holiday schedules;

WHEREAS, this is the first stipulation for extension of time to respond to the Counterclaim;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between the undersigned counsel for the parties, that:

1. The deadline for Dr. Nakamura to move, answer, or otherwise respond to the Counterclaim is July 7, 2023;

2. In the event Dr. Nakamura moves to dismiss the Counterclaim, Counterclaimants shall file an opposition to Dr. Nakamura's motion(s) on or before August 7, 2023;

3. In the event Dr. Nakamura moves to dismiss the Counterclaim, Dr. Nakamura shall file any replies to Counterclaimants opposition(s) to the motion(s) to dismiss on or before August 28, 2023.

Dated: May 31, 2023

**FENWICK & WEST LLP**

By: */s/Felix S. Lee*
    Felix S. Lee
    Christopher J. Steskal
    Casey O'Neill
    Claire Mena

    and

**FENNEMORE CRAIG, P.C.**

By: */s/John D. Tennert III*
    John D. Tennert III (Nevada Bar No. 11728)
    Wade Beavers (Nevada Bar No. 13451)

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

Dated: May 31, 2023

**CLYDE SNOW & SESSIONS LLP**

By: *Timothy R. Pack*
    Thomas A. Brady
    Timothy R. Pack
    Keith M. Woodwell

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____