FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>    Plaintiff,<br><br>   v.<br><br>SUNDAY GROUP INCORPORATION, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK and KARL ROLLER,<br><br>    Defendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS (SECOND REQUEST)** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

1

1  Whereas Defendants filed their Answer and Counterclaim on May 8, 2023 (ECF No. 47), in
2  which all Defendants answered the Complaint and two defendants, Sunday Group Incorporated and
3  Toshiki (Todd) Mitsuishi ("Counterclaimants"), alleged four causes of action against Dr. Nakamura;
4  WHEREAS, Dr. Nakamura's response to the Counterclaim is currently due on July 7, 2023;
5  WHEREAS, Dr. Nakamura intends to move to dismiss certain causes of action in the
6  Counterclaim;
7  WHEREAS, a key member of the plaintiffs' counsel team working on the motion to dismiss
8  has suffered an injury that will require a medical leave;
9  WHEREAS, the parties now having conferred on scheduling matters have agreed to a revised
10  schedule for Dr. Nakamura's contemplated motion(s) to dismiss;
11  WHEREAS, this is the second stipulation for extension of time to respond to the
12  Counterclaim;
13  **IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between
14  the undersigned counsel for the parties, that:

  1. The deadline for Dr. Nakamura to move, answer, or otherwise respond to the Counterclaim is July 21, 2023;

  2. In the event Dr. Nakamura moves to dismiss the Counterclaim, Counterclaimants shall file an opposition to Dr. Nakamura's motion(s) on or before August 21, 2023;

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

2

3. In the event Dr. Nakamura moves to dismiss the Counterclaim, Dr. Nakamura shall file any replies to Counterclaimants opposition(s) to the motion(s) to dismiss on or before September 11, 2023.

Dated: July 3, 2023

**FENWICK & WEST LLP**

By: */s/Felix S. Lee*
Felix S. Lee
Christopher J. Steskal
Casey O'Neill
Claire Mena

*and*

**FENNEMORE CRAIG, P.C.**

By: */s/ John D. Tennert*
John D. Tennert III (Nevada Bar No. 11728)
Wade Beavers (Nevada Bar No. 13451)

Attorneys for Plaintiff
TETSUYA NAKAMURA

Dated: July 3, 2023

**CLYDE SNOW & SESSIONS LLP**

By: */s/Timothy R. Pack*
Timothy R. Pack

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE
DATED: _____