1   FELIX S. LEE (CSB No. 197084)
    flee@fenwick.com
2   CHRISTOPHER J. STESKAL (CSB No. 212297)
    csteskal@fenwick.com
3   CASEY O'NEILL (CSB No. 264406)
    coneill@fenwick.com
4   CLAIRE MENA (CSB No. 339324)
    cmena@fenwick.com
5   FENWICK & WEST LLP
    Silicon Valley Center
6   801 California Street
    Mountain View, CA  94041
7   Telephone:     650.988.8500
    Facsimile:     650.938.5200
8
    JOHN D. TENNERT III (Nevada Bar No. 11728)
9   jtennert@fennemorelaw.com
    WADE BEAVERS (Nevada Bar No. 13451)
10  wbeavers@fennemorelaw.com
    FENNEMORE CRAIG, P.C.
11  7800 Rancharrah Parkway
    Reno, NV 89511
12  Telephone: 775.788.2212
    Facsimile: 775.786.1172
13
    Attorneys for Plaintiff
14  TETSUYA NAKAMURA

15                    UNITED STATES DISTRICT COURT

16                         DISTRICT OF NEVADA

17

18
    TETSUYA NAKAMURA,                    Case No.: 2:22-cv-01324-MMD-EJY
19
                 Plaintiff,
20
         v.                             **STIPULATION AND [PROPOSED]**
21                                      **ORDER EXTENDING TIME TO**
    SUNDAY GROUP INCORPORATION, SGI     **RESPOND TO COMPLAINT AND**
22  TRUST, TOSHIKI (TODD) MITSUISHI,    **BRIEFING SCHEDULE ON MOTION**
    JAMES PACK and KARL ROLLER,         **TO DISMISS (SECOND REQUEST)**
23
                 Defendant.
24

25

26       Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust,

27  Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), by and through counsel,

28  hereby stipulate as follows:

                                          1

Whereas Defendants filed their Answer and Counterclaim on May 8, 2023 (ECF No. 47), in which all Defendants answered the Complaint and two defendants, Sunday Group Incorporated and Toshiki (Todd) Mitsuishi ("Counterclaimants"), alleged four causes of action against Dr. Nakamura;

WHEREAS, Dr. Nakamura's response to the Counterclaim is currently due on July 7, 2023;

WHEREAS, Dr. Nakamura intends to move to dismiss certain causes of action in the Counterclaim;

WHEREAS, a key member of the plaintiffs' counsel team working on the motion to dismiss has suffered an injury that will require a medical leave;

WHEREAS, the parties now having conferred on scheduling matters have agreed to a revised schedule for Dr. Nakamura's contemplated motion(s) to dismiss;

WHEREAS, this is the second stipulation for extension of time to respond to the Counterclaim;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between the undersigned counsel for the parties, that:

1. The deadline for Dr. Nakamura to move, answer, or otherwise respond to the Counterclaim is July 21, 2023;

2. In the event Dr. Nakamura moves to dismiss the Counterclaim, Counterclaimants shall file an opposition to Dr. Nakamura's motion(s) on or before August 21, 2023;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.  In the event Dr. Nakamura moves to dismiss the Counterclaim, Dr. Nakamura shall file any replies to Counterclaimants opposition(s) to the motion(s) to dismiss on or before September 11, 2023.

Dated:   July 3, 2023

**FENWICK & WEST LLP**

By: */s/Felix S. Lee*
    Felix S. Lee
    Christopher J. Steskal
    Casey O'Neill
    Claire Mena

    *and*

**FENNEMORE CRAIG, P.C.**

By: */s/ John D. Tennert*
    John D. Tennert III (Nevada Bar No. 11728)
    Wade Beavers (Nevada Bar No. 13451)

    Attorneys for Plaintiff
    TETSUYA NAKAMURA

Dated:   July 3, 2023

**CLYDE SNOW & SESSIONS LLP**

By: */s/Timothy R. Pack*
    Timothy R. Pack

    Attorneys for Defendants
    SUNDAY GROUP INCORPORATED,
    SGI TRUST, TOSHIKI (TODD) MITSUISHI
    AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 5, 2023