FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>Defendants.<br><hr>SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>Counterclaimants,<br><br>v.<br><br>TETSUYA NAKAMURA,<br><br>Counterdefendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM AND SETTING BRIEFING SCHEDULE ON RENEWED MOTION TO DISMISS (FIRST REQUEST) |

STIPULATION AND PROPOSED ORDER
EXTENDING TIME TO RESPOND AND
SETTING BRIEFING SCHEDULE

Case No.: 2:22-cv-01324-MMD-EJY

Plaintiff Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

WHEREAS, on August 16, 2022, Dr. Nakamura commenced this action against Defendants alleging claims such as breach of contract and fraud pertaining to cryptocurrency industry investments;

WHEREAS, on November 1, 2022, Defendants moved to dismiss Dr. Nakamura's claims, which motion was denied on April 10, 2023 (ECF No. 44);

WHEREAS, on May 8, 2023, Defendants answered and asserted four counterclaims, three of which Dr. Nakamura moved to dismiss on June 21, 2023;

WHEREAS, in lieu of opposing Dr. Nakamura's motion to dismiss those three counterclaims, on August 10, 2023, Defendants amended their answer and counterclaims and have now asserted seven counterclaims (ECF No. 59);

WHEREAS, Dr. Nakamura's response to Defendants' amended answer and counterclaims currently is due August 24, 2023;

WHEREAS, Dr. Nakamura anticipates responding by filing a renewed motion to dismiss some or all counterclaims;

WHEREAS, the parties have met and conferred on the matter, may engage in mediation, and in any event agree that a renewed motion to dismiss counterclaims warrants an extension of time for briefing;

WHEREAS, the contemplated extension of time for briefing will permit the parties to adequately address the issues raised in Defendants' counterclaims and aid the Court in so doing;

WHEREAS, the contemplated extension will not delay ongoing discovery or other litigation of the matter;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between the undersigned counsel for the parties, that:

1. Dr. Nakamura shall answer or move to dismiss Defendants' amended counterclaims on or before October 5, 2023;

2. In the event Dr. Nakamura moves to dismiss the amended counterclaims, Defendants shall file any opposition on or before November 2, 2023;

3. Dr. Nakamura shall file any reply to any opposition on or before November 30, 2023.

Dated:   August 24, 2023        **FENWICK & WEST LLP**

By: /s/ *Felix S. Lee*
   Felix S. Lee
   Christopher J. Steskal
   Casey O'Neill
   Claire Mena

   *and*

**FENNEMORE CRAIG, P.C.**

By: /s/ *John D. Tennert III*
   John D. Tennert III (Nevada Bar No. 11728)
   Wade Beavers (Nevada Bar No. 13451)

   Attorneys for Plaintiff
   TETSUYA NAKAMURA

Dated:   August 24, 2023        **CLYDE SNOW & SESSIONS LLP**

By: /s/ *Timothy R. Pack*
   Timothy R. Pack

   Attorneys for Defendants
   SUNDAY GROUP INCORPORATED,
   SGI TRUST, TOSHIKI (TODD) MITSUISHI
   AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____