| | |
|---|---|
| Mark L. Smith (NV Bar #14762) <br> msmith@sffirm.com <br> Jacob L. Fonnesbeck (NV Bar #11961) <br> jfonnesbeck@sffirm.com <br> **SF FIRM, LLP** <br> 6345 South Pecos Road, Suite 202 <br> Las Vegas, NV 89120 <br> Telephone:  (725) 666-8701 <br> Facsimile:   (725) 666-8710 <br><br> *Attorneys for Defendants* | Timothy R. Pack (UT Bar # 12193) <br>  trp@clydesnow.com <br> Aaron D. Lebenta (UT Bar # 10180) <br>  kmw@clydesnow.com <br> Thomas A. Brady (UT Bar # 12454) <br>  tab@clydesnow.com <br> **CLYDE SNOW & SESSIONS PC** <br> 201 South Main Street, Suite 2200 <br> Salt Lake City, UT 84111 <br> Telephone: (801) 322-2516 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-01324-MMD-EJY <br><br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON RENEWED MOTION TO DISMISS** <br> **(Second Request)** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, Defendants timely filed their First Amended Answer and Counterclaim (Dkt. 59) on August 10, 2023;

WHEREAS, pursuant to stipulation and order of the Court (Dkt. 61), Plaintiff timely filed his Motion to Dismiss Counterclaimants' Amended Counterclaims (Dkt. 68) on October 5, 2023 (the "Motion");

WHEREAS, pursuant to stipulation and order of the Court (Dkt. 61), Defendants' opposition to Plaintiff's Motion is currently due on November 2, 2023, and Plaintiff's reply is due by November 30, 2023;

1  WHEREAS, due to Defendants' counsel's current workloads and other conflicts, the parties have stipulated to revise the briefing schedule on the Motion;

WHEREAS, the revision to the Motion briefing schedule will not delay ongoing discovery or other litigation in this matter;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, that:

1. Defendants shall file their opposition to the Motion by December 1, 2023.

2. Plaintiff shall file any reply to the opposition by January 12, 2024.

DATED: October 24, 2023      **CLYDE SNOW & SESSIONS, P.C.**

By: */s/ Timothy R. Pack*
Timothy R. Pack (UT Bar # 12193)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

DATED: October 24, 2023      **FENWICK & WEST LLP**

By: */s/ Casey O'Neill*
Casey O'Neill

Attorneys for Plaintiff
TETSUYA NAKAMURA


**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____