| | |
|---|---|
| Mark L. Smith (NV Bar #14762)<br>msmith@sffirm.com<br>Jacob L. Fonnesbeck (NV Bar #11961)<br>jfonnesbeck@sffirm.com<br>**SF FIRM, LLP**<br>6345 South Pecos Road, Suite 202<br>Las Vegas, NV 89120<br>Telephone: (725) 666-8701<br>Facsimile:  (725) 666-8710<br><br>*Attorneys for Defendants* | Keith M. Woodwell (UT Bar # 7253)<br>kmw@clydesnow.com<br>Aaron D. Lebenta (UT Bar # 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar # 12193)<br>trp@clydesnow.com<br>Thomas A. Brady (UT Bar # 12454)<br>tab@clydesnow.com<br>**CLYDE SNOW & SESSIONS PC**<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone: (801) 322-2516 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br>**(Second Request)** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, Plaintiff filed its Motion to Dismiss Defendants' Amended Counterclaims (Dkt. 68) ("Motion to Dismiss") and Defendants filed their Memorandum in Opposition to the Motion to Dismiss (Dkt. 70) on December 1, 2023. Plaintiff's Reply to the Motion to Dismiss is due by January 12, 2023 (*See* Dkt. 69.)

WHEREAS, fact discovery is scheduled to expire on March 29, 2023. (*See* Dkt. 64),

WHEREAS, discovery is ongoing in parallel with the Motion to Dismiss.

WHEREAS, the parties have begun serving and responding to written discovery requests but anticipate the need for additional time to complete discovery, including to schedule and take depositions;

WHEREAS, certain persons the parties intend to depose reside in Japan, thus presenting logistical obstacles to scheduling and completing the depositions; and

WHEREAS, the parties are also currently exploring the possibility of mediating their disputes;

WHEREAS, this is the second stipulation for extension of fact and expert discovery. The parties stipulate to extend certain discovery deadlines as follows;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, that, subject to any further request for an extension of time:

1. Fact discovery shall be completed by June 28, 2024.
2. Initial expert disclosures shall be made no later than July 30, 2024. Rebuttal expert disclosures shall be made no later than August 30, 2024.
3. The last day for filing dispositive motions shall be September 30, 2024.
4. The joint pretrial order shall be due no later than October 30, 2024, unless dispositive motions are pending on that date in which case the due date for the joint pretrial order is automatically extended to 30 days after a decision is issued on such motions.

DATED: December 7, 2023                **CLYDE SNOW & SESSIONS, P.C.**

By: */s/Timothy R. Pack*
Timothy R. Pack (UT Bar # 12193)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

DATED: December 7, 2023

**FENWICK & WEST LLP**

By: */s/Casey O'Neill*
    Casey O'Neill

Attorneys for Plaintiff
TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____