FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff
TETSUYA NAKAMURA

FENWICK & WEST LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>DECLARATION OF FELIX S. LEE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' AMENDED COUNTERCLAIMS |
| SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>Counterclaimants,<br><br>v.<br><br>TETSUYA NAKAMURA,<br><br>Counterdefendant. | |

1

I, Felix S. Lee, hereby declare:

1.      I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Fenwick & West LLP, which represents Dr. Tetsuya Nakamura, the plaintiff and counterdefendant in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2.      Attached hereto as **Exhibit A** is the First Amended Complaint in *Local Ad Link, Inc. v. AdzZoo, LLC*, Case No. 2:09-cv-01564-RCJ-LRL, in the United States District Court for the District of Nevada (ECF No. 21-2).  Exhibit A was the operative complaint before the Court in the decision *Local Ad Link, Inc. v. AdzZoo, LLC*, 2009 WL 10694069 (D. Nev. Dec. 15, 2009), a decision cited by the parties to this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January 2024

By: /s/  *Felix S. Lee*
Felix S. Lee