FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:	650.988.8500
Facsimile:	650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' AMENDED COUNTERCLAIMS |

1

Dr. Tetsuya Nakamura ("Plaintiff" or "Counterdefendant") hereby requests that the Court take judicial notice of or otherwise consider the document attached as Exhibit A to the accompanying Declaration of Felix S. Lee in Support of Dr. Nakamura's Reply Memorandum in Support of Motion to Dismiss Counterclaimants' Amended Counterclaims (the "Lee Declaration"), pursuant to Federal Rule of Evidence 201.  The document to be considered is as follows:

1. The First Amended Complaint in *Local Ad Link, Inc. v. AdzZoo, LLC*, Case No. 2:09-cv-01564-RCJ-LRL, in the United States District Court for the District of Nevada (ECF No. 21-2), a true and correct copy of which is attached as **Exhibit A** to the Lee Declaration.  Exhibit A was the operative complaint before the Court in the decision *Local Ad Link, Inc. v. AdzZoo, LLC*, 2009 WL 10694069 (D. Nev. Dec. 15, 2009), a decision cited by the parties to this case in support or opposition of Dr. Nakamura's Motion to Dismiss Counterclaimants' Amended Counterclaims.

## I. THE COMPLAINT IS JUDICIALLY NOTICEABLE

Federal Rule of Evidence 201(b) permits a court to take judicial notice of any fact that is not subject to reasonable dispute because it: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Courts within the District of Nevada, and elsewhere, routinely take judicial notice of complaints. *See Cai v. Switch, Inc.*, 2020 WL 3893246 (D. Nev. July 10, 2020); *In re Bello*, 2013 WL 2367796, *1 n. 3 (D. Nev. May 30, 2013) ("As a 'matter[ ] of public record,' Fed. R. Evid. 201, this court also takes judicial notice of the complaints before the Eighth Judicial District for the State of Nevada ('Nevada state court') referenced by defendants as exhibits, (ECF No. 107). However, this court does not take notice of the 'disputed facts contained' therein."). Plaintiff offers Exhibit A not for the truth of any facts alleged therein, but for the actual allegations being evaluated by the Court in *Local Ad Link, Inc. v. AdzZoo, LLC*, 2009 WL 10694069 (D. Nev. Dec. 15, 2009). Thus, the Court may consider the Exhibit A in evaluating the instant motion.

For the reasons set forth above, Plaintiff respectfully requests that the Court consider

FENWICK & WEST LLP
ATTORNEYS AT LAW

**Exhibit A** to the Lee Declaration.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  January 12, 2024 | FENWICK & WEST LLP |
|  | By: /s/ *Felix S. lee* |
|  | Felix S. Lee |
|  | Christopher J. Steskal |
|  | Casey T. O'Neill |
|  | Claire Mena |
|  | *and* |
| Dated:  January 12, 2024 | FENNEMORE CRAIG, P.C. |
|  | By: /s/ *John D. Tennert* |
|  | John D. Tennert III (Nevada Bar No. 11728) |
|  | Wade Beavers (Nevada Bar No. 13451) |
|  | Attorneys for Plaintiff |
|  | TETSUYA NAKAMURA |