FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATION, SGI TRUST, TOSHIKI (TODD) MITSUISHI, JAMES PACK and KARL ROLLER,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br>**(Third Request)** |

1

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

WHEREAS, a motion to dismiss amended counterclaims remains pending in this action (ECF No. 68), fully briefed as of January 12, 2024;

WHEREAS, in parallel, discovery is ongoing;

WHEREAS, as it stands, fact discovery must be completed by June 28, 2024, initial expert disclosures are due by July 30, 2024, rebuttal expert disclosures are due by August 30, 2024, the last day for filing dispositive motions is September 30, 2024, and a joint pretrial order is due by October 30, 2024 unless dispositive motions are pending (ECF No. 73);

WHEREAS, Defendants' document production in response to existing discovery requests by Plaintiff is progressing on a rolling basis but has been delayed in part due to work with a document processing vendor;

WHEREAS, Defendants plan to complete their document production in response to existing discovery requests by Plaintiff, subject to any and all objections and Defendants' right to supplement under the Federal Rules of Civil Procedure, by June 10, 2024;

WHEREAS, Plaintiff also plans to complete his document production in response to existing discovery requests by Defendants, subject to any and all objections and Plaintiff's right to supplement under the Federal Rules of Civil Procedure, by June 10, 2024;

WHEREAS, the parties must then evaluate the need for any motions to compel, and in addition, the parties anticipate a need to schedule a number of depositions, at least one of which involves a foreign national residing abroad that will present logistical hurdles;

WHEREAS, the parties agree that an extension of current discovery deadlines is warranted;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1 and 6-2, that, subject to any further request for an extension of time:

1. Fact discovery shall be completed by December 2, 2024;

2. Initial expert disclosures shall be made no later than December 30, 2024. Rebuttal expert disclosures shall be made no later than January 30, 2025;

3. The last day for filing dispositive motions shall be March 3, 2025;

4. The joint pretrial order shall be due no later than March 31, 2025, unless dispositive motions are pending on that date in which case the due date for the joint pretrial order is automatically extended to 30 days after a decision is issued on such motions.

Dated: June 6, 2024

**FENWICK & WEST LLP**

By: /s/Casey O'Neill
    Casey O'Neill

Attorneys for Plaintiff
TETSUYA NAKAMURA

**CLYDE SNOW & SESSIONS, P.C.**

By: /s/Timothy R. Pack
    Timothy R. Pack

Attorneys for Defendants
SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____