FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO REMAINING COUNTERCLAIMS FOLLOWING PARTIAL DENIAL OF MOTION TO DISMISS<br>(SECOND REQUEST) |
| SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>Counterclaimants,<br>v.<br><br>TETSUYA NAKAMURA,<br><br>Counterdefendant. | |

STIPULATION AND PROPOSED ORDER
EXTENDING TIME TO RESPOND TO
COUNTERCLAIMS

Case No.: 2:22-cv-01324-MMD-EJY

Plaintiff Tetsuya Nakamura and Sunday Group Inc. ("Sunday Group") and Toshiki (Todd) Mitsuishi (together, "Counterclaimants," and collectively with James Pack and SGI Trust, "Defendants"), by and through counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a motion to dismiss Counterclaimants' amended counterclaim pending in this action (ECF No. 68);

WHEREAS, on June 12, 2024 the Court granted in part and denied in part Dr. Nakamura's motion to dismiss the amended counterclaim; the Court's order also permitted Counterclaimants to amend their counterclaim (ECF No. 79);

WHEREAS, as a result of the Court's order denying in part Dr. Nakamura's motion to dismiss, Dr. Nakamura was required to file an answer or otherwise respond to Counterclaimants' remaining claims on or before June 26, 2024;

WHEREAS, Dr. Nakamura and Counterclaimants stipulated to a July 10, 2024 extension to respond which the Court granted on June 27, 2024;

WHEREAS, Dr. Nakamura requires an additional one-week extension to July 17, 2024 to respond and Counterclaimants do not object to the extension;

WHEREAS, this is the second stipulation for extension of time to respond to Counterclaimants' amended counterclaims following partial denial of Dr. Nakamura's motion to dismiss;

WHEREAS, counsel for Counterclaimants have stipulated to the requested extension;

*   *   *

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS    2    Case No.: 2:22-cv-01324-MMD-EJY

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between the undersigned counsel for the parties, that:

1. The time for Dr. Nakamura to respond to Counterclaimants' pending counterclaims is extended to July 17, 2024.

Dated: July 9, 2024

**FENWICK & WEST LLP**

By: /s/ Felix S. Lee
Felix S. Lee
Christopher J. Steskal
Casey O'Neill
Claire Mena

Dated: July 9, 2024

**CLYDE SNOW & SESSIONS LLP**

By: /s/ Timothy R. Pack
Timothy R. Pack
Aaron D. Lebenta

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 10, 2024

STIPULATION AND PROPOSED ORDER
EXTENDING TIME TO RESPOND TO
COUNTERCLAIMS                                3                         Case No.: 2:22-cv-01324-MMD-EJY