FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, *et al.,*<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COUNTERCLAIM<br>(FIRST REQUEST) |
| SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>Counterclaimants,<br>v.<br><br>TETSUYA NAKAMURA,<br><br>Counterdefendant. | |

FENWICK & WEST LLP

STIPULATION AND PROPOSED ORDER
EXTENDING TIME TO RESPOND TO
SECOND AMENDED COUNTERCLAIM

Case No.: 2:22-cv-01324-MMD-EJY

Plaintiff Tetsuya Nakamura and Sunday Group Inc. ("Sunday Group") and Toshiki (Todd) Mitsuishi (together, "Counterclaimants," and collectively with James Pack and SGI Trust, "Defendants"), by and through counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a motion to dismiss Counterclaimants' amended counterclaim pending in this action (ECF No. 68);

WHEREAS, on June 12, 2024 the Court granted in part and denied in part Dr. Nakamura's motion to dismiss the amended counterclaim; the Court's order also permitted Counterclaimants to amend their counterclaim (ECF No. 79);

WHEREAS, Defendants and Counterclaimants filed their Second Amended Answer and Counterclaim on July 12, 2024 (the "Second Amended Counterclaim") (ECF No. 84);

WHEREAS, Dr. Nakamura must answer or otherwise respond to the Second Amended Counterclaim on or before July 26, 2024;

WHEREAS, Dr. Nakamura requires a one week extension to August 2, 2024 to respond and Counterclaimants do not object to the extension;

WHEREAS, this is the first stipulation for extension of time to respond to Counterclaimants' Second Amended Counterclaim;

WHEREAS, counsel for Counterclaimants have stipulated to the requested extension;

*       *       *

FENWICK & WEST LLP

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-1 and 6-2, by and between the undersigned counsel for the parties, that:

1. The time for Dr. Nakamura to respond to the Second Amended Counterclaim is extended to August 2, 2024.

Dated:   July 25, 2024

**FENWICK & WEST LLP**

By:  /s/ Felix S. Lee
Felix S. Lee
Christopher J. Steskal
Casey O'Neill
Claire Mena

Attorneys for Plaintiff TETSUYA NAKAMURA

Dated:   July 25, 2024

**CLYDE SNOW & SESSIONS LLP**

By:  /s/ Aaron D. Lebenta
Timothy R. Pack
Aaron D. Lebenta

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:  _____

FENWICK & WEST LLP