# EXHIBIT 4

# Tim Pack

**From:** Tim Pack
**Sent:** Friday, August 9, 2024 1:38 PM
**To:** Tim Pack
**Subject:** FW: Nakamura's Deposition

-----Original Message-----
From: Tim Pack
Sent: Monday, October 23, 2023 11:18 PM
To: 'Joshua Parr' <JParr@fenwick.com>; Casey O'Neill <coneill@fenwick.com>
Cc: Claire Mena <CMena@fenwick.com>; Felix Lee <FLee@Fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
Subject: Nakamura's Deposition

Casey/Felix,

We are looking to schedule Nakamura deposition in December or January in Las Vegas. Please give us some dates you and your client are available. Also, we are assuming we will need an interpreter present and that the language barrier will cause the deposition to proceed rather slowly. Although we will strive to complete the deposition in 1 day, I think we need to set aside 1.5-2 days to be safe.

Look forward to hearing from you.


Timothy R. Pack | ClydeSnow
Direct/Text 801.433.2447




-----Original Message-----
From: Joshua Parr <JParr@fenwick.com>
Sent: Monday, October 23, 2023 11:53 AM
To: Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>
Cc: Claire Mena <CMena@fenwick.com>; Felix Lee <FLee@Fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
Subject: RE: Nakamura's responses to discovery

Tim, thank you for putting this together.

A few edits in the attached - mostly to spell out other deadlines and comply with the requirement in the local rules that requests for extension must include which number request this is (the second request to change the briefing schedule on the motion to dismiss counterclaims).

You may file with these edits.


-----Original Message-----

1