FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>　　　　Defendants.<br><br>SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI,<br><br>　　　　Counterclaimants,<br>　　v.<br><br>TETSUYA NAKAMURA,<br><br>　　　　Counterdefendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DECLARATION OF CASEY O'NEILL IN OPPPOSITION TO DEFENDANTS' MOTION TO COMPEL APPEARANCE AT A DEPOSITION** |

I, Casey O'Neill, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am admitted *pro hac vice* to this Court, and am Of Counsel at Fenwick & West LLP, counsel for Plaintiff and Counterdefendant Tetsuya Nakamura ("Dr. Nakamura").

2. I submit this declaration in support of Dr. Nakamura's memorandum in opposition to Defendants' Motion to Compel Appearance at a Deposition. ECF No. 88.

3. Dr. Nakamura served requests for production ("RFPs") on each of the named defendants, Sunday Group Incorporated ("Sunday Group"), SGI Trust, Toshiki (Todd) Mitsuishi, and James Pack (collectively, "Defendants"), on September 8, 2023.

4. Defendants served responses and objections to the RFPs on October 23, 2023.

5. Counsel for the parties met and conferred regarding the RFPs on November 29, 2023.

6. Defendants produced 364 pages of documents in response to the RFPs on April 15, 2024. Defendants produced 1024 pages of documents in response to the RFPs on May 14, 2024. Defendants produced 21,938 pages of documents in response to the RFPs on June 14, 2024.

7. A portion of Defendants' June 14, 2024 production was defective, in that apparently responsive documents therein were not viewable. Defendants had inserted slip sheets in place of at least some responsive documents. Counsel for the parties discussed this issue, and to address it, Defendants made supplemental productions on July 29, 2024 and August 15, 2024.

8. On July 30, 2024, counsel for the parties met and conferred regarding the status of document discovery and regarding prospective deposition practice. In that discussion, the undersigned identified certain apparently missing document sources in Defendants' productions. Defendants' counsel confirmed on the call their intention to take Dr. Nakamura's deposition before any other depositions occur in the case.

9. The undersigned summarized the July 30, 2024 meet-and-confer discussion by letter to Defendants' counsel dated August 20, 2024. A true and correct copy of that August 20 letter is attached hereto as **Exhibit A.** Defendants have yet to respond to the August 20 letter with the requested confirmation that Defendants have preserved and collected and will produce

any missing documents and have not indicated when additional document productions will occur.

10. The undersigned sent an additional letter to Defendants' counsel on September 3, 2024, following up regarding missing document sources and other perceived deficiencies in Defendants' productions. A true and correct copy of that September 3 letter is attached hereto as **Exhibit B.** Defendants have yet to respond to the September 3 letter or make any further document productions.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 4th day of September 2024, at San Francisco, California.

*/s/Casey O'Neill*
Casey O'Neill