| | |
|---|---|
| Mark L. Smith (NV Bar #14762)<br>msmith@sffirm.com<br>Jacob L. Fonnesbeck (NV Bar #11961)<br>jfonnesbeck@sffirm.com<br>**SF FIRM, LLP**<br>6345 South Pecos Road, Suite 202<br>Las Vegas, NV 89120<br>Telephone: (725) 666-8701<br>Facsimile: (725) 666-8710 | Aaron D. Lebenta (UT Bar # 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar # 12193)<br>trp@clydesnow.com<br>**CLYDE SNOW & SESSIONS, PC**<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone/Facsimile: (801) 322-2516 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S APPEARANCE AT A DEPOSITION** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, Defendants hereby withdraw their Motion to Compel Plaintiff's Appearance at a Deposition (Dkt. No. 88).

WHEREAS, Plaintiff stipulates that he shall appear in person in California, Nevada, or another mutually agreeable location in the continental United States for his deposition. The parties will meet and confer regarding the scheduling of that deposition upon completion of document discovery (including Defendants' responses to Plaintiff's requests that Defendants supplement their document productions (*see* Dkt. Nos. 89-2, 89-3)).

WHEREAS, the parties reserve all rights as to the sequencing of the parties' depositions and any non-party depositions.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 6-2, by and between the undersigned counsel for the parties, that: Defendants' Motion to Compel Plaintiff's Appearance at a Deposition (Dkt. No. 88) is hereby withdrawn without prejudice.

DATED: September 16, 2024        **CLYDE SNOW & SESSIONS**

By:  */s/Timothy R. Pack*
      Timothy R. Pack

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

DATED: September 16, 2024        **FENWICK & WEST**

By:  */s/Casey O'Neill*
      Casey O'Neill
      (*electronically signed with permission*)

Attorneys for Plaintiff
TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: