**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TETSUYA NAKAMURA, an individual, </br></br>　　　　　Plaintiff, </br></br>　vs. </br></br>SUNDAY GROUP INCORPORATED, a Nevada corporation, et al., </br></br>　　　　　Defendant(s). | Case No.: 2:22-cv-01324-MMD-EJY </br></br>ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COUR AND DESIGNATION OF LOCAL COUNSEL |

FILING FEE IS $250.00

_____James E. Magleby_____, Petitioner, respectfully represents the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and member of the law of

_____Magleby Cataxinos, PC_____
(firm name)

with offices at _____141 W. Pierpont Ave._____,
(street address)

_____Salt Lake City_____, _____Utah_____, _____84101_____
(city)　　　　　　　　　　　　　　(state)　　　　　　　　(zip code)

_____(801) 359-9000_____, _____magleby@mcpc.law_____.
(area code + telephone number)　　　(Email address)

2. That Petitioner has been retained personally or a member of the law firm by

_____Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi, and James Pack_____ to
[client(s)]

provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since __10/17/1995__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Utah__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Utah | 10/17/1995 | 7247 (UT) |
| U. S. Court of Appeals 11th Circuit | January 1, 1999 | |
| U. S. Supreme Court | January 1, 2000 | |
| U. S. Court of Appeals 10th Circuit | January 1, 2003 | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Utah State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Utah____ )
                      )
COUNTY OF ___Salt Lake___ )

____James E. Magleby____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

9th day of December, 2024.

_____
Notary Public or Clerk of Court

GREG WAYMENT
Notary Public State of Utah
My Commission Expires on:
December 21, 2025
Comm. Number: 721626

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Mark L. Smith____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____SF FIRM, LLP, 6345 South Pecos Rd., Suite 202____.
(street address)

____Las Vegas____, ____Nevada____, ____89120____,
(city)           (state)          (zip code)

____725.666.8700____, ____msmith@sffirm.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATION RESIDENT OF NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mark L. Snith _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James Pack
(type or print party name, title)

_____
(party's signature)

James Pack, Director, Sunday Group Incorporated
(type or print party name, title)

_____
(party's signature)

Toshiki (Todd) Mitsuishi
(type or print party name, title)

_____
(party's signature)

Toshiki (Todd) Mitsuishi, Trustee SGI Trust
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14762  msmith@sffirm.com
Bar number  Email address

**APPROVED:**

Dated: this  3rd  day of  February , 20 24 .

_____
UNITED STATES DISTRICT JUDGE

6



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

UNITED STATES OF AMERICA } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein JAMES E. MAGLEBY, #7247, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 17th day of October, 1995.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 6th day of December, A.D. 2024