# EXHIBIT C

C. O'Neill September 27, 2024 Letter to T. Pack



555 California Street
12th Floor
San Francisco, CA 94104

415.875.2300
Fenwick.com

Casey T. O'Neill
coneill@fenwick.com  |  415.875.2027

September 27, 2024

**VIA EMAIL**

Timothy R. Pack, Esq.
Aaron D. Lebenta, Esq.
Clyde Snow & Sessions, PC
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

Re:     <u>Tetsuya Nakamura v. Sunday Group Inc. et al.</u>, No. 22-cv-01324-MMD-EJY

Dear Tim and Aaron:

We write to follow up on our August 20, 2024 letter and September 3, 2024 letter, which summarized our July 31, 2024 meet-and-confer discussion and identified issues with your clients' document productions in this matter. Defendants have yet to cure these deficiencies and it has been two months since Defendants' last document production, which occurred on July 29, 2024.

Our concerns regarding the deficiencies in Defendants' document productions include the following:

- Missing document sources including email, Slack, text and messaging application communications, home drive materials, and medical records;

- The lack of documents produced in response to RFP No. 5 which concerns Sunday Group financial statements and related records;

- The lack of documents produced in response to RFP No. 8 which concerns the issuance or exchange-listing of M-Tokens;

- The lack of documents produced in response to RFP No. 11 which concerns Mobby project financial statements and related records;

- The lack of documents produced in response to RFP No. 13 which concerns the transfer or use of digital currency invested in Mobby;

- The lack of documents produced in response to RFP No. 16 which concerns the relationship between SGI Trust and other Defendants;

Timothy R. Pack, Esq.
September 27, 2024
Page 2

- The lack of documents produced in response to RFP No. 21 which concerns the transfer or use of digital currency for BCN investment;

- The lack of documents produced in response to RFP No. 23 which concerns the distributions from BCN investment; and

- The lack of documents produced in response to RFP No. 33 which concerns contracts with token purchasers.

As noted, it has been two months since Defendants' last document production and Defendants have taken no steps to cure the above outlined deficiencies following our July 31, 2024 meet-and-confer discussion. Should Defendants not substantively respond to and cure the identified deficiencies by close of business on October 1, we will seek court intervention.

Sincerely,

FENWICK & WEST LLP

/s/ *Casey O'Neill*

Casey O'Neill