# EXHIBIT E

T. Pack November 27, 2024 Email to C. O'Neill

| | |
|---|---|
| **From:** | Tim Pack <TRP@clydesnow.com> |
| **Sent:** | Wednesday, November 27, 2024 1:29 PM |
| **To:** | Casey O'Neill; Aaron Lebenta |
| **Cc:** | Felix Lee; Christopher Steskal; Claire Mena; Joshua Parr; James E. Magleby |
| **Subject:** | RE: Nakamura |

**\*\* EXTERNAL EMAIL \*\***

Casey,

Here is a projected timeline of upcoming productions:

1. Sunday Group email custodians. Our Second Supplemental Initial Disclosures provides a list of individuals with sundaygroup.com email addresses. While we believe that we have complied and are complying with our discovery obligations by producing emails from custodians Jim Pack and Todd Mitsuishi, we are willing to meet and confer if you want production of emails from other custodians.

2. Additional emails from Todd M. and Jim P. We have supplemented our production with additional emails from Jim P. Production of additional emails from Todd M. will likely occur on or before December 13. We will also begin to review additional emails from Jim P. and Todd M.'s original email accounts that cover the time period January 2024 – October 2024. Production of those emails should occur prior to December 20, 2024.

3. Google Drive. Production of these documents should occur by December 13.

4. Text messages. We hope to produce these by December 13, but December 20 is more realistic.

5. DAG Financial Statements. December 13.

6. Mobby MOUs: December 13.

I will be out of town an unavailable until December 6, 2024. Please direct future communications to Aaron or James M.

Also, please get back to us on proposed amended discovery order. Have a great Holiday weekend.

Regards,

Timothy R. Pack | Clyde**Snow**
Direct/Text 801.433.2447

**From:** Tim Pack
**Sent:** Monday, November 25, 2024 6:57 PM
**To:** Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Claire Mena <CMena@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Casey,

First, thanks for your email. We are checking in with our clients and will get you some proposed production timelines tomorrow.

Second, attached are Defendants Second Supplement to Initial Disclosures which contain the names of individuals affiliated with the Mobby Project including their Sunday Group email address, if applicable.

Third, attached is a proposed stip and order extending the discovery deadlines. Please review and let me know if you have any questions or edits.

Finally, let me introduce you to James Magleby. He will be entering his appearance on behalf of the defendants in the coming weeks. Please copy him on all future correspondence.

Best regards,

Timothy R. Pack | ClydeSnow
Direct/Text 801.433.2447


**From:** Casey O'Neill <coneill@fenwick.com>
**Sent:** Sunday, November 24, 2024 11:57 AM
**To:** Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Claire Mena <CMena@fenwick.com>; Joshua Parr <JParr@fenwick.com>
**Subject:** Nakamura

Tim, Aaron,

We want to follow up on certain open items from our most recent meet-and-confer call, which took place on November 5. During our discussion, you indicated that the following were forthcoming.

- Custodians: You agreed to talk with your clients and assemble a list of who has Sunday Group or DAG Technologies email accounts, to assess the volume of materials within the accounts, and to further discuss with us a possible need to collect from additional custodians.

- Mitsuishi/Pack Email Accounts: You stated that you and your clients are canvassing several email addresses for Mr. Mitsuishi and Mr. Pack, which we have identified for you, and are continuing to search for responsive materials.

2

- Google Drive: You confirmed that Sunday Group used Google Drive as a document repository. You said you are working on data processing and production and estimated that these materials would be produced the week of November 11.

- Text and other messages: You said that you are still working to collect and produce responsive messages. You said you have focused on SMS text messages, but you agreed to check other messaging applications as well for responsive materials (e.g., Whatsapp, Chatwork). You estimated that you will produce additional messages before Thanksgiving.

- You said financial statements for DAG Technologies "will reveal a lot" regarding the flow of funds for capital invested and would be produced the week of November 11. You said you would produce other flow-of-funds information as well, such as wallet addresses.

- You indicated you will produce other documents regarding BitClub Network (e.g., Joe Abel text messages).

- You said you would produce MOUs with other Mobby token investors in a production following the meeting, but we do not see those in the production. We saw buy-back agreements pertaining to Series AA and Mobby investments in your November 6 production, but not the original MOUs for the Mobby investments.

We have not received any further response or production from you addressing these items. Please respond by close of business Monday, November 25, with an update and firm deadlines by which you will produce materials addressing these issues.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.