# EXHIBIT G

# FILED UNDER SEAL

Messages with J. Pack