# EXHIBIT H

# FILED UNDER SEAL

Emails with sv@sundaygroupinc.com