# EXHIBIT I

# FILED UNDER SEAL

Emails with sv@mobby.ai