# EXHIBIT J

Defendants' Second Supplemental Initial Disclosures

Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone: (725) 666-8701

Aaron D. Lebenta (UT Bar # 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DEFENDANTS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES** |

Defendants Sunday Group Incorporated ("Sunday Group"), James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), submit the following supplement to Initial Disclosures:

**PRELIMINARY STATEMENT**

Defendants have made a reasonable and good faith effort to comply with the initial disclosure requirements set forth in Rule 26(a)(1). Defendants continue to collect documents related to this action and may interview potential witnesses who also may have information relevant to this action. Each of the following disclosures, therefore, is based upon information presently known and available to Defendants. Defendants reserve the right to identify additional

witnesses or documents that become known through their continuing investigation of this matter and/or that may pertain to claims and/or defenses that are hereafter asserted in this matter. In all other ways, Defendants reserve the right to amend or supplement these disclosures. Defendants supplement their prior disclosures as follows:

## INITIAL DISCLOSURES

**1.     Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses unless the use would be solely for impeachment:**

a. Professor Rafail Ostrovsky. ro@sundaygroupinc.com. Contact through counsel. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

b. Fred Almeida. fred@ascent.ai. This witness is a member of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

c. Professor Yehuda Afek. ya@sundaygroupinc.com. This witness is a member of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

d. Steve Crocker. sc@sundaygroupinc.com. This witness is a member of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

e. Professor Petros Drineas.drineas@gmail.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

f. Professor Yun Lu. yunlu.mail@gmail.com. This witness has information and knowledge

about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

g. Professor Michele Ciampi. micheleciampi1990@gmail.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

h. Dr. Myuhammed Ishaq. ishaq@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

i. Dr. Ricahrd Carback III. rc@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

j. Aylona Karmazin. ak@sundayfroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

k. Gilad Canes. gilad@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

l. Bilel Naeem. bilal@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

m. Dimitris Starantzis. d.starantzis97@gmail.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

n. <u>Ken Hashimoto</u>. Contact through counsel. <u>kh@sundaygroupinc.com</u>. This witness has information and knowledge about the Mobby Poject, including information related to finanaces and accounting.

o. <u>Dr. Leonard Kleinrock</u>. <u>lk@sundayfroupinc.com</u>. Contact through Defendants' counsel. Dr. Kleinrock is a member and Chairman of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

p. <u>Dr. Vassilis Zikas</u>. <u>vz@sundaygroupinc.com</u>. Dr. Zikas is the Chief Scientist of Sunday Group and the Mobby Poject and he has information and knowledge regarding the the mission, purpose, development and direction of the Mobby Project, and as well as the development of the Mobby Project.

q. <u>Zane Karl</u>. <u>zc@sundaygroupinc.com</u>. Mr. Karl is the the Token Research and Development Manager of the Mobby Poject and he has information and knowledge regarding the the mission, purpose, development and direction of the Mobby Project, and as well as the development of the Mobby Project.

Defendants reserve the right to call any witnesses identified by the other parties to this action and to supplement this list at any time.

DATED: November 25, 2024       **CLYDE SNOW & SESSIONS, P.C.**

By: */s/Timothy R. Pack*
    Timothy R. Pack (UT Bar 12193)

    Attorneys for Defendants
    SUNDAY GROUP INCORPORATED,
    SGI TRUST, TOSHIKI (TODD) MITSUISHI
    AND JAMES PACK

{02217628-2}                                    4                     Case No: 2:22-cv-01324-MMD-EJY
**DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November 2024, the foregoing DEFENDANTS' SECOND SUPPLEMENT INITIAL DISCLOSURES was served on the person(s) named below via electronic mail.

                                         */s/ Sabrina Afridi*
                                         Sabrina Afridi
                                         Legal Assistant

Felix S. Lee (CA Bar 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar 212297)
csteskal@fenwick.com
Casey O'Neill (CA Bar 264406)
coneill@fenwick.com
Claire Mena (CA Bar 339324)
cmena@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

John D. Tennert III (NV Bar 11728)
jtennert@Fennemorelaw.com
Wade Beavers (NV Bar 13451)
wbeavers@fennemorelaw.com
**FENNEMORE CRAIG, P.C**
7800 Rancharrah Parkway
Reno, NV 89511

{02217628-2}
                                5             Case No: 2:22-cv-01324-MMD-EJY
**DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES**