# EXHIBIT K

# FILED UNDER SEAL

Consulting Agreement