# EXHIBIT M

Defendants' First Supplemental Initial Disclosures

| | |
|---|---|
| Mark L. Smith (NV Bar #14762)<br>msmith@sffirm.com<br>Jacob L. Fonnesbeck (NV Bar #11961)<br>jfonnesbeck@sffirm.com<br>**SF FIRM, LLP**<br>6345 South Pecos Road, Suite 202<br>Las Vegas, NV 89120<br>Telephone: (725) 666-8701<br>Facsimile:  (725) 666-8710<br><br>*Attorneys for Defendants* | Keith M. Woodwell (UT Bar # 7253)<br>kmw@clydesnow.com<br>Aaron D. Lebenta (UT Bar # 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar # 12193)<br>trp@clydesnow.com<br>Thomas A. Brady (UT Bar # 12454)<br>tab@clydesnow.com<br>**CLYDE SNOW & SESSIONS PC**<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone: (801) 322-2516 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES** |

Defendants Sunday Group Incorporated ("Sunday Group"), James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), submit the following initial disclosures:

**PRELIMINARY STATEMENT**

Defendants have made a reasonable and good faith effort to comply with the initial disclosure requirements set forth in Rule 26(a)(1). Defendants continue to collect documents related to this action and may interview potential witnesses who also may have information relevant to this action. Each of the following disclosures, therefore, is based upon information presently known and available to Defendants. Defendants reserve the right to identify additional

witnesses or documents that become known through their continuing investigation of this matter and/or that may pertain to claims and/or defenses that are hereafter asserted in this matter. In all other ways, Defendants reserve the right to amend or supplement these disclosures. Defendants supplement their prior disclosures as follows:

## INITIAL DISCLOSURES

**1.     Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses unless the use would be solely for impeachment:**

a. <u>Dr. Leonard Kleinrock</u>. Contact through Defendants' counsel.  Dr. Kleinrock is a member and Chairman of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

b. <u>Dr. Vassilis Zikas</u>. Contact through Defendants' counsel.  Dr. Zikas is the Chief Scientist of Sunday Group and the Mobby Poject and he has information and knowledge regarding the the mission, purpose, development and direction of the Mobby Project, and as well as the development of the Mobby Project.

c. <u>Zane Karl</u>. Contact through Defendants' counsel.  Mr. Karl is the the Token Research and Development Manager of the Mobby Poject and he has information and knowledge regarding the the mission, purpose, development and direction of the Mobby Project, and as well as the development of the Mobby Project.

Defendants reserve the right to call any witnesses identified by the other parties to this action and to supplement this list at any time.

**DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

DATED: November 28, 2023

**CLYDE SNOW & SESSIONS, P.C.**

By: */s/Timothy R. Pack*
    Timothy R. Pack (UT Bar 12193)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November 2023, the foregoing DEFENDANTS' FIRST SUPPLEMENT INITIAL DISCLOSURES was served on the person(s) named below via electronic mail.

    */s/ Sabrina Afridi*
    Sabrina Afridi
    Legal Assistant

Felix S. Lee (CA Bar 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar 212297)
csteskal@fenwick.com
Casey O'Neill (CA Bar 264406)
coneill@fenwick.com
Claire Mena (CA Bar 339324)
cmena@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

John D. Tennert III (NV Bar 11728)
jtennert@Fennemorelaw.com
Wade Beavers (NV Bar 13451)
wbeavers@fennemorelaw.com
**FENNEMORE CRAIG, P.C**
7800 Rancharrah Parkway
Reno, NV 89511

3     Case No: 2:22-cv-01324-MMD-EJY
**DEFENDANTS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES**