# EXHIBIT N

Defendants' Third Supplement to Initial Disclosures

Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone: (725) 666-8701

Aaron D. Lebenta (UT Bar # 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516

James E. Magleby (UT Bar # 7247)
magleby@mcpc.law
**MAGLEBY CATAXINOS PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DEFENDANTS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES** |

Defendants Sunday Group Incorporated ("Sunday Group"), James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), submit the following supplement to Initial Disclosures:

**PRELIMINARY STATEMENT**

Defendants have made a reasonable and good faith effort to comply with the initial disclosure requirements set forth in Rule 26(a)(1). Defendants continue to collect documents

**DEFENDANTS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES**

related to this action and may interview potential witnesses who also may have information relevant to this action. Each of the following disclosures, therefore, is based upon information presently known and available to Defendants. Defendants reserve the right to identify additional witnesses or documents that become known through their continuing investigation of this matter and/or that may pertain to claims and/or defenses that are hereafter asserted in this matter. In all other ways, Defendants reserve the right to amend or supplement these disclosures. Defendants supplement their prior disclosures as follows:

## INITIAL DISCLOSURES

**1.      Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses unless the use would be solely for impeachment:**

a.  <u>Professor Rafail Ostrovsky</u>. Contact through counsel. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

b.  <u>Fred Almeida</u>. fred@ascent.ai. This witness is a member of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

c.  <u>Professor Yehuda Afek</u>. This witness is a member of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

d.  <u>Steve Crocker</u>. This witness is a member of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

e.  <u>Professor Petros Drineas</u>.drineas@gmail.com. This witness has information and

knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

f.  Professor Yun Lu. yunlu.mail@gmail.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

g.  Professor Michele Ciampi. micheleciampi1990@gmail.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

h.  Dr. Myuhammed Ishaq. ishaq@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

i.  Dr. Ricahrd Carback III. rc@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

j.  Aylona Karmazin. ak@sundayfroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

k.  Gilad Canes. gilad@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

l.  Bilel Naeem. bilal@sundaygroupinc.com. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

Case No: 2:22-cv-01324-MMD-EJY
DEFENDANTS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES

m. <u>Dimitris Starantzis</u>. <u>d.starantzis97@gmail.com</u>. This witness has information and knowledge about the Mobby Poject, including information regarding research, development, mission, purpose of the Project.

n. <u>Ken Hashimoto</u>. Contact through counsel. This witness has information and knowledge about the Mobby Poject, including information related to finanaces and accounting.

o. <u>Dr. Leonard Kleinrock</u>. lk@cs.ucla.edu.  Dr. Kleinrock is a member and Chairman of Sunday Group's Advisory Board and has information and knowledge regarding the mission, purpose, development and direction of the Mobby Project.

p. <u>Dr. Vassilis Zikas</u>. <u>vz@sundaygroupinc.com</u>. Contact through counsel. Dr. Zikas is the Chief Scientist of Sunday Group and the Mobby Poject and he has information and knowledge regarding the the mission, purpose, development and direction of the Mobby Project, and as well as the development of the Mobby Project.

q. <u>Zane Karl</u>. <u>zc@sundaygroupinc.com</u>. Mr. Karl is the the Token Research and Development Manager of the Mobby Poject and he has information and knowledge regarding the the mission, purpose, development and direction of the Mobby Project, and as well as the development of the Mobby Project.

Defendants reserve the right to call any witnesses identified by the other parties to this action and to supplement this list at any time.

**2.      Rule 26(a)(1)(A)(iii): A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

a. <u>Defendants' First, Fifth, Sixth, Third and Seventh Causes of Action Alleged in Dkt. 84</u>. Damages caused by Plaintiff's untruthful statements and unlawful interference which damaged Defendants' reputation to its investors and in the eyes of the public, and which

**DEFENDANTS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES**

1    caused Sunday Group and Mobby offer token and stock buy backs. Such damages are no

2    less than $2,180,000. See DEF_060905.

3      b.  Defendants' Third, Fifth, and Seventh Causes of Action Alleged in Dkt. 84. Emotional

4    distress, pain and suffering, and general damages suffered by Todd Mitsuishi, no less than

5    $15,000,000.

6

7

8    DATED: February 5, 2025                    **CLYDE SNOW & SESSIONS, P.C.**

9                                               By: */s/Timothy R. Pack*
                                                    Timothy R. Pack (UT Bar 12193)

10                                                  Attorneys for Defendants

11                                                  SUNDAY GROUP INCORPORATED,
                                                    SGI TRUST, TOSHIKI (TODD) MITSUISHI

12                                                  AND JAMES PACK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2025, the foregoing DEFENDANTS'

THIRD SUPPLEMENT INITIAL DISCLOSURES was served on the person(s) named below via

electronic mail.

*/s/ Sabrina Afridi*
Sabrina Afridi
Legal Assistant


Felix S. Lee (CA Bar 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar 212297)
csteskal@fenwick.com
Casey O'Neill (CA Bar 264406)
coneill@fenwick.com
Claire Mena (CA Bar 339324)
cmena@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

John D. Tennert III (NV Bar 11728)
jtennert@Fennemorelaw.com
Wade Beavers (NV Bar 13451)
wbeavers@fennemorelaw.com
**FENNEMORE CRAIG, P.C**
7800 Rancharrah Parkway
Reno, NV 89511

**DEFENDANTS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES**