# EXHIBIT O

# FILED UNDER SEAL

Messages with L. Kleinrock