# EXHIBIT P

# FILED UNDER SEAL

Messages with K. Roller