# EXHIBIT Q

# FILED UNDER SEAL

Messages with T. Mitsuishi