# EXHIBIT R

# FILED UNDER SEAL

Messages with T. Mitsuishi with Omissions