# EXHIBIT S

# FILED UNDER SEAL

Messages with J. Pack