# EXHIBIT T

# FILED UNDER SEAL

Messages with J. Pack with Omissions