# EXHIBIT U

Emails Between Counsel

| | |
|---|---|
| **From:** | Aaron Lebenta |
| **To:** | Claire Mena; James E. Magleby; Casey O"Neill; Tim Pack |
| **Cc:** | Felix Lee; Christopher Steskal; Joshua Parr |
| **Subject:** | RE: Nakamura - Production from Sunday Group Email Addresses |
| **Date:** | Wednesday, February 12, 2025 8:15:53 PM |

**\*\* EXTERNAL EMAIL \*\***

Claire and team,

Thank you for your email. We are disheartened by your indication that you intend to file a motion to compel and, for reasons previously explained and reiterated below, do not believe it is necessary. Responding specifically to your numbered requests:

1. Signal messages. As we explained during our last meet and confer, the collection of Signal messages is extremely difficult and time consuming due to encrypted nature of the messaging app. Despite consultation with document management experts, thus far we have been unable to determine an effective way to download or extract Signal messages in a manner that that would display the contents of the messages or allow for searching for relevant and responsive messages. As such, Todd Mitsuishi is in the process of searching for and taking screenshots of messages, which is extraordinarily time consuming. But that is underway, and we hope to have it completed soon. We are also still exploring to see if there are other viable options that would allow us to provide the Signal messages in a better format, and will notify you if we find a solution. Mr. Mitsuishi is the only remaining custodian for Signal messages to which we have access, and are providing his messages because he is a party to this case in his individual capacity. Sunday Group does not have a company Signal account, and none of our clients has access to or control over anyone else's personal Signal or other messaging apps, to the extent they have them.

2. Personal emails and texts. As we have indicated during our prior meet and confer conferences, in addition to our objections set forth in the written discovery responses as to relevance, proportionality and other grounds, we disagree with your position that Sunday Group has a duty to collect and produce emails or texts from personal email accounts, personal text messaging accounts, or devices of employees, consultants or advisory board members. Neither Sunday Group, nor James Pack or Todd Mitsuishi, has possession, custody or control over the personal email accounts, devices, or messaging apps of the individuals you identified, and has no legal right to demand or obtain their production. As we read the Ninth Circuit case law, there is no discovery obligation to produce documents that our clients do not have a legal right to demand and obtain. *See, e.g.,* Nakanelua v. United Pub. Workers, AFSCME, Loc. 646, AFL-CIO, , 2021 WL 6498865, at \*1–2 (D. Haw. Nov. 2, 2021); Matthew Enter., Inc. v. Chrysler Grp. LLC, 2015 WL 8482256, at \*3–4 (N.D. Cal. Dec. 10, 2015); Ubiquiti Networks, Inc. v. Kozumi USA Corp., 2013 WL 1767960, at \*1–3 (N.D. Cal. Apr. 15, 2013). As we discussed during our last meet and confer, you are free to use the subpoena process of Rule 45 with respect to those individuals if you believe they have relevant information in their personal email accounts, devices or other personal messaging accounts. We reserve all rights in

connection with any subpoena.

3. Preservation notices. We maintain our objection that your request for preservation communications is subject to the attorney-client privilege. We also note that there is no existing discovery request to which such information would even be responsive.

Finally, we disagree with your statement that there was a Court ordered deadline for our clients to complete their production by January 15, 2025. The stipulation and scheduling order states that Defendants "plan to complete" their production to existing discovery requests by that date, subject to all objections and the right to supplement. Our clients have been working diligently towards that goal, have now produced over 60,000 pages of documents, and we believe that the Mr. Mitsuishi's Signal messages are the final item on that list, subject to our right to supplement if additional responsive documents are discovered.

**Aaron D. Lebenta**
Director and Shareholder



Phone/Text/Fax: 801-433-2404
Mobile:  801-556-4034
201 South Main Street, Suite 2200 SLC, UT 84111
Email: adl@clydesnow.com

CONFIDENTIALITY NOTICE This electronic mail transmission, and any documents, files, or previous e-mail messages attached to it, is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, use of any of the information, or the taking of action in reliance on the contents of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner.

**From:** Claire Mena <CMena@fenwick.com>
**Sent:** Monday, February 10, 2025 4:16 PM
**To:** James E. Magleby <magleby@mcpc.law>; Casey O'Neill <coneill@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>
**Subject:** RE: Nakamura - Production from Sunday Group Email Addresses

Tim, Aaron, and Jim:

We write in follow-up to our January 29, 2025 meet-and-confer regarding the status of defendants' document production. We want to let you know as a courtesy that we plan to file a motion to compel absent full completion of defendants' document production by Wednesday, February 12, and specifically, absent production of the following:

1. All responsive Signal application messages from an appropriate list of custodians. Please

   identify which custodians possess responsive Signal communications.
2. All responsive email and text and other messaging application communications from all Sunday Group employees, contractors or advisors, including communications transmitted through mediums other than the @sundaygroupinc.com email domain (e.g., @hotmail.com), to Vassilis Zikas, Muhammad Ishaq, Gilad Canes, Alyona Karmazin, Yun Lu, Dimitris Starantzis, Richard Carback, Bilel Naeem, John Andrews, Zane Karl, Rafail Ostrovsky, Yehuda Afek, Steve Crocker, Leonard Kleinrock, Fred Almeida, Petros Drineas, Michele Ciampi, Ken Hashimoto, Karl Roller, Crystal Lilly, Stephanie Vaughan, and any other Sunday Group personnel, to the extent that those mediums were used to conduct business for or advise on the business activities of Sunday Group Incorporated or affiliated entities (including DAG Technologies, Inc. and SGI Trust).
3. Confirmation that both Defendants and other Sunday Group personnel have received preservation notices and have taken affirmative steps (e.g., updated the Slack retention period) to preserve communications related to this litigation.

We reiterate that this action is not being taken lightly, but we have no choice but to do so given that Defendants have already failed to meet a Court ordered deadline that their document production be completed by January 15, nearly a month ago, and given that the requested materials have been sought in some cases 6 months ago or longer. We cannot continue to allow these deadlines to slip, given that that the current case schedule has already been compromised by these belated productions. We reserve any rights to seek production from any custodians that have not been identified to date but possess responsive communications.


Claire Mena
Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

---

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Sunday, January 26, 2025 11:04 AM
**To:** Casey O'Neill <coneill@fenwick.com>; Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>; James E. Magleby <magleby@mcpc.law>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>
**Subject:** RE: Nakamura - Production from Sunday Group Email Addresses

**\*\* EXTERNAL EMAIL \*\***

Thanks Casey, I just sent the invite.


James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.

Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Casey O'Neill <coneill@fenwick.com>
**Sent:** Friday, January 24, 2025 4:07 PM
**To:** James E. Magleby <magleby@mcpc.law>; Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>
**Subject:** RE: Nakamura - Production from Sunday Group Email Addresses

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

James,

Thanks. 1:00 p.m. MST Wednesday works here. Do you want to send a videoconference invite? Thanks.

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Friday, January 24, 2025 1:47 PM
**To:** Casey O'Neill <coneill@fenwick.com>; Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura - Production from Sunday Group Email Addresses

**\*\* EXTERNAL EMAIL \*\***

Casey:

We have had a number of unexpected events delay the production, but won't belabor that point here except to say that our side has made all reasonable efforts to meet deadlines and make comprehensive productions, evidenced by among other things the tens of thousands of documents produced.

Please let us know if you and your team are available next Tuesday afternoon or Wednesday between 1:00 pm and 2:30 pm, Mountain.

Thanks.

James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Casey O'Neill <coneill@fenwick.com>
**Sent:** Thursday, January 23, 2025 11:13 AM
**To:** James E. Magleby <magleby@mcpc.law>; Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>
**Subject:** RE: Nakamura - Production from Sunday Group Email Addresses

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

James,

After missing previously agreed deadlines for production, in our most recent discovery stipulation and scheduling order (ECF No. 96), you committed to the Court that defendants would complete their document production by Wednesday, January 15. We gather from your email below that defendants have not done so.

Please let us know your availability in the next two business days to meet and confer on this. Please be prepared to discuss:

  1. The extent to which your clients' document production is (or is not) complete, with the exception of emails from the additional custodians with Sunday Group email addresses (i.e., custodians other than Todd Mitsuishi and James Pack), including with respect to the following categories of

   documents: (1) emails from Todd Mitsuishi and James Pack, (2) Google drive materials, (3) DAG financial statements, (4) Mobby MOUs, and (5) Slack, text, and any other messaging application communications.

   2. Your collection, review and production of Slack, text, and other messaging application communications, as well as Google Drive materials, for custodians other than Todd Mitsuishi and James Pack.

   3. Any spoliation issues you have detected, in particular with respect to text messages.

---

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Tuesday, January 21, 2025 10:10 AM
**To:** Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura - Production from Sunday Group Email Addresses

**\*\* EXTERNAL EMAIL \*\***

Claire:

As you know, Defendants have produced text messages in the recent days. This e-mail is to acknowledge that you have requested that Sunday Group produce emails from all custodians with Sunday Group email addresses, and to advise that we have collected those emails and are in the process of reviewing them for production. We expect to produce them no later than Monday, January 27, 2025.

Thanks.


James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other

privileges, protections, or immunities and is strictly confidential.

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Thursday, January 9, 2025 4:37 PM
**To:** Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Claire:

By way of an e-mail introduction – I have recently joined this case, and will be trial counsel along with Tim and Aaron. I have been travelling all week, and am getting a handle on the document production issues, and will respond further by Monday. In the meantime, however, I can tell you that we are reviewing text messages for production, with more in the pipeline. And, we acknowledge your team's patience; unfortunately, there have been some unexpected personal issues that have interfered with document gathering on our side.

Thanks.


James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Claire Mena <CMena@fenwick.com>
**Sent:** Tuesday, January 7, 2025 7:31 PM
**To:** Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tim,

We did not receive from you last week an updated deadline regarding the production of text messages and documents related to Dr. Nakamura's Mobby investment funds, as you represented you would do. You have been promising production of text messages in particular for months and there is no plausible reason why the production of texts from just two individuals would take this long, with no explanation for the delay. We now harbor grave concerns that the real reason for the delay is that such messages were not kept (or kept in their entirety) in violation of defendants' document preservation obligations. Please give us a **firm** date on which you will produce those materials, and we also need a concrete representation that no such materials have been subject to spoliation. We have been exceedingly patient but given the impending discovery deadlines we will be forced to move to compel if we do not receive the materials and assurances of preservation immediately.

Additionally, could you please confirm that you have completed your productions for the following categories: (1) emails from Todd Mitsuishi and James Pack, (2) Google drive materials, (3) DAG financial statements, and (4) Mobby MOUs. Thank you.

Finally, we wanted to flag that we have come across several emails involving an immigration attorney (e.g., DEF 035769). As mentioned in our August 20, 2024 letter, we have identified a number of documents that may reference privileged communications between your clients and their counsel. If there are other communications you wish to claw back on the grounds that they contain or disclose privileged communications or attorney work product, please let us know as soon as possible.

Claire Mena

Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

---

**From:** Tim Pack <TRP@clydesnow.com>
**Sent:** Thursday, December 26, 2024 12:25 PM
**To:** Claire Mena <CMena@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

**\*\* EXTERNAL EMAIL \*\***

Claire,

First, thank you for notifying us about DEF_023501-DEF_023502. Those documents were produced inadvertently as they are protected work product. As a result, we need to clawback the documents and demand that you delete and destroy. Please confirm once this I complete.

Second, our production of text messages has been delayed. We hope to make the production within the next week. However, I should be able to give you a more accurate date by Monday.

Best regards,

Timothy R. Pack | ClydeSnow
Direct/Text 801.433.2447

---

**From:** Claire Mena <CMena@fenwick.com>
**Sent:** Friday, December 20, 2024 9:14 PM
**To:** Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Hi Tim,

Thank you for your email. To confirm, by next Monday (December 23), you will complete your production of (1) emails from Todd Mitsuishi and James Pack, (2) Google drive materials, (3) DAG financial statements, and (4) Mobby MOUs. Please let us know immediately if this is not the case. Could you please state clearly when you will complete your production of text messages and documents related to Dr. Nakamura's Mobby investment funds? Our understanding was that your document productions would be complete as of today, which unfortunately is not the case. You had indicated that you would produce emails from Todd Mitsuishi, Google Drive materials, DAG financial statements, and Mobby MOUs by December 13 and additional emails from Todd Mitsuishi and James Pack as well as text messages by today. As we previously mentioned, you committed to firm deadlines. It is not acceptable to say you will provide an updated timeline next week.

Additionally, we wanted to flag DEF_023501-DEF_023502 for you because it mentions Tim. It is not clear to us that the document is privileged, as it does not divulge attorney-client communications.

Claire Mena

Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

**From:** Tim Pack <TRP@clydesnow.com>
**Sent:** Friday, December 20, 2024 2:44 PM
**To:** Claire Mena <CMena@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

**\*\* EXTERNAL EMAIL \*\***

Claire,

By way of update, we hope to get another production out today or Monday. When this next production is complete, we should be about finished except for text messages and documents related to transfers of Nakamura's Mobby investment funds. Next week I will give you an updated timeline on when you can expect those documents.

Also, we will likely agree to produce emails from the individuals below who had Sunday Group email accounts. But more on that next week.

Wishing everyone a happy holidays.

Timothy R. Pack | ClydeSnow
Direct/Text 801.433.2447

**From:** Tim Pack
**Sent:** Tuesday, December 17, 2024 9:40 AM
**To:** Claire Mena <CMena@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Claire,

More is coming this week. Also, we will get back to you on producing emails from Sunday Group accounts used by the individuals you list below.

thanks

Timothy R. Pack | ClydeSnow
Direct/Text 801.433.2447

---

**From:** Claire Mena <CMena@fenwick.com>
**Sent:** Monday, December 16, 2024 6:51 PM
**To:** Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Tim, Aaron,

Please let us know if today's production includes all the documents that you had committed to produce by December 13, 2024, or if there are still more such documents forthcoming.

Claire Mena
Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

---

**From:** Claire Mena
**Sent:** Monday, December 16, 2024 5:14 PM
**To:** Tim Pack <TRP@clydesnow.com>; Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Tim, Aaron,

We are following up on the below email. You had indicated that you would produce additional emails from Todd by December 13, and additional emails from James Pack and Todd by December 20. You also indicated you would be producing Google Drive materials, DAG financial statements,

and Mobby MOUs by December 13, as well as text messages then or by December 20. Last week's production did not satisfy our expectations of what you would produce by December 13. Please provide us with an update on when you intend to make your next production – if we do not receive a satisfactory answer by close of business tomorrow, we will have no choice to move to compel, as these materials have been promised repeatedly and you committed to firm deadlines which have now passed.

As discussed, Defendants' document productions, containing communications only from James and Todd, likely does not contain all responsive communications. To the extent that the below custodians contain responsive communications (custodians listed within Defendants' second supplemental initial disclosures) we would expect these communications to be produced as well. We note that this list is not exhaustive, as Defendants are best positioned to know the realm of custodians and which custodians contain responsive communications.

- Rafail Ostrovsky
- Fred Almeida
- Yehuda Afek
- Steve Crocker
- Petros Drineas
- Yun Lu
- Michele Ciampi
- Myuhammed Ishaq
- Richard Carback III
- Aylona Karmazin
- Gilead Canes
- Bilel Naeem
- Dimitris Starantzis
- Ken Hashimoto
- Leonard Kleinrock
- Vassilis Zikas
- Zane Karl


Claire Mena

Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

**From:** Tim Pack <TRP@clydesnow.com>
**Sent:** Wednesday, November 27, 2024 1:29 PM
**To:** Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Claire Mena <CMena@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

**\*\* EXTERNAL EMAIL \*\***

Casey,

Here is a projected timeline of upcoming productions:

1. Sunday Group email custodians. Our Second Supplemental Initial Disclosures provides a list of individuals with [sundaygroup.com](sundaygroup.com) email addresses. While we believe that we have complied and are complying with our discovery obligations by producing emails from custodians Jim Pack and Todd Mitsuishi, we are willing to meet and confer if you want production of emails from other custodians.

2. Additional emails from Todd M. and Jim P. We have supplemented our production with additional emails from Jim P. Production of additional emails from Todd M. will likely occur on or before December 13. We will also begin to review additional emails from Jim P. and Todd M.'s original email accounts that cover the time period January 2024 – October 2024. Production of those emails should occur prior to December 20, 2024.

3. Google Drive. Production of these documents should occur by December 13.

4. Text messages. We hope to produce these by December 13, but December 20 is more realistic.

5. DAG Financial Statements. December 13.

6. Mobby MOUs: December 13.

I will be out of town an unavailable until December 6, 2024. Please direct future communications to Aaron or James M.

Also, please get back to us on proposed amended discovery order. Have a great Holiday weekend.

Regards,

Timothy R. Pack | Clyde**Snow**
Direct/Text 801.433.2447

**From:** Tim Pack
**Sent:** Monday, November 25, 2024 6:57 PM
**To:** Casey O'Neill <coneill@fenwick.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Claire Mena <CMena@fenwick.com>; Joshua Parr <JParr@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura

Casey,

First, thanks for your email. We are checking in with our clients and will get you some proposed production timelines tomorrow.

Second, attached are Defendants Second Supplement to Initial Disclosures which contain the names of individuals affiliated with the Mobby Project including their Sunday Group email address, if applicable.

Third, attached is a proposed stip and order extending the discovery deadlines. Please review and let me know if you have any questions or edits.

Finally, let me introduce you to James Magleby. He will be entering his appearance on behalf of the defendants in the coming weeks. Please copy him on all future correspondence.

Best regards,

Timothy R. Pack | Clyde**Snow**
Direct/Text 801.433.2447

---

**From:** Casey O'Neill <coneill@fenwick.com>
**Sent:** Sunday, November 24, 2024 11:57 AM
**To:** Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Claire Mena <CMena@fenwick.com>; Joshua Parr <JParr@fenwick.com>

**Subject:** Nakamura

Tim, Aaron,

We want to follow up on certain open items from our most recent meet-and-confer call, which took place on November 5. During our discussion, you indicated that the following were forthcoming.

- Custodians: You agreed to talk with your clients and assemble a list of who has Sunday Group or DAG Technologies email accounts, to assess the volume of materials within the accounts, and to further discuss with us a possible need to collect from additional custodians.

- Mitsuishi/Pack Email Accounts: You stated that you and your clients are canvassing several email addresses for Mr. Mitsuishi and Mr. Pack, which we have identified for you, and are continuing to search for responsive materials.

- Google Drive: You confirmed that Sunday Group used Google Drive as a document repository. You said you are working on data processing and production and estimated that these materials would be produced the week of November 11.

- Text and other messages: You said that you are still working to collect and produce responsive messages. You said you have focused on SMS text messages, but you agreed to check other messaging applications as well for responsive materials (e.g., Whatsapp, Chatwork). You estimated that you will produce additional messages before Thanksgiving.

- You said financial statements for DAG Technologies "will reveal a lot" regarding the flow of funds for capital invested and would be produced the week of November 11. You said you would produce other flow-of-funds information as well, such as wallet addresses.

- You indicated you will produce other documents regarding BitClub Network (e.g., Joe Abel text messages).

- You said you would produce MOUs with other Mobby token investors in a production following the meeting, but we do not see those in the production. We saw buy-back agreements pertaining to Series AA and Mobby investments in your November 6 production, but not the original MOUs for the Mobby investments.

We have not received any further response or production from you addressing these items. Please respond by close of business Monday, November 25, with an update and firm deadlines by which you will produce materials addressing these issues.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and

then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.