# EXHIBIT G

# FILED UNDER SEAL

Messages with J. Pack

Messages James Pack



2017/04/27 15:21



2017/04/28 13:27



2017/04/28 14:26



2017/04/30 16:20



2017/05/08 13:28

REDACTED – Irrelevant/Personal

2017/05/13 22:27

Todd, I talked to Karl tonight he told me about the
new opportunity, I would like to get your take on it.

**CONFIDENTIAL INFORMATION**                    **DEF 045479**

Messages James Pack

If you like it I'm in with my 20

2017/05/13 22:49

I'm OK with it as long as you believe and pitch it as "it's probably a scam and you should assume all of it could disappear but people are making money so get it while you can"

2017/05/13 22:53

That's exactly how I would pitch it so no one can ever blame you if it doesn't work out but I would say it will probably keep going for 6 months at the least since it's still relatively under the radar.

2017/05/13 22:54

Let's talk tomorrow

2017/05/13 22:55

Ok

2017/05/29 12:32

Sorry keep missing your call. Tried calling you several times yesterday but seem to be missing each other. Call me when you can.

2017/05/29 19:31

Changed your Coinbase PW because it was weak. Updated you by email on it. Also your Shift VISA card should arrive later this week.

2017/05/29 19:32

Thanks

2017/06/04 07:44

Can you talk this morning?

2017/06/12 11:32

**CONFIDENTIAL INFORMATION**                    **DEF 045480**