# EXHIBIT H

# FILED UNDER SEAL

Emails with sv@sundaygroupinc.com

| | |
|---|---|
| From: | Stephanie Vaughan [stephanie@ssventures.io] |
| on behalf of | Stephanie Vaughan <stephanie@ssventures.io> [stephanie@ssventures.io] |
| Sent: | 2/1/2022 6:05:07 PM |
| To: | James Pack [jpack29@gmail.com] |
| Subject: | Re: Following up on our discussion earlier |

Okay sounds good.  Thanks!

Thanks,
Stephanie

Stephanie Vaughan
917.519.1370


On Feb 1, 2022, at 9:35 AM, James Pack <jpack29@gmail.com> wrote:



Sent from Mail for Windows

**From:** Stephanie Vaughan
**Sent:** Monday, January 31, 2022 10:27 PM
**To:** James Pack; James Pack
**Subject:** Fwd: Following up on our discussion earlier

Jim - I was going to send this email to Vassilis as suggested but thought I would run it by you first.  I was planning to cc you and Todd.

I suggest you just tackle the first issue, timeline.  I would say that Rick needs to be brought up to date and ask that Vasillis email him with an update.  Make it sound like it's not a big deal, nonchalantly.  He will see it as important but won't be threatened nor be put on the defensive.  Don't bring up marketing.  Then we will be set up for additional issues.  I am putting pressure on him and don't want it to come from all sides.

Lets talk tonight after you land about the meeting with Katy.

Jim



Vassilis -

Rick asked to talk to me earlier today here are some concerns laid out as far as communications regarding the technical development and the timeline to testnet.

These are the major issues I took away from this conversation / email:

CONFIDENTIAL INFORMATION                                                                                                                                       DEF 017493

1. Misalignment on timelines for technical development (which will effect marketing, listing on exchanges etc)
2. High level communication issues regarding availability and weekly meetings
3. Process for hiring including (1) Rafi's availability (given Rick has now been instructed to ensure he presences and sends a schedule a head of the call) (2) Your availability (3) High level process including other channels for the funnel then pushing out to indeed through bamboo

Please let me know when you can discuss to figure out a way to proceed.  Rick is going to reach out to you to discuss the timeline this week. I'm traveling today afternoon but will be available on Wednesday, Thursday or Friday.

Looking forward to working through this.

Thank you,
Stephanie


Begin forwarded message:

**From:** Richard Carback <rc@sundaygroupinc.com>
**Subject: Following up on our discussion earlier**
**Date:** January 31, 2022 at 6:19:13 PM PST
**To:** Stephanie Vaughan <sv@sundaygroupinc.com>

Hi Stephanie,

Thanks again for speaking with me today. To follow up on our conversation:

The timeline for testnet you mentioned, 9 months, was not what was last discussed with Vassilis. We had last discussed 10+ months, which was the "best case" in the timeline presentation [1]. This presentation is due for a quarterly update, so I will reach out to Vassilis to discuss changes and coordinate with him to clear this up. It is true that the original estimate was made late November, but the team has focused on hiring and not made any technical progress. While estimation at this point is a guess --- with the right hires, anything is possible...my opinion is that Mobby is likely closer to ~12 months out, not 9. In either case, it's impossible to know until regular, measured technical progress starts getting made according to a planning process.

Speaking of hires, I really recommend 4 FTEs, not 3. We have 2 more good junior candidates right now and we should take them both. It will take time to get them up to speed but the dividends will pay down the road.

I am concerned that we may lose candidates due to scheduling issues with Vassilis and Rafi. Obviously they need to be a part of the hiring process, but their availability is extremely limited and they are the bottleneck in our pipeline right now. What could really change things overnight for Mobby is a good senior hire, but our process is too slow to land someone like that right now.

Lastly, I want to reiterate that we are definitely having basic communication problems. As you know, we've had a regular weekly meeting scheduled for Mondays at 3 et, but I found out minutes before today's meeting that Vassilis and Ishaq can no longer make this time. Had I had proper notice we could have rescheduled.

Sincerely,

-Rick


[1]

📄 Testnet Timeline & Staffing UPDATED 1/21/2022

CONFIDENTIAL INFORMATION                                                                                                       DEF 017494