# EXHIBIT I

# FILED UNDER SEAL

Emails with sv@mobby.ai

| | |
|---|---|
| From: | Stephanie Vaughan [stephanie@ssventures.io] |
| on behalf of | Stephanie Vaughan <stephanie@ssventures.io> [stephanie@ssventures.io] |
| Sent: | 8/28/2023 2:20:33 AM |
| To: | James Pack [jp@sundaygroupinc.com] |
| CC: | Stephanie Vaughan [sv@mobby.ai] |
| Subject: | Re: Contract |

James -

Acknowledged. Per the last discussion you said I were going to be doing tasks to extend it.  Are you saying the data is not sufficient or we are now not moving forward with any business part of the company? Is the fact the mvp to be completed is waiting on the business side feedback still relevant? (Per Ricks email?)

Originally I was only under a contract because I was waiting for the full time offer which was delayed because first Todd was coming back as CEO and then because of structure (getting the foundation setup etc) I understand now we aren't moving forward with business side due to the industry.

Thank you,
Stephanie

Stephanie Vaughan
917.519.1370


> On Aug 27, 2023, at 6:17 PM, James Pack <jp@sundaygroupinc.com> wrote:
>
>
> Hi Stephanie, as we spoke previously, Sunday Group Inc. is not going to renew your contract.  We have agreed to give a 3 month notice starting on September 1, 2023.
> Nothing has changed from our last discussion on this matter, meaning that if we can determine that the skills and experience you possess can be of value to the company in this current crypto market, then we will reconsider.  This move is in response to the industry and delays we are facing.  Your knowledge and experience has always been appreciated.
>
> Please acknowledge receipt of this email as we work through the next three months.
>
> Sincerely
>
> James G Pack

CONFIDENTIAL INFORMATION                                                                                                          DEF 023016