# EXHIBIT O

# FILED UNDER SEAL

Messages with L. Kleinrock

Messages Leonard Kleinrock

2020/05/31 21:53



2020/05/31 22:07



2020/05/31 22:15



2020/06/02 10:32

> Sorry updating zoom software. Be there in a minute or so.

2020/08/11 12:09

> Hi Len,
>
> Good meeting today!
>
> I am working with our developers to get the wallet with your balance now but there is a small bug but should be resolved in a few hours.
>
> Plus I'm doing the final part myself to input the actual balance as I don't want others to see how

CONFIDENTIAL INFORMATION                    DEF 046053

Dr.Fone MBB6 2025/01/13 02:23

Messages Leonard Kleinrock

> much you have so that part is kept confidential FYI.

2020/08/11 13:13

> That's wonderful. Thank you for attending to this. Do you want The Sunday Group to be listed that way on the donor's page on our webpage, and shown as large as the other 4 big donors? If not, then how? Also, I would be inclined to remove the asterisks from those early donors. Thoughts?
> By the way, today's discussion about the long user ID's was an important one and I would be inclined to hide that information unless a sophisticated user reaches deep into the Wallet to find it.

2020/08/11 13:28

[REDACTED – Irrelevant/Personal]

2020/08/20 13:59

> Hi Len, I'm outside all day today with meetings and errands. Can we do the call tomorrow after 11am?

2020/08/20 14:00

> That works just fine. I'll set it up for 11 AM. Will Jim be joining us or just

2020/08/20 14:01

> The four of us namely you, Peter, Chloe and me? If Jim did not invite him as well of course.

2020/08/20 14:14

> Just me is fine for tomorrow so four of us.

2020/08/21 12:51

> Hi Len, I have gotten Aires, our designer (Fred's brother), in the Toronto area to agree on a call with

**CONFIDENTIAL INFORMATION**     DEF 046054

Dr.Fone MBB6 2025/01/13 02:23