# EXHIBIT P

# FILED UNDER SEAL

Messages with K. Roller

Messages Karl Roller

2015/08/30 13:00

REDACTED – Irrelevant/Personal

2015/08/30 13:04

REDACTED – Irrelevant/Personal

2015/08/30 13:07

REDACTED – Irrelevant/Personal make

2015/08/30 14:33

REDACTED – Irrelevant/Personal

2015/08/30 14:35

REDACTED – Irrelevant/Personal

2015/09/08 19:08

REDACTED – Irrelevant/Personal

2015/09/08 19:10

REDACTED – Irrelevant/Personal

2015/09/08 19:11

Ok met with Dr Kleinrock today and he is super excited about our plan so we might just pull this off.

2015/09/08 19:12

REDACTED – Irrelevant/Personal

2015/09/08 19:12

REDACTED – Irrelevant/Personal

Dr.Fone 150190640 2025/01/13 03:18

DEF 046165