# EXHIBIT Q

# FILED UNDER SEAL

Messages with T. Mitsuishi

> But Cathy is a bit pushy. She is super smart though.

2021/08/17 11:52

> 1:30pm with Guido. I may still be on the road then.
>
> https://us02web.zoom.us/j/88195738669

2021/08/17 11:53

 This is all at Switch except bank statements

2021/08/17 11:53



2021/08/17 14:17

> Map screwed up and put me back on the bridge. 15 minutes away now

2021/08/18 07:54

> Please review email I sent you when you are up. I might go to sleep again for a few hours so please talk to Tim about REDACTED – A/C Privilege Thanks.

2021/08/18 07:55

> We do have a call with Prysm today at 10am FYI.

2021/08/18 07:58

> Takeda sent us a rambling email again saying he gives up trying to knock sense into us so want to respond a bit dramatically to end his idiotic responses once and for all.

**CONFIDENTIAL INFORMATION**                                    DEF 045396

Dr.Fone James's iPhone 2025/01/10 06:56

2021/08/18 08:17

> Reviewed

2021/08/18 08:40

> Lets talk, 9am?

2021/08/18 09:06

> https://m.youtube.com/watch?v=dfFK_ZZbhIA
>
> Is this Takada?

2021/08/18 10:02

> Please send me prysm link

2021/08/18 18:24

> Todd, I am fine with Tom's [REDACTED – NO PII] When do you plan to send it?

2021/08/18 18:51

I am outside now so I'm planning to review with Ken around 10pm but if you have any changes you want to make, you can email me your suggestions.

2021/08/18 19:05

I didn't get the file from Tom. Can you forward it to me?

2021/08/18 19:05

> Yes, here comes

2021/08/19 08:15

> Are you awake?

2021/08/19 09:03

OK thanks. Today I'm doing developers call at

CONFIDENTIAL INFORMATION                                   DEF 045397

Dr.Fone James's iPhone 2025/01/10 06:56