# EXHIBIT R

# FILED UNDER SEAL

Messages with T. Mitsuishi with Omissions




Me

Date: 8/17/2021 2:17:05 PM



Map screwed up and put me back on the bridge. 15 minutes away now

+19494369885

Date: 8/18/2021 7:55:22 AM



We do have a call with Prysm today at 10am FYI.

+19494369885

Date: 8/18/2021 8:40:49 AM

Lets talk, 9am?



Me

Date: 8/18/2021 10:02:10 AM

Please send me prysm link



Me

Date: 8/19/2021 8:15:15 AM

**CONFIDENTIAL INFORMATION**          **DEF 044908**