# EXHIBIT S

# FILED UNDER SEAL

Messages with J. Pack

2018/10/30 21:29

Perfect

2018/11/05 11:11

Hi Jim, sorry I caught a cold over the weekend and still sick but will setup the email later today.

2018/11/05 11:12

Thanks

2018/11/07 18:10

Few things;
I never received an email or text regarding the Sunday Group email. Next, we must initially start the Masters Trust, Richard can't find anything from you. All I need right now is the name you want to use. If you don't have a pref I will create one. I also want to talk to you about the white paper and launch plans but that can wait until you are feeling better.

2018/11/07 19:46

I gave him or Karl the name before. It is "SGI Trust"

Can probably talk tomorrow sometime.

2018/11/07 20:43

I had a long talk with Len tonight. I need to discuss the call and possibly follow up with a meeting with Len on Sunday morning. Let's talk in the AM

2018/11/08 10:15

Missed your call. CB when you can

2018/11/09 14:00

**CONFIDENTIAL INFORMATION**                                            **DEF 045557**

Dr.Fone MBB6 2025/01/10 06:19