# EXHIBIT T

# FILED UNDER SEAL

Messages with J. Pack with Omissions



**REDACTED – Irrelevant/Personal**

Dates:10/30/2018 9:28:31 PM



+14356029400

**REDACTED – Irrelevant/Personal**

Dates:10/30/2018 9:29:06 PM

OK I'm meeting Yuting and Phil tomorrow at 11 so maybe at 9



Dates:10/30/2018 9:29:22 PM



+14356029400

Perfect

Dates:11/5/2018 11:11:26 AM

Hi Jim, sorry I caught a cold over the weekend and still sick but will setup the email later today.



Dates:11/5/2018 11:12:22 AM

**CONFIDENTIAL INFORMATION**                                               **DEF 044934**


+14356029400

Thanks

Dates:11/7/2018 8:43:04 PM


+14356029400

I had a long talk with Len tonight. I need to discuss the call and possibly follow up with a meeting with Len on Sunday morning. Let's talk in the AM

Dates:11/8/2018 10:15:29 AM


+14356029400

Missed your call. CB when you can

Dates:11/18/2018 7:32:37 PM


+14356029400

Todd, are you willing to have a meeting with Karl & myself? We could meet at office tomorrow or Tuesday.

Dates:11/18/2018 7:36:46 PM

Yes tomorrow would be best but what would it be regarding?


Me

Dates:11/18/2018 7:50:46 PM