FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY T. O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

*Attorneys for Plaintiff and Counterdefendant*
*TETSUYA NAKAMURA*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>    Defendants.<br><hr>SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>    Counterclaimants,<br><br>    v.<br><br>TETSUYA NAKAMURA,<br><br>    Counterdefendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS RESPONSIVE TO DISCOVERY REQUESTS, DECLARATION, AND CERTAIN EXHIBITS UNDER SEAL** |

Pursuant to Local Rules IA 10-5 and the parties' Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (ECF No. 67), Plaintiff Tetsuya Nakamura ("Dr. Nakamura"), by and through his undersigned counsel, moves this Court for leave to file Plaintiff's Motion to Compel Documents Responsive to Discovery Requests (the "Motion"), Declaration of Claire Mena in Support of Plaintiff's Motion to Compel Documents Responsive to Discovery Requests (the "Mena Declaration"), and certain exhibits attached to the Motion under seal or in redacted form. Specifically, Dr. Nakamura seeks leave to file Exhibits A, D, G, H, I, K, O, P, Q, R, S, and T sealed or in redacted form, as well as the Motion and the Mena Declaration in redacted form, where they quote language from those Exhibits.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      LEGAL STANDARD**

Local Rule IA 10-5(a) provides that "papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal." The court may then "direct the unsealing of papers filed under seal, with or without redactions, after notice to all parties and an opportunity to be heard." Local Rule IA 10-5(b). While courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents," this right is not absolute. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 n.8 (1978). Unless the document sought to be sealed is one "traditionally kept secret," i.e., a grand jury transcript or warrant materials, a strong presumption in favor of public access exists. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). A party seeking to seal a document bears the burden of overcoming that presumption by meeting the compelling reasons standard. *Id.* This requires an articulation of compelling reasons supported by specific factual findings, which outweigh the policies favoring disclosure including public interest. *Id.* at 1178-79. In determining whether to seal the document requested, the court must balance competing interests. *Id.* at 1179.

**II.     ARGUMENT**

The Protective Order states, "Any Party seeking to file or disclose materials designated as Confidential Information with the Court in this action must seek to file such Confidential

Information under seal pursuant to LR IA 10-5 of the U.S. District Court Rules for the District of Nevada for Sealing Court Records." Protective Order at ¶ 12.

Pursuant to the Court's Protective Order, Dr. Nakamura is filing the Motion and the Mena Declaration in redacted form as they quote contents of exhibits that Defendants have designated as confidential.

Pursuant to the Court's Protective Order, Dr. Nakamura is filing the following exhibits in redacted form, as they quote materials that Defendants have designated as confidential:

    i.    Exhibit A: C. O'Neill Letter to T. Pack

    ii.    Exhibit D: F. Lee Letter to T. Pack

Pursuant to the Court's Protective Order, Dr. Nakamura is filing the following exhibits under seal, as these exhibits are materials that Defendants have designated as confidential.

    iii.    Exhibit G: Messages with J. Pack

    iv.    Exhibit H: Emails between S. Vaughan and J. Pack

    v.    Exhibit I: Emails between S. Vaughan and J. Pack

    vi.    Exhibit K: Starantzis Dimitrios and Sia G.P. Consulting Agreement

    vii.    Exhibit O: Messages with L. Kleinrock

    viii.    Exhibit P: Messages with K. Roller

    ix.    Exhibit Q: Messages with T. Mitsuishi

    x.    Exhibit R: Messages with T. Mitsuishi with Omissions

    xi.    Exhibit S: Messages with J. Pack

    xii.    Exhibit T: Messages with J. Pack with Omissions

Concurrent with this filing, Dr. Nakamura is serving counsel for all parties a complete copy of Dr. Nakamura's Motion, the Mena Declaration, and Exhibits in unredacted form, by electronic mail.

| | | |
|---|---|---|
| Dated: February 21, 2025 | | **FENWICK & WEST LLP** |
| | By: | /s/ *Felix S. Lee* |
| | | Felix S. Lee |
| | | *and* |
| | | **FENNEMORE CRAIG, P.C.** |
| | By: | /s/ *John D. Tennert III* |
| | | John D. Tennert III (Nevada Bar No. 11728) |
| | | *Attorneys for Plaintiff and Counterdefendant Tetsuya Nakamura* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the February 21, 2025, he caused a copy of the foregoing Plaintiff's Motion for Leave to File Motion to Compel Documents Responsive to Discovery Requests, Declaration, and Certain Exhibits Under Seal to be served electronically to counsel of record for all parties who have appeared in this action through the Court's CM/ECF system (as all such counsel appear to be registered CM/ECF users).

By: /s/ *Felix S. Lee*
Felix S. Lee