Mark L. Smith (NV Bar #14762)  
msmith@sffirm.com  
Jacob L. Fonnesbeck (NV Bar #11961)  
jfonnesbeck@sffirm.com  
SF FIRM, LLP  
6345 South Pecos Road, Suite 202  
Las Vegas, NV 89120  
Telephone: (725) 666-8701  

Aaron D. Lebenta (UT Bar # 10180)  
adl@clydesnow.com  
Timothy R. Pack (UT Bar # 12193)  
trp@clydesnow.com  
CLYDE SNOW & SESSIONS PC  
201 South Main Street, Suite 2200  
Salt Lake City, UT 84111  
Telephone: (801) 322-2516  

James E. Magleby (UT Bar # 7247)  
magleby@mcpc.law  
MAGLEBY CATAXINOS PC  
141 W. Pierpont Avenue  
Salt Lake City, UT 84101  
Telephone: (801) 359-9000  

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, *et al.,*<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DEFENDANTS' NOTICE OF POSITION IN RESPONSE TO COURT'S ORDER DENYING MOTION TO SEAL** |

Defendants Sunday Group Incorporated James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), by and through counsel of record, submit this Notice of Position in Response to the Court's Order (ECF 102) Denying Plaintiff's Motion for Leave to File Documents and Exhibits in Support of Motion to Compel Under Seal (ECF 101).

Although Plaintiff filed the initial Motion to Seal, and documents/exhibits at issue, in connection with Plaintiff's Motion to Compel, Defendants are filing this Notice of Position because Plaintiff's counsel informed Defendants' counsel on February 26, 2025, that they did not intend to file a revised motion to seal in response to the Court's Order because the documents, or portions thereof, at issue in Plaintiff's Motion to Seal were marked as confidential by

Defendants. Additionally, since the Court's Order indicated it was provisionally keeping the documents filed at ECF 100 under seal "pending the outcome of a revised motion to seal," Order, at 2, and no such revised motion may be filed, Defendants believe it would be more efficient for Court and staff to provide the Court with notice of their position on this issue.

In light of the Court's Order, and the authorities cited therein, regarding the standards in this Circuit for sealing documents filed in court from the public record, Defendants agree with the Court that the Exhibits as submitted by Plaintiff with the Declaration of Claire Mena ("Mena Declaration") (ECF 99-1 and/or 100) for filing under seal do *not* meet this Circuit's standard for filing under seal. However, the following two Exhibits filed by Plaintiff contain references to financial account numbers that should be redacted before they are publicly filed with the Court in accordance with Rule 5.2(a) of the Federal Rules of Civil Procedure and D. Nevada LR IC 6-1(a)(4)[1]:

1. Exhibit D to the Mena Declaration (F. Lee Letter to Tim Pack), contains screenshots that include cryptocurrency wallet addresses on pages 4 and 5 of the Letter.

2. Exhibit K to the Mena Declaration (ECF 99-1 and/or 100) (Starantzis Dimitrios and Sia G.P. Consulting Agreement), contains a reference to an international bank account number (IBAN) at the end of page 2 (document control number DEF021997).

Thus, in accordance with Rule 5.2(a) of the Federal Rules of Civil Procedure and D. Nevada LR IC 6-1(a)(4), Defendants respectfully submit that the financial account numbers should be redacted from Exhibits D and K before they are publicly filed, and/or Plaintiff should be directed to re-file these Exhibits with the appropriate redactions of financial account numbers.

---

[1] Both Rule 5.2 and LR-IC 6-1 provide for personal privacy protection and direct parties to refrain from including – or to partially redact, where inclusion is necessary – from filings with the Court, *inter alia,* "financial account numbers," and further provide that if financial account numbers must be used, only the last four digits of an account number should be included.

Dated: February 26, 2025

**CLYDE SNOW & SESSIONS**

By: */s/Aaron D. Lebenta*
      Aaron D. Lebenta

*Attorneys for Defendants
Sunday Group Incorporated,
SGI Trust, Toshiki (Todd) Mitsuishi and James Pack*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2025, I caused a true and correct copy of the foregoing DEFENDANTS' NOTICE OF POSITION IN RESPONSE TO COURT'S ORDER DENYING MOTION TO SEAL was served to the parties by the Court's electronic filing system, via CM/ECF.

*/s/ Sabrina Afridi*
Legal Assistant

.