| | |
|---|---|
| Mark L. Smith (NV Bar #14762)<br>msmith@sffirm.com<br>Jacob L. Fonnesbeck (NV Bar #11961)<br>jfonnesbeck@sffirm.com<br>**SF FIRM, LLP**<br>6345 South Pecos Road, Suite 202<br>Las Vegas, NV 89120<br>Telephone: (725) 666-8701 | Aaron D. Lebenta (UT Bar # 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar # 12193)<br>trp@clydesnow.com<br>**CLYDE SNOW & SESSIONS PC**<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone: (801) 322-2516<br><br>James E. Magleby (UT Bar # 7247)<br>magleby@mcpc.law<br>**MAGLEBY CATAXINOS PC**<br>141 W. Pierpont Avenue<br>Salt Lake City, Utah 84101-3605<br>Telephone: 801.359.9000 |

*Attorneys for Defendants/Counterclaimants.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware Corporation, e*t al.*,<br><br>    Defendants/Counterclaimants. | Case No.: 2:22-CV-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND REVISING STANDARD BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion to Compel Documents Responsive to Discovery Requests ("Motion to Compel") (Dkt. No. 99/100) on February 21, 2025.

**STIPULATION AND PROPOSED ORDER EXTENDING TIME AND REVISING STANDARD BRIEFING SCHEDULE ON PLAINTIFF'S MOTON TO COMPEL (FIRST REQUEST)**

1  WHEREAS, under Civil LR 7-2(b), Defendants' Response to Plaintiffs Motion to Compel is currently due by March 7, 2025, and Plaintiff's Reply in Support of the Motion is currently due by March 14, 2025;

WHEREAS, due to the current workloads and other conflicts of counsel for the parties, and in order to provide the parties with the time and opportunity to try to narrow the issues before the Court in relation to the Motion to Compel, the parties have determined they would mutually benefit from a revision of the standard briefing schedule on the Motion to Compel to provide each of side with a one-week extension of time in relation to the Motion to Compel;

WHEREAS, in light of the foregoing, Plaintiff does not object to a one-week extension of time for Defendants to respond to the Motion to Compel, and Defendants do not object to a one-week extension of time for Plaintiff to file a Reply in Support of the Motion to Compel;

WHEREAS, this is the first stipulation for an extension of time in relation to Plaintiffs' Motion to Compel;

**IT IS ACCORDINGLY STIPULATED**, pursuant to LR IA 6-1 and 6-2, that:

1. Defendants shall file their opposition to the Motion to Compel by March 14, 2025.
2. Plaintiff shall file any reply to the opposition by March 28, 2025.

DATED: March 6, 2025

**CLYDE SNOW & SESSIONS, P.C.**

By: */s/ Aaron D. Lebenta*
Aaron D. Lebenta (UT Bar # 10180)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

DATED: March 6, 2025

**FENWICK & WEST LLP**

By: */s/ Casey O'Neill*
Casey O'Neill

Attorneys for Plaintiff
TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2025, I caused a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND REVISING STANDARD BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL was served to the parties by the Court's electronic filing system, via CM/ECF.

*/s/ Sabrina Afridi*

Legal Assistant