EXHIBIT 3

EXHIBIT 3

| | |
|---|---|
| **From:** | Tim Pack |
| **Sent:** | Tuesday, February 4, 2025 9:45 AM |
| **To:** | Felix Lee; Casey O'Neill; Claire Mena; Joshua Parr |
| **Cc:** | Aaron Lebenta; James E. Magleby |
| **Subject:** | RE: Nakamura v. Sunday Group Incorporated, et al. |
| **Attachments:** | Letter to Counsel Re Discovery Issues.pdf |

Casey,

First, checking in on your response to our attached letter. Let's schedule a meet and confer. Please let me know your available this week for a call.

Second, as you requested on our Wednesday call, the following is a list of individuals with Sunday Group email accounts that were searched for responsive communications: Vassilis Zikas, Muhammed Ishaq, Gilad Canes, Aylona Karmazin, Yun Lu, Dimitris Starantzis, Richard Carback, Bilel Naeem, John Andrews, Zane Karl, Rafail Ostrovsky, Yehuda Afek, Steve Crocker, and Leonard Kleinrock.

Thanks

Timothy R. Pack | ClydeSnow
Direct/Text 801.433.2447

---

**From:** Amanda Cowart <acowart@clydesnow.com>
**Sent:** Wednesday, January 29, 2025 12:18 PM
**To:** Felix Lee <FLee@Fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Claire Mena <CMena@fenwick.com>; Joshua Parr <JParr@fenwick.com>
**Cc:** Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Subject:** Nakamura v. Sunday Group Incorporated, et al.

Counsel - Attached hereto is correspondence from Tim Pack dated January 29, 2025,

Amanda Cowart
*Paralegal assisting Timothy R. Pack*

201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
801-433-2425 (Direct)
acowart@clydesnow.com
www.clydesnow.com

1