# EXHIBIT A

February 18, 2022 Dr. Nakamura Demand Letter

# FENWICK

555 California Street  
12th Floor  
San Francisco, CA 94104

415.875.2300  
Fenwick.com

Felix S. Lee  
flee@fenwick.com  |  650.335.7123

February 18, 2022

**VIA EMAIL AND FEDERAL EXPRESS**

Sunday Group Incorporated  
5550 Painted Mirage Road, Suite 320  
Las Vegas, NV 89149  
ir@sundaygroupinc.com  
sgitrust@gmx.com

Attn:  Toshiki (Todd) Mitsuishi  
       Karl Roller  
       James Pack

**Re:**    **Demand Letter / Notice of Rescission**

Dear Sirs:

    Fenwick & West LLP is litigation counsel for our client, Tetsuya Nakamura, and we write regarding his rights and claims related to certain investment matters involving Sunday Group Incorporated ("***Sunday Group***" or the "***Company***"), and its principals and representatives.  This letter is a formal demand by Mr. Nakamura for contractual rescission and immediate return of capital he invested in multiple investment vehicles, specifically:

1. An equity investment in Sunday Group, pursuant to a Series AA Preferred Stock Subscription Agreement (the "***Subscription Agreement***") dated April 19, 2015;

2. A cryptocurrency project known as "Mobby" (the "***Mobby Project***"), pursuant to a November 28, 2017 Memorandum of Understanding to Participate in Private Sale; and

3. A purported cryptocurrency mining enterprise operated by BitClub Network ("***BCN***"), pursuant to a Cloud Mining Agreement with Sunday Group affiliate SGI Trust ("***SGI***") entered into March 1, 2018.

Set forth below is a non-exhaustive list of the various breaches of contractual, fiduciary and legal duties that Sunday Group and its officers and directors have committed against Mr. Nakamura related to these investments. He is fully prepared to litigate these claims, as well as make referrals to all appropriate regulatory authorities, if Sunday Group refuses his demand to return his investments.

Sunday Group Incorporated
February 18, 2022
Page 2

### **Series AA Investment**

In April 2015, Sunday Group, a purported blockchain industry startup company, solicited an equity investment from Mr. Nakamura. Mr. Nakamura entered into the Subscription Agreement, whereby he agreed to and purchased 4,000 shares of Series AA preferred stock of Sunday Group, at a purchase price of $5 USD/share, for total consideration of $20,000 USD.  Mr. Nakamura thereafter increased his investment to $350,000 USD, pursuant to preemption and anti-dilution rights in the Subscription Agreement.

During the period Mr. Nakamura has been a shareholder, Sunday Group has repeatedly breached its contractual obligations under the Subscription Agreement, and its directors and officers have breached their fiduciary duties owed to Mr. Nakamura and other similarly situated shareholders. As an initial matter, Section 1(b) of the Subscription Agreement obligates Sunday Group to promptly deliver to Mr. Nakamura one or more certificates reflecting his share ownership in the Company. Sunday Group never did so, thereby breaching the agreement and calling into question whether the shares were ever issued. Section 4 of the Subscription Agreement also obligates Sunday Group to provide Mr. Nakamura copies of the company's balance sheet, statement of income and statement of cash flows for each fiscal year. Despite Mr. Nakamura's requests, at no point has Sunday Group provided access to those statements, further breaching the Agreement.

This failure to provide contractually required financial information is deeply suspicious, especially given that in the more than five years of Sunday Group's existence it has yet to produce a single viable product. Indeed, it is not at all clear how Sunday Group has utilized the tens of millions of dollars it has raised from investors. For instance, Mr. Nakamura and his fellow investors have never met, or even heard of, a single full-time engineer employed by Sunday Group. Representatives of the Company have also made repeated representations that Professor Leonard Kleinrock of the University of California Los Angeles was a board member of Sunday Group, and involved in development of product, but Professor Kleinrock has confirmed that this representation was untrue, and that he has only served as a contractor providing occasional, high-level conceptual advice unrelated to any specific product development or software engineering.

Given these undisputed facts, Mr. Nakamura has ample basis for recission of his investment under multiple causes of action, including but not limited to breach of contract, breach of fiduciary duty, unjust enrichment, fraud and fraudulent inducement.  It also bears noting that Section 7(k) of the Subscription Agreement will allow Mr. Nakamura to recover

Sunday Group Incorporated
February 18, 2022
Page 3

all fees, costs and expenses incurred in any action to enforce his rights under the Agreement, including fees and expenses of attorneys and accountants, a right that he will fully vindicate if forced to litigate.

**Mobby Project Token Sale**

In late 2017, Sunday Group solicited further capital investment from Mr. Nakamura and others. The Company did so through the private sale of cryptocurrency tokens associated with the Mobby Project that Sunday Group was purportedly developing. The theory of the project was to use blockchain concepts to allow internet users to establish and maintain their online reputation. The so-called "M-Tokens" Sunday Group offered for sale were to be used as currency for the project.

Sunday Group representatives, including but not limited to Todd Mitsuishi and James Pack, made a variety of materially false statements about the Mobby Project to Mr. Nakamura and other investors. For example, they represented that: (1) project technology had reached the prototype stage; (2) Professor Kleinrock was leading the development of the product as a board member of Sunday Group; (3) exchange listing of M-Tokens was imminent; and (4) the value of the Mobby token once listed would increase at least ten-fold, and potentially as much as several hundred to several thousand times its value. The evidence is undisputed that each of these statements was demonstrably false, and made with knowledge of falsity. As mentioned above, it is not at all clear how Sunday Group has utilized the tens of millions of dollars it has raised from investors, and the repeated assertions by Sunday Group representatives that Professor Kleinrock was a board member of Sunday Group and involved in development of its products were found to be untrue.

In November 2017, relying on Sunday Group's misrepresentations, Mr. Nakamura tendered approximately 4,228.14 ether ("*ETH*") to the digital wallet address designated by Sunday Group, in exchange for the right to receive an allotment of 200 corresponding units of M-Tokens at a valuation of $10,000 USD per unit. Sunday Group has since failed to transmit those tokens to Mr. Nakamura as promised. Instead, Sunday Group has made a lengthy series of false statements over the course of four years stating that Mobby Project development has been going well, while manufacturing numerous false and pretextual reasons why the M-Tokens have not completed development or listed. This includes the representation that Sunday Group had entered into a non-disclosure agreement with the U.S. Securities and Exchange Commission prohibiting Sunday Group from sharing information about the Mobby Project. We have no reason to believe that such an NDA exists. Nor has Sunday Group provided any substantiation for that claim.

Sunday Group Incorporated
February 18, 2022
Page 4

In light of these and other facts that Mr. Nakamura will be able to unquestionably prove, he is entitled to the return of all of the 4,228.14 ETH he invested in the Mobby Project.  If forced to litigate, he will be able to pursue multiple causes of action under applicable Japanese law, including but not limited to causes of action under Article 4, Paragraph 1, item (i) of the Consumer Contract Act of Japan and Article 96, Paragraph 1 of the Civil Code of Japan.

### Mining Investment

In early 2018, Sunday Group solicited a third investment from Mr. Nakamura. On behalf of Sunday Group affiliate SGI, Sunday Group representatives induced Mr. Nakamura to invest in a purported cryptocurrency mining center. They assured Mr. Nakamura of high returns (i.e., profits of at least several hundred million Japanese yen a month) and represented that they would transfer capital he invested to a third-party mining company, BCN, with whom they had a relationship.

In January 2018, relying on Sunday Group representations, Mr. Nakamura transferred 545.455 bitcoin ("**BTC**") to one or more digital wallet addresses designated by Sunday Group. Mr. Nakamura transferred the capital in the form of BTC per Sunday Group's instruction. He did so on the premise that the funds would, in turn, be invested in BCN.

Thereafter, Mr. Nakamura did not receive monthly distributions or corresponding reports that he was contractually entitled to receive (save in two instances) as a result of his mining investment. Further, upon information and belief (a) Sunday Group never transferred Mr. Nakamura's investment to BCN, and (b) Sunday Group was aware of and concealed that BCN was a fraudulent scheme that solicited money from investors in exchange for shares of purported cryptocurrency mining pools and rewarded existing investors for recruiting new investors into the scheme. *See* https://www.justice.gov/usao-nj/pr/california-man-admits-securities-and-tax-offenses-related-722-million-bitclub-network. When pressed to substantiate that SGI or Sunday Group had in fact made the contractually obligated payment to BCN, Mr. Mitsuishi refused to do so. The distributions that Mr. Nakamura received were less than a tenth of the value of his initial investment, a far cry from returns that had been represented to induce Mr. Nakamura to invest.

### Damages

In each of the three foregoing instances, Sunday Group and its principals and representatives breached contractual obligations and/or induced the investment of capital under materially false pretenses. These actions have caused Mr. Nakamura financial and reputational harm for which Sunday Group and its principals and representatives are liable

Sunday Group Incorporated
February 18, 2022
Page 5

on all of the aforementioned grounds, including fraud, fraudulent inducement, breach of fiduciary duty, negligent misrepresentation, and breach of contract, as well as under various U.S. and Japanese investor and consumer protection statutes.

**Demands**

*Return of Investments.*  In sum, while reserving the right to claim further damages, Mr. Nakamura hereby (a) notices his intent to rescind the aforementioned three contracts (including the November 28, 2017 Memorandum of Understanding to Participate in Private Sale, which is hereby rescinded pursuant to Article 4, Paragraph 1, item (i) of the Consumer Contract Act of Japan as well as Article 96, Paragraph 1 of the Civil Code of Japan), and (b) demands immediate repayment of each of his investments in kind, as follows:

- Series AA Investment:  $350,000 USD
- Mobby Project Token Sale:  4228.14 ETH
- Mining Investment:  545.455 BTC

*Financial Disclosure.*  Additionally, Mr. Nakamura demands immediate disclosure of past and current annual financial statements and monthly cryptocurrency mining reports as is required by the Subscription Agreement (Section 4(a)(ii)) and Cloud Mining Agreement (Section 4(a)), respectively.

*Document Preservation.*  Notice is further hereby provided that Sunday Group and its affiliates (including SGI) must preserve potentially relevant evidence, including electronically stored information in their possession, custody or control, and must take necessary steps to ensure continued preservation of potentially relevant material. The materials that must be preserved include but are not limited to all relevant communications, financial records, engineering and product development records related to the Series AA financing, the Mobby Project, and the BCN Mining Investment. Any destruction or despoilment of such records may have adverse consequences in any future litigation, and could also be the subject of a separate action against Sunday Group.

Sunday Group Incorporated
February 18, 2022
Page 6

    Please contact me within seven (7) calendar days with your response to these demands. Barring prompt resolution of the matter, Mr. Nakamura intends to pursue all available remedies to hold Sunday Group and its principals and representatives accountable for his losses.

Very Truly Yours

FENWICK & WEST LLP

 */s/ Felix S. Lee*

Felix S. Lee