# EXHIBIT E

August 16, 2017 Email from K. Hashimoto to T. Mitsuishi

From: Ken Hashimoto [kh@sundaygroupinc.com]
on behalf of Ken Hashimoto <kh@sundaygroupinc.com> [kh@sundaygroupinc.com]
Sent: 8/16/2017 12:52:29 PM
To: Todd Mitsuishi [tm@sundaygroupinc.com]
Subject: 2016 tax return data

Todd-san,

The link below is 2016 bank transaction data(BoA and WF), which Tom can import them to 2016 Quickbooks(CSV tab).

https://docs.google.com/a/sundaygroupinc.com/spreadsheets/d/1TgXGHqgce-P4WownhM0rQcb0spz2dBsXwLFJzyL43fk/edit?usp=sharing

From bank statements, I allocated most of the bank transactions for Quickbooks. However some transactions are not enough information from the bank statements. The transactions that I couldn't allocate are highlighted in yellow(column F and G) and made **column K, Memo**.

To identify the transactions, could you fill in the **column K, Memo** of the tab *2016 WF Bank transactions* and *2016 BoA Bank transactions*?



CONFIDENTIAL INFORMATION

DEF 002116

In the **column K, Memo**, the information I want are nature of the transactions i.e.,
if Column F: deposit, **deposit from investor, Tetsuya Nakamura, temporary deposit for bitcoin mining, the money send to Genesis mining.**
if Column G: withdrawal/payment, withdrawal by Karl Roller, reimbursement of business expense 2016.

If you have any questions, please let me know.

Sincerely

Ken