| | |
|---|---|
| Mark L. Smith (NV Bar #14762) <br> msmith@sffirm.com <br> Jacob L. Fonnesbeck (NV Bar #11961) <br> jfonnesbeck@sffirm.com <br> **SF FIRM, LLP** <br> 6345 South Pecos Road, Suite 202 <br> Las Vegas, NV 89120 <br> Telephone: (725) 666-8701 | Aaron D. Lebenta (UT Bar # 10180) <br> adl@clydesnow.com <br> Timothy R. Pack (UT Bar # 12193) <br> trp@clydesnow.com <br> **CLYDE SNOW & SESSIONS PC** <br> 201 South Main Street, Suite 2200 <br> Salt Lake City, UT 84111 <br> Telephone: (801) 322-2516 <br><br> James E. Magleby (UT Bar # 7247) <br> magleby@mcpc.law <br> **MAGLEBY CATAXINOS PC** <br> 141 W. Pierpont Avenue <br> Salt Lake City, Utah 84101-3605 <br> Telephone: 801.359.9000 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-01324-MMD-EJY <br><br> PUBLIC VERSION WTIH REDACTIONS <br><br> **DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS' MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF** |

I, Aaron D. Lebenta declares as follows:

1. I am admitted *pro hac vice* to this Court, I am a partner at Clyde Snow & Sessions based in Salt Lake City, Utah, and I am counsel for Defendants in this matter.

2. I submit this declaration in support of Defendants' Motion to Compel Documents from Plaintiff (the "Motion").

**DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS' MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF**

3.      On July 7, 2023, Defendants served their First Set of Requests for Production of Documents, which included Documents Requests Nos. 1, 2, and 10. Nakamura's Responses to Defendants First Set of Requests for Production of Documents are attached as Exhibit 1.

4.      On July 21, 2023, Defendants served their Second Set of Requests for Production of Documents, which included Documents Requests Nos. 15, 19, and 20. Nakamura's Responses to Defendants Second Set of Requests for Production of Documents are attached as Exhibit 2.

5.      On September 15, 2023, Defendants served their First Set of Interrogatories, which included Interrogatory Nos. 6. Nakamura's Responses to Defendants First Set of Interrogatories are attached as Exhibit 3.

6.      On  January 6, 2025, Defendants served their Second Set of Interrogatories, which included Interrogatory No. 12. Nakamura's Responses to Defendants Second Set of Interrogatories are attached as Exhibit 4.

7.      On August 21, 2024, Defendants delivered a letter to Nakamura regarding, *inter alia*: (a) his failure to produce any documents and information related to his cryptocurrency related investment history (inadequate response to Interrogatory No. 6 and Request for Production 10) and (b) his inadequate production of communications with individuals listed in his initial disclosures, which include a number of Token Purchasers. [August 21, 2024 letter, attached as Exhibit 5.]

8.      Nakamura did not respond to this letter or substantively respond to issues raised therein in a meet and confer conference occurring in October 2024. His counsel instead indicated

**DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS'
MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF**

they would look into the issues raised. However, Nakamura provided no further response, information or productions of documents in the months that followed.[1]

9.  Defendants discovered and recently produced copies of text message conversations that occurred in September and December 2021 between Nakamura and a Token Purchaser, Kisenosato Yutaka (aka Hagiwara) ("Kisenosato"). It is my understanding that Kisenosato is a famous Japanese sumo wrestler. Kisenosato voluntarily provided these texts to Defendants – they did not come from Nakamura (although they should have). As discussed below, the text string directly relates to the Mobby Project and Nakamura's claims, but also to the Counterclaims because it discusses Nakamura's filing of complaints relating to the Mobby Project with U.S. regulators on behalf of himself and purportedly on behalf of other Token Purchasers, including whether Nakamura obtained consent from the other Token Purchasers to file a complaint on their behalf – issues central to the Counterclaims against Nakamura.[2]

10.  Nakamura never produced these text messages or other communications with Kisenosato, such as emails. Further, Nakamura has not produced text messages or other communications (except perhaps one chat lot) with any of the other Token Purchasers that he identified and claimed to represent in his complaint to U.S. regulators.[3]

---

[1] On February 28, 2025, Defendants served additional interrogatories and document requests related to Nakamura's experience in investing in start-up companies. Defendants believe these responses are also deficient and will present this issue to the Court when appropriate.

[2] On March 18, 2025, Defendants produced an additional three text messages they received from this Token Purchaser. However, Defendants remain uncertain whether they have received all relevant communications between Nakamura and this Token Purchaser, as the Token Purchaser provided them on a voluntary basis.

[3] Nakamura has produced screenshots of a chat log that presumably includes Nakamura and what appear to be three to four other individuals. However, as the chat log generally uses screennames, rather than actual names, it is unclear who is participating in the chat, and whether they are other Token Purchasers. Although Defendants have been asking Nakamura to identify the participants in chat since their August 21, 2024 letter, Nakamura has thus far declined to do so.

DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS'
MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF

11. On January 29, 2025, Defendants sent another letter regarding Nakamura's failure to produce communications with other Token Purchasers. That letter also reminded Nakamura of his failure to produce documents related to his investment history in cryptocurrency or other digital assets, which issue had been pending since August 2024.

12. On January 29, 2025, the parties met and conferred by Zoom and discussed the issues in Defendants' August 21, 2024 and January 29, 2025 letters. The parties agreed to have another conference to discuss the issues in more detail.

13. On February 12, 2025, the parties met and conferred via zoom on Nakamura's outstanding deficient discovery responses. During that discussion, Nakamura's counsel indicated they were not inclined to produce information and documents related to Nakamura's investment history, but that they would discuss the issue with their client. Counsel for Nakamura also stated they would search for communications with other Token Purchasers. Nakamura's attorneys stated that Nakamura's mobile telephone had not been imaged, and that responsive documents had been gathered from their client via "self-collection" or that Nakamura had "self-collected" the documents produced thus far.

14. At the beginning of the case, Nakamura produced a single communication between himself and the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. [*See* Email from ▮▮▮▮▮▮▮▮▮ and Nakamura, attached as Exhibit 6.]

15. As indicated, the text messages that Defendants recently obtained from Kisenosato (aka Hagiwara) of his communications with Nakamura between September 2021 and December 2021 demonstrate, once translated, that Nakamura filed at least one complaint with the SEC and a separate complaint with the Nevada Division of Securities on behalf of Kisenosato and other Mobby token purchasers without their consent. Defendants used Google

4  Case No: 2:22-cv-01324-MMD-EJY
**DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS'
MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF**

Translate to translate the text message string, and the original Japanese version of the Text Messages are in Exhibit 7a DEF67604-6, and the Google Translated version are located in Exhibit 7b hereto.

16. More specifically, in the translated exchange that occurred in September of 2021, Nakamura informs Kisenosato that he filed a complaint with the SEC on behalf of Kisenosato and other Mobby token purchasers, and admits he did so without their consent. *See* Ex. 7b at DEF67605. Kisenosato politely responds, "I would like to remain silent if possible without revealing my name," and confirms that he "want[s] to be involved in this project until the very end, and see if it works out." [*Id*. at DEF67606].

17. Nakamura apparently disregarded Kisenosato's instructions, however, because he then also filed a Complaint with the ███████████████████████████████████████ ███████████████████████████████████ *See* Ex. 6. Then, in December 2021, Nakamura texted Kisenosato to inform him that Nakamura had included his name in the complaint with the Nevada Division of Securities, including a screenshot of an email from a Division investigator. Defendants used Google Translate to translate this text message string, and the original Japanese version of the Text Messages are in Lebenta Decl., at Ex. 8a (original Japanese text messages) and Ex. 8b (Google translations).] *See* Ex. 8b, at DEF46313-15. Notably, in response, Kisenosato expresses confusion why Nakamura filed this complaint without his consent: "I have forwarded the email to everyone, but everyone is confused because their own name is included in the email. I think this is because the majority of people responded that they still wanted to participate in the Moby Project. I'm a little confused because my name is on it too." *Id*. at DEF46317.

18.     To reiterate, Nakamura has not produced these texts with Kisenosato or text messages or email communications with other Mobby token purchasers in relation to the complaints to U.S. regulators that he apparently filed on their behalf. Even now, he still has not produced texts or other communications with Kisenosato, despite defendants specifically inquiring about these texts in a January 29, 2025 meet and confer letter. Nor has Nakamura produced the complaint to the SEC that he filed, claiming he does not have a copy, and that he has not requested one from the SEC.  Absent evidence to the contrary, it is presumed that Nakamura filed the SEC complaint on behalf of all of the same 17 Token Purchasers ███████ ███████████████████████████████ .

19.     An English translation of the Consumer Contract Act of Japan can be found at the website of the Japanese Ministry of Justice: https://www.japaneselawtranslation.go.jp/en/laws/view/3578/en (last visited March 19, 2025). A copy of the relevant provisions is attached hereto as Exhibit 9.

20.     The Motion contains citations to several judicial decisions and legal articles from Japan. These cases were translated into English using Google translate.[4] Defendants counsel uploaded images of individual pages of the Japanese cases into Google translate and through Google's multilingual machine translation, the translated segments were saved and combined into a coherent translated text. The original text of the decisions, as well as the English translations, are attached hereto as following:

    a.  *See Article-by-Article commentary*, Government of Japan Consumer Affairs Agency, (Sept. 2023), page 15-16. [Original text, attached as Exhibit 10a; Google translation attached as Exhibit 10b.]

---

[4] https://translate.google.com/

**DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS'
MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF**

    b.  Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] March 30, 2021, Hei (wa) no. 28275, Westlaw Japan, 2021WLJPCA03308012. [Original text, attached as Exhibit 11a; Google translation attached as Exhibit 11b.]

    c.  Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] June 24, 2022, Rei 1 (wa) no. 27723, Westlaw Japan, 2022WLJPCA06248002. [Original text, attached as Exhibit 12a; Google translation attached as Exhibit 12b.]

    d.  Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] Jan. 20, 2014, Hei 24 (wa) no. 15748, Westlaw Japan, 2014WLJPCA01208006. [Original text, attached as Exhibit 13a; Google translation attached as Exhibit 13b.]

    e.  *Tōkyō Chihō Saibansho* [Tokyo Dist. Ct.] April 13, 2022, Rei 2 (wa) no. 7287, Westlaw Japan, 2022WLJPCA04138005. [Original text, attached as Exhibit 14a; Google translation attached as Exhibit 14b.]

    f.  Minpō, at art. 96, para. 1. Tadashi Ōe, 要件事実民法1 [*Requirement important Matter Civil Code1*, *336-337*, (July 30, 2016). [Original text, attached as Exhibit 15a; Google translation attached as Exhibit 15b.]

    g.  Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] September 16, 2011, Hei 21 (wa) no. 37069, Westlaw Japan, 2011WLJPCA09169012. [Original text, attached as Exhibit 16a; Google translation attached as Exhibit 16b.]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 31st 2025          **CLYDE SNOW & SESSIONS, P.C.**

                                         By: */s/Aaron D. Lebenta*
                                             Aaron D. Lebenta

# EXHIBIT INDEX

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Plaintiff and Counter-defendant Tetsuya Nakamura's Responses and Objections to Defendants' First Set of Requests for Production of Documents | 11 |
| 2 | Plaintiff and Counter-defendant Tetsuya Nakamura's Responses and Objections to Defendants' Second Set of Requests for Production of Documents | 5 |
| 3 | Plaintiff and Counter-defendant Tetsuya Nakamura's Responses and Objection to Defendants' First Set of Interrogatories | 16 |
| 4 | Plaintiff and Counter-defendant Tetsuya Nakamura's Responses and Objection to Defendants' Second Set of Interrogatories | 11 |
| 5 | Letter dated August 21, 2024 from Clyde snow to Fenwick & West | 6 |
| 6 | Email dated November 18, 2021 (NAKAMURA_000000980) | 1 |
| 7a | Text Messages dated September 12, 2021 between Kisenosato Yutaka and Tetsuya Nakamura (DEF 06704-6706) | 3 |
| 7b | Google Translated:  Text Messages dated September 12, 2021 between Kisenosato Yutaka and Tetsuya Nakamura (DEF 06704-6706) | 3 |
| 8a | Google Translated:  Text Messages dated December 6, 2021 between Kisenosato Yutaka and Tetsuya Nakamura (DEF 046311-46317) | 7 |
| 8b | Google Translated:  Text Messages dated December 6, 2021 between Kisenosato Yutaka and Tetsuya Nakamura (DEF 046311-46317) | 7 |

DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS'
MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF

| | | |
|---|---|---|
| 9 | <u>Google Translated:</u>  Consumer Contract Act; *Act No. 61 of May 12, 2000* | 6 |
| 10a | *See Article-by-Article commentary*, Government of Japan Consumer Affairs Agency, (Sept. 2023), page 15-16. | 32 |
| 10b | <u>Google Translated:</u> *See Article-by-Article commentary*, Government of Japan Consumer Affairs Agency, (Sept. 2023), page 15-16. | 32 |
| 11a | Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] March 30, 2021, Hei (wa) no. 28275, Westlaw Japan, 2021WLJPCA03308012 | 12 |
| 11b | <u>Google Translated:</u> Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] March 30, 2021, Hei (wa) no. 28275, Westlaw Japan, 2021WLJPCA03308012 | 12 |
| 12a | Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] June 24, 2022, Rei 1 (wa) no. 27723, Westlaw Japan, 2022WLJPCA06248002 | 9 |
| 12b | <u>Google Translated:</u> Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] June 24, 2022, Rei 1 (wa) no. 27723, Westlaw Japan, 2022WLJPCA06248002 | 9 |
| 13a | Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] Jan. 20, 2014, Hei 24 (wa) no. 15748, Westlaw Japan, 2014WLJPCA01208006 | 16 |
| 13b | <u>Google Translated:</u> Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] Jan. 20, 2014, Hei 24 (wa) no. 15748, Westlaw Japan, 2014WLJPCA01208006 | 16 |
| 14a | *Tōkyō Chihō Saibansho* [Tokyo Dist. Ct.] April 13, 2022, Rei 2 (wa) no. 7287, Westlaw Japan, 2022WLJPCA04138005 | 13 |
| 14b | <u>Google Translated:</u> *Tōkyō Chihō Saibansho* [Tokyo Dist. Ct.] April 13, 2022, Rei 2 (wa) no. 7287, Westlaw Japan, 2022WLJPCA04138005 | 13 |
| 15a | Minpō, at art. 96, para. 1. Tadashi Ōe, 要件事実民法1 [*Requirement important Matter Civil Code1*, *336-337*, (July 30, 2016). | 2 |
| 15b | <u>Google Translated:</u> Minpō, at art. 96, para. 1. Tadashi Ōe, 要件事実民法1 [*Requirement important Matter Civil Code1*, *336-337*, (July 30, 2016). | 2 |

DECLARATION OF AARON D. LEBENTA SUPPORTING DEFENDANTS' MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF

| | | |
|---|---|---|
| 16a | Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] September 16, 2011, Hei 21 (wa) no. 37069, Westlaw Japan, 2011WLJPCA09169012 | 12 |
| 16b | <u>Google Translated:</u> Tōkyō Chihō Saibansho [Tokyo Dist. Ct.] September 16, 2011, Hei 21 (wa) no. 37069, Westlaw Japan, 2011WLJPCA09169012 | 12 |