# EXHIBIT 7a

# EXHIBIT 7a

**いむす王**

2021年9月12日(日)

> 皆さん方のところにMobby coinのbuy backprogramについてメールが届いてると思います。ですが、我々はモビーコインの返却を求めており、会社側とは見解が違うためSEC(米証券監視委員会)に判断をお任せする事にしておりbuy backには申し込みません。既に僕からSECに訴える和文は出来ており、今週翻訳してSECに送信します。その文面には僕だけでなく、井街に誘われた僕の友人達10人のお名前と投資額も記入してあり団体交渉の手合になってます。
> 親方の場合は30.48BTC($276.196)です。どうかこの件は僕らにお任せ下さり出来るだけ多く投資額の返金を実現させたいと思います。
>
> 5:51

> おはようございます。承知しました！
>
> 既読 10:47

2021年9月25日(土)

> 先日SECに皆さんの代表として通報しました。
> 今回はToddとSunday社に詐欺行為があるという視点ではなく、そもそもMobbyを開発する資金と

DEF 067604

13:48

← **いむす王**

10:47

2021年9月25日(土)

先日SECに皆さんの代表として通報しました。
今回はToddとSunday社に詐欺行為があるという視点ではなく、そもそもMobbyを開発する資金として出資したやり方に問題があったのではないか？をSECに通報し調査依頼をお願いしました。
加えてMobby projectが破綻してる可能性にも言及して返金を要請するという内容です。
通報文に皆んなの出資額も列挙しました。本来なら出資額は個人情報なので通報前に全員から了解を得るべきでしたが、一部の方には報告してあったのとこの事件の様相から金額も提示させて頂いたことをご了承ください。

6:44

お疲れ様です。この話を頂いて色々と考えました。今回の投資の問題で、政府機関との話し合いに自分の名前が出ると、万一にでもマスコミ等に知られた場合に、今は部屋を立ち上げる時で、少し控えめにしたい気持ちがあるため、自分は名前を出さずに、できれば静観したく思います。
自分は勝負師として生きてきたので、自分で決めたことは最後ま

DEF 067605

13:48    93%

**いむす王**

> 請するという内容です。
> 通報文に皆んなの出資額も列挙しました。本来なら出資額は個人情報なので通報前に全員から了解を得るべきでしたが、一部の方には報告してあったのとこの事件の様相から金額も提示させて頂いたことをご了承ください。
> 6:44

> お疲れ様です。この話を頂いて色々と考えました。今回の投資の問題で、政府機関との話し合いに自分の名前が出ると、万一にでもマスコミ等に知られた場合に、今は部屋を立ち上げる時で、少し控えめにしたい気持ちがあるため、自分は名前を出さずに、できれば静観したく思います。
> 　自分は勝負師として生きてきたので、自分で決めたことは最後まで貫いてみようと思う気持ちもあります。最後までこのプロジェクトに関わってみて、のるかそるかを賭けてみたく思います。
>
> 勝手を言って、申し訳ありません。
> 理事長のご厚意にいつも感謝しております。
> 既読 18:24

> 承知しました。
> 親方のおっしゃる通りにします。
> 18:25


DEF 067606