EXHIBIT 7b

EXHIBIT 7b

Case 2:22-cv-01324-MMD-EJY Document 118-2 Filed 03/31/25 Page 2 of 4

93%

< **lmusuou**



I think you have received an email about the Mobby coin buy back program. However, we are requesting the return of our Mobby coins, and since our opinion is different from that of the company, we have decided to leave the decision to the SEC (U.S. Securities and Exchange Commission) and will not apply for the buy back program. I have already prepared the Japanese text to appeal to the SEC, which I will translate and send to the SEC this week. The text includes not only my name but also the names and investment amounts of 10 of my friends who were invited by Imachi, and this will be the basis for collective bargaining.

In the case of the boss, it is 30.48BTC ($276.196). Please leave this matter to us and we will try to refund as much of your investment as possible.

5:51

Good morning. Understood!

Already read
10:47



The other day I went to the SEC on behalf of everyone. This time, the focus is not on Todd and Sunday committing fraud, but on the



DEF 067604

Case 2:22-cv-01324-MMD-EJY    Document 118-3    Filed 03/31/25    Page 3 of 4

< lmusuou

Saturday, September 25, 2021



I recently filed a report with the SEC on your behalf.

This time, rather than focusing on the possibility that Todd and Sunday had committed fraud, we reported the matter to the SEC and asked them to investigate whether there may have been a problem with the way in which the funds used to develop Mobby were invested in the first place.

In addition, the email mentions the possibility that the Mobby project may have gone bankrupt and requests a refund.

In the report, I also listed the amounts of investments made by everyone. Normally, I should have gotten everyone's consent before reporting this, since the amount of investment is personal information, but please understand that I have already reported it to some people and that I have listed the amounts given the circumstances of this case.

6:44

Thank you for your hard work. I have been thinking about this matter. Regarding this investment issue, if my name comes up in the discussions with the government agency, and if it becomes known to the media, I would like to remain a little low-key since I am just starting to set up the room. I would like to remain silent if possible without revealing my name.

I live as a gambler, so the decisions I make are the final ones.

Case 2:22-cv-01324-MMD-EJY Document 118-3 Filed 03/31/25 Page 4 of 4

< **Imusuou**

**The content is to request.**
In the report, I also listed the amounts of investments made by everyone. Normally, I should have gotten everyone's consent before reporting this, since the amount of investment is personal information, but please understand that I have already reported it to some people and that I have listed the amounts given the circumstances of this case.

6:44

Thank you for your hard work. I have been thinking about this matter. Regarding this investment issue, if my name comes up in the discussions with the government agency, and if it becomes known to the media, I would like to remain a little low-key since I am just starting to set up the room. I would like to remain silent if possible without revealing my name.

I've always lived my life as a gambler, so I want to see things through to the end once I've made a decision. I want to be involved in this project until the very end, and see if it works out.

I'm sorry for being so selfish.

I am always grateful for the chairman's generosity.

Already read
18:24



I've got it.
I will do as my parents say.

18:25

DEF 067606