EXHIBIT 8a

EXHIBIT 8a




20:52

いむす王

2021年12月6日(月)

親方の方針は伺ってますがアメリカのNevada州からSundayに対して詐欺事件の捜査に着手する報告がありました。ついては捜査官からMobbyコイン被害額を確定したいので捜査協力の要請がありました。
親方はどう対応しますか？
アメリカでの事件になるので基本的に日本では大きく取り扱わないと思います。
加えて僕の方でアメリカ人弁護士を手配し返金交渉に着手する事にしました。
もしご協力頂けるならメールで被害額のみお答え頂ければ良いと思います。

12:22

前田美栄さん、金井光昭さんはご存知の方ですか？

このお二人もMobbyコインに名前があるので伺いました。

13:06

お疲れ様です。
もう少し時間もらってもいいですか？
金井光昭はうちの呼出です。前田さんは知り合いではないです。

既読
13:17

CONFIDENTIAL INFORMATION　　　　　　　　　　　　　　　　　　DEF 046311

**いむす王**

> お疲れ様です。
> もう少し時間もらってもいいですか？
> 金井光昭はうちの呼出です。前田さんは知り合いではないです。
> 既読 13:17


> では呼出の金井さんにメールの件聞いてもらってイイですか？
> 13:22

> 既読 13:24 承知しました、


> 讃岐アキヨシさん
> 植松さんご夫妻はご存知ですか？
> 13:44

> 既読 14:10 植松さんは知っております。讃岐さんはまだ知りません。


> 井街さん曰く、讃岐アキヨシさんは兄弟子じゃないかと言っています
> 14:16

> 既読 14:17 小野川親方でした！


> では御二方にメールの件聞いてみてください。
> ちなみに捜査官から来たメール転送します。
> 14:18


> From: Chayah Skye
> [mailto:

CONFIDENTIAL INFORMATION    DEF 046312

20:53

いむす王

From: Chayah Skye [mailto:cskye@sos.nv.gov]
Sent: Thursday, November 18, 2021 11:40 PM
To: nakamura.tetuya@ims.gr.jp
Subject: FW: Sunday Group - Nevada Secretary of State - Securities Investigation

Dear Mr. Tetsuya,

The Nevada Secretary of State, Securities Division, has received your complaint concerning Sunday Group. I have been assigned as the investigator and will be working with you to gather all the necessary information to pursue this case.

One of my first tasks is to try and identify as many victims as possible, so that I can thoroughly investigate the harm to each and every one of them. As I am first reviewing your information I see that there are many more investor victims that you mention in your report. I would like to talk to each of them. Can you please tell me if you have an email address for each of these

CONFIDENTIAL INFORMATION                    DEF 046313

One of my first tasks is to try and identify as many victims as possible, so that I can thoroughly investigate the harm to each and every one of them.  As I am first reviewing your information I see that there are many more investor victims that you mention in your report.  I would like to talk to each of them.  Can you please tell me if you have an email address for each of these people:

Massaaki Ito
Hiroshi Hagiwara
Hiromi Takehara
Akiyoshi Sanuki
Hirohisa Uematsu
Tomoko Takahashi
Mie Maeda
Yoko Ogino
Nanako Nogi
Kazunori Matsubara
Toshiki Tanemura
Kumiko Uematsu
Kyoichi Hariu
Yuji Kuramochi
Yoshihisa Ishikawa
Takuho Muramatsu
Mitsuaki Kanai

CONFIDENTIAL INFORMATION                    DEF 046314



> Yuji Kuramochi
> Yoshihisa Ishikawa
> Takuho Muramatsu
> Mitsuaki Kanai
>
> I realize that some or most of them do not speak English, so I will send them correspondence in Japanese using Google translate to facilitate our communication.
>
> After I am able to more thoroughly review all the information in your complaint, I will contact you again as I am sure to have more questions.
>
> Thank you in advance for your time and have a nice day.
>
> Chayah Skye
> Compliance/Audit Investigator III, Securities Division
> Office of the Secretary of State, Barbara K. Cegavske
> 2250 Las Vegas Boulevard North, Ste. 400
> North Las Vegas, NV  89030
> cskye@sos.nv.gov
>
> 14:20

> 植松さんは英語堪能でしょうから、この英文送ってみてください
>
> 15:56

Case 2:22-cv-01324-MMD-EJY Document 119-17 Filed 03/31/25 Page 7 of 8

**いむす王**

 植松さんは英語堪能でしょうから、この英文送ってみてください
15:56

 植松夫婦そして讃岐さんがNevada州の捜査官にご協力頂けるなら、アメリカからのメール受信する為の希望アドレス教えてください。
もしくは直接やり取りして頂いても構いません。
16:46

植松さんの奥様はアメリカの方ですので聞いてみます。
既読 17:20

 是非メール転送してください
17:21

 Sundayが行った真相はこれから捜査官によって解明されても、どういう経緯でMobbyに出資したかは個人個人違うので聞かれるかもしれません
17:23

みなさんにメールを転送しましたがメールに自分の名前が入っていましてみなさん困惑しております。
大半の方々がモビープロジェクトをまだ参加したいという回答が多かったためそのようなことになっているのかと思います。
私も名前が入っておりましたので

CONFIDENTIAL INFORMATION     DEF 046316

**いむす王**

もしくは直接やり取りして頂いても構いません。
16:46

植松さんの奥様はアメリカの方ですので聞いてみます。
既読 17:20

是非メール転送してください
17:21

Sundayが行った真相はこれから捜査官によって解明されても、どういう経緯でMobbyに出資したかは個人個人違うので聞かれるかもしれません
17:23

みなさんにメールを転送しましたがメールに自分の名前が入っていましてみなさん困惑しております。
大半の方々がモビープロジェクトをまだ参加したいという回答が多かったためそのようなことになっているのかと思います。
私も名前が入っておりましたので少し困惑してます。
既読 22:36

分かりました。
では僕の方から横綱と関係者の方々は除いた形で先方に報告します。
今後の経過は逐次報告するので皆さんそれぞれお考えください。
22:41

CONFIDENTIAL INFORMATION　　　　　　　　DEF 046317