EXHIBIT 8b

EXHIBIT 8b

20:52

**< Imusuou**

Monday, December 6, 2021

I understand your policy, but we have received a report from the state of Nevada in the United States that they are starting an investigation into a fraud case against Sunday. Investigators have requested our cooperation in the investigation to determine the amount of damage caused by Mobby coins.
How do your parents respond?
Since this is an incident that took place in the United States, I don't think it will be given much attention in Japan.
In addition, I arranged for an American lawyer to begin negotiating a refund.

If you can help us, please email us and tell us just the amount of the damage.

12:22

Do you know Mie Maeda and Mitsuaki Kanai?

I asked these two people because their names are on Mobby coins.

13:06

thank you for your hard work.

Can I have a little more time?

Mitsuaki Kanai is our caller. I don't know Mr. Maeda.

Already read
13:17

CONFIDENTIAL INFORMATION　　　　　　　　　　　　　　　　　　　DEF 046311

20:53

**Imusuou**

> Thank you for your hard work. Can I have a little more time?
> Mitsuaki Kanai is our caller. I don't know Mr. Maeda.
>
> Already read 13:17


So, can I ask Kanai-san on the call center to talk to you about the email?
13:22

> I've got it,
>
> Already read 13:24


Do you know the Sanuki Akiyoshi and Uematsu couple?
13:44

> Uematsu-san knows. Sanuki-san doesn't know yet.
>
> Already read 14:10


According to Imachi-san, Akiyoshi Sanuki is probably his senior apprentice.
14:16

> It was Master Onogawa!
>
> Already read 14:17


Well, please ask the two of you about the email. By the way, I will forward the email I received from the investigator.
14:18

From: Chayah Skye
[mailto:

20:53    65%

< **Imusuou**



From: Chayah Skye [mailto:cskye@sos.nv.gov]
Sent: Thursday, November 18, 2021 11:40 PM
To: nakamura.tetuya@ims.gr.jp
Subject: FW: Sunday Group - Nevada Secretary of State - Securities Investigation

Dear Mr. Tetsuya,

The Nevada Secretary of State, Securities Division, has received your complaint concerning Sunday Group. I have been assigned as the investigator and will be working with you to gather all the necessary information to pursue this case.

One of my first tasks is to try and identify as many victims as possible, so that I can thoroughly investigate the harm to each and every one of them. As I am first reviewing your information I see that there are many more investor victims that you mention in your report. I would like to talk to each of them. Can you please tell me if you have an email address for each of these



   |  

CONFIDENTIAL INFORMATION       DEF 046313

  

**< Imusuou**

> One of my first tasks is to try and identify as many victims as possible, so that I can thoroughly investigate the harm to each and every one of them. As I am first reviewing your information I see that there are many more investor victims that you mention in your report. I would like to talk to each of them. Can you please tell me if you have an email address for each of these people:
>
> Massaaki Ito
> Hiroshi Hagiwara
> Hiromi Takehara
> Akiyoshi Sanuki
> Hirohisa Uematsu
> Tomoko Takahashi
> Mie Maeda
> Yoko Ogino
> Nanako Nogi
> Kazunori Matsubara
> Toshiki Tanemura
> Kumiko Uematsu
> Kyoichi Hariu
> Yuji Kuramochi
> Yoshihisa Ishikawa
> Takuho Muramatsu
> Mitsuaki Kanai



  
**Imusuou**

Monday, December 6, 2021

Yuji Kuramochi
Yoshihisa Ishikawa
Takuho Muramatsu
Mitsuaki Kanai

I realize that some or most of them do not speak English, so I will send them correspondence in Japanese using Google translate to facilitate our communication.

After I am able to more thoroughly review all the information in your complaint, I will contact you again as I am sure to have more questions.

Thank you in advance for your time and have a nice day.

Chayah Skye
Compliance/Audit Investigator III, Securities Division
Office of the Secretary of State, Barbara K. Cegavske
2250 Las Vegas Boulevard North, Ste. 400
North Las Vegas, NV  89030
cskye@sos.nv.gov

14:20

 Mr. Uematsu, I'm sure you're fluent in English, so please send him this English text.

15:56

20:54    64%

< **Imusuou**

 Mr. Uematsu, I'm sure you're fluent in English, so please send him this English text. 15:56

 If Mr. and Mrs. Uematsu and Mr. Sanuki are willing to cooperate with Nevada investigators, please let us know your preferred email address for receiving mail from the United States.
Or you can contact us directly. 16:46

> Mr. Uematsu's wife is American, so I'll ask her.
> Already read 17:20

 Please forward the email 17:21

 Even if the truth about what Sunday did is revealed by investigators, the circumstances under which each person invested in Mobby may be different, so they may be asked about it. 17:23

> I have forwarded the email to everyone, but everyone is confused because their own name is included in the email.
>
> I think this is because the majority of people responded that they still wanted to participate in the Moby Project.
>
> My name was also included, so

    

  

**Imusuou**

> You are welcome to take the girl.
> 16:46

Mr. Uematsu's wife is American, so I'll ask her.
Already read 17:20

> Please forward the email
> 17:21

> Even if the truth about what Sunday did is revealed by investigators, the circumstances under which each person invested in Mobby may be different, so they may be asked about it.
> 17:23

I have forwarded the email to everyone, but everyone is confused because their own name is included in the email.

I think this is because the majority of people responded that they still wanted to participate in the Moby Project.

I'm a little confused because my name is on it too.
Already read 22:36

> Understood.
> So I will report to the other party excluding the yokozuna and other related parties.
>
> We will keep you updated on future developments so please think about it accordingly.
> 22:41

CONFIDENTIAL INFORMATION

DEF 046317