EXHIBIT 15a

EXHIBIT 15a

る。以下、分説する。

1　詐欺（本条1項）
(1) 相手方本人の詐欺

例えば、XからYに対して契約に基づく履行請求がされた場合、その契約についての詐欺取消しに関する主張・立証責任は、詐欺取消しによって当該契約の効力を否定する者Yに存する（大判昭和3年4月18日民集7.283〔27510626〕は、「法律行為カ詐欺ニ因リ成立シタル場合、……取消ニ因リ無効ト為リタルコトヲ主張……スル者ニ於テ当該事実ノ存在ヲ主張スルノ責任アリ又其ノ争ハレタル場合ニハ之ヲ立証スル責任アルコト殆ト言ヲ俟タス」と判示する）。

そして、具体的に主張・立証すべき事実は、(1) XがYに対して欺罔行為を行なったこと、(2) Yが(1)によって錯誤に陥ったこと、(3) Yが錯誤に基づいて契約上の申込み又は承諾の意思表示をしたこと、(4) YがXに対して、前記申込み又は承諾の意思表示を取り消す旨の意思表示をしたことである（司研・民事訴訟における要件事実について13頁は、さらに、(5) Xには右の欺罔によってYに錯誤を生じさせ、これによって意思表示をさせようという故意があったこと、(6) 当該詐欺が違法性を有することを基礎付ける事実を要件事実として要求する）。これらの要件事実のうち、(1) ないし(3) の要件に関し、鳩山秀夫・法律行為乃至時効175頁は、「詐欺及ヒ之ニ因ル錯誤ノ存在ハ共ニ之ヲ理由トシテ意思表示ヲ取消サントスル者ニ於テ証明スルコトヲ要スルハ勿論ナリ錯誤カ行為意思決定ノ原因ナリシコトモ亦証明ヲ要スル事実トナリト雖モ錯誤カ重大ニシテ通常ノ場合ニ於テ行為意思決定ノ理由タルヘキモノニ付テハ特ニ証明ヲ要スルコトナシ」という。

詐欺による意思表示は、その動機に錯誤があるので、場合によっては要素の錯誤になり得るので、表意者は要素の錯誤を立証して錯誤無効を主張することも、欺罔行為を立証して詐欺取消しを主張することも可能であることが指摘されている（賀集唱「要件事実の機能」司法研修所論集90号（1994年）59頁）。

その場合、詐欺取消しの具体的な要件事実は、錯誤無効のそれと比較して、事案によっては、a+bになる場合があるので注意が必要である。

**訴訟物**　　XのYに対する売買契約に基づく代金支払請求権
＊本件は、XがYに対して服地の売買代金の支払を求めたところ、YはXが高級な服地だとYを騙して売りつけたこと

がわかったので、取り消したと主張したところ、取消権の行使がYが騙されたことに気付いて5年内であったかが争点となった事案である。

**請求原因**　1　XはYとの間で、本件服地を代金30万円で売買する契約を締結したこと

（詐欺に基づく取消し）
**抗　弁**　1　XはYに対し、請求原因1の契約を締結するに際し、本件服地が英国製のもので50万円相当のものであると告げたこと
2　Yは本件服地が50万円以上のものであると信じたこと
3　抗弁2の結果、Yは請求原因1におけるYの意思表示をしたこと
4　本件服地は、1万円の価値のものであったこと
5　YはXに対し、請求原因1の契約の取消しの意思表示をしたこと

（消滅時効）
**再抗弁**　1　Yは、XがYを欺罔したことを知ったこと及びその日
2　再抗弁1の日から5年以上が経過したこと
3　YはXに対し、抗弁5に先立ちXの有する取消権につき消滅時効を援用する意思表示をしたこと

＊上記の再抗弁は、126条に基づくものである。抗弁権の永久性（実体法上の権利が、誰かの請求に対抗して現状の維持を主張する（すなわち、抗弁権）という防御な形態で訴訟上現れる場合には、期間の制限には服しないという原則）を認める見解によれば、上記再抗弁は主張自体失当ということになる。

(2) 相手方代理人の詐欺

相手方のある意思表示において、相手方の代理人が詐欺を行なった場合には相手方本人が悪意であるか否かにかかわらず意思表示を取り消すことができる（大判明治39年3月31日民録12.492〔27520947〕）。相手方から契約締結の媒介の委託を受けた者が詐欺を行なった場合も同じである。相手方から媒介の委託を受けた者が詐欺を行なった場合に相手方の悪意を要件とせずに取消しを認めるのは、代理人の場合と同様に相手方が契約の締結に当たって使用した者であるから、相手方が詐欺を知らなかったがゆえに取消権の行使を阻むのは公平を欠くからである。

640

| | | | |
|---|---|---|---|
| 平20・2・28 | 東京高決 | 判タ 1266.226〔28141155〕 | 271 |
| 平21・4・6 | 横浜地小田原支決 | 判時 2044.111〔28152303〕 | 69 |
| 平21・7・17 | 最判 | 裁判集民 231.419〔28152186〕 | 23, 24, 25 |
| 平22・8・31 | 東京地判 | 判時 2008.10〔28162424〕 | 66 |

著者紹介

大江　忠（おおえ　ただし）

1944年　広島市に生まれる

1967年　東京大学法学部卒業

現　在　弁護士（第二東京弁護士会所属）

サービス・インフォメーション
──────────────────────── 通話無料 ───
①商品に関するご照会・お申込みのご依頼
　　　　　　　TEL 0120(203)694／FAX 0120(302)640
②ご住所・ご名義等各種変更のご連絡
　　　　　　　TEL 0120(203)696／FAX 0120(202)974
③請求・お支払いに関するご照会・ご要望
　　　　　　　TEL 0120(203)695／FAX 0120(202)973

●フリーダイヤル（TEL）の受付時間は、土・日・祝日を除く
　9:00～17:30です。
●FAXは24時間受け付けておりますので、あわせてご利用ください。

第4版　要件事実民法　(1)　総則

平成 7 年 7 月 6 日　　初　版第 1 刷発行
平成 14 年 5 月 20 日　　第 2 版第 1 刷発行
平成 17 年 11 月 15 日　　第 3 版第 1 刷発行
平成 28 年 7 月 30 日　　第 4 版第 1 刷発行

著　者　　大　江　　忠
発行者　　田　中　英　弥
発行所　　第一法規株式会社
　　　　　〒107-8560　東京都港区南青山 2-11-17
　　　　　ホームページ　http://www.daiichihoki.co.jp/

要件民法 4(1)　ISBN978-4-474-05460-8　C3332　(1)

©2016 by Tadashi Ohe. Printed in Japan.