Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone: (725) 666-8701

Aaron D. Lebenta (UT Bar # 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516

James E. Magleby (UT Bar # 7247)
magleby@mcpc.law
**MAGLEBY CATAXINOS PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF, DECLARATION, AND EXHIBIT OBTAINED FROM PLAINTIFF UNDER SEAL** |

Case No: 2:22-cv-01324-MMD-EJY

**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF, DECLARATION, AND EXHIBIT OBTAINED FROM PLAINTIFF UNDER SEAL**

Pursuant to Local Rules IA 10-5 and the parties' Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Dkt. 67), Defendants move this Court for leave to file Defendant's Motion to Compel Documents from Plaintiff (the "Motion"), Declaration of Aaron Lebenta in Support of Plaintiff's Motion (the "Lebenta Declaration"), and an Exhibit attached to the Lebenta Declaration under seal or in redacted form. Specifically, Defendants seek leave to file Exhibit 6 to the Lebenta Declaration, which Plaintiff has designated as "Confidential" under the Protective Order, and references to that Exhibit in the Motion and Declaration, in redacted form.

## MEMORANDUM OF POINT AND AUTHORITIES

### LEGAL STANDARD

Local Rule 10-5(a) provides that "papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal." The court may then "direct the unsealing of papers filed under seal, with or without redactions, after notice to all parties and an opportunity to be heard." LR 10-5(b). While courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents," this right is not absolute. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 n.8 (1978). Unless the document sought to be sealed is one "traditionally kept secret," i.e., a grand jury transcript or warrant materials, a strong presumption in favor of public access exists. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). This presumption of public access does not apply with equal force, however, to non-dispositive motions and related materials filed therewith because "the public has less need for access to court records attached only to non-dispositive motions because these documents are often 'unrelated, or only tangentially related, to the underlying cause of action.'" *Id.* at 1179 (citation and further quotations omitted). Thus, for non-dispositive motions, such as a discovery motion, a "good cause" standard applies, rather than a "compelling

reasons" standard. *Id.* at 1180. In determining whether to seal the document requested, the court must balance competing interests. *Id.* at 1179.

**ARGUMENT**

The Protective Order states, "[a]ny Party seeking to file or disclose materials designated as Confidential Information with the Court in this action must seek to file such Confidential Information under seal pursuant to LR IA 10-5 of the U.S. District Court Rules for the District of Nevada for Sealing Court Records." [Protective Order at ¶ 12.] Pursuant to the Court's Protective Order, Plaintiff have designated as confidential an email to Plaintiff, attached as Exhibit 6 to the Lebenta Declaration (the "Email"). Defendants' counsel contacted Plaintiff's counsel prior to filing this motion to determine whether they maintained that the Email at issue (Ex. 6) met the standards for filing under seal/redaction in this Court because of Plaintiff's confidentiality designation, particularly in light of the Court's prior order denying Plaintiff's motion to seal in connection with a motion to compel and unsealing certain documents for failing to meet the requisite standards. (Docket No. 102). Plaintiff's counsel advised that Plaintiff considers this document to be confidential and needed to be filed under seal, without providing any further explanation as to why Plaintiff maintained the document met the standards for filing under seal. As the email at issue was produced by Plaintiff, and because Plaintiff declined to provide any explanation, Defendants are not aware of Plaintiff's basis for asserting the document is confidential and must be filed under seal beyond Plaintiff's ipse dixit assertion of confidentiality.

Out of an abundance of caution, and to avoid contravening the Protective Order, therefore, Defendants are:

1. Filing the entire Email, attached as Exhibit 6 to the Lebenta Declaration, under seal as Plaintiff has designated this email as confidential; and

**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF, DECLARATION, AND EXHIBIT OBTAINED FROM PLAINTIFF UNDER SEAL**

2. Filing the Motion and Lebenta Declaration in redacted form, redacting those portions that discuss the Email in Exhibit 6.

Concurrent with this filing, Defendants are serving counsel for Plaintiff a complete copy of the Motion, the Lebenta Declaration, and related exhibits in unredacted form, by email.

DATED: March 31, 2025            **CLYDE SNOW & SESSIONS**

By: */s/Aaron D. Lebenta*
     Aaron D. Lebenta (UT Bar 10180)

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2025, the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF, DECLARATION, AND EXHIBIT OBTAINED FROM PLAINTIFF UNDER SEAL was served on the person(s) named below via electronic mail.

                                         */s/ Kari J. Peck*
                                         Kari J. Peck
                                         Legal Assistant

Felix S. Lee (CA Bar 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar 212297)
csteskal@fenwick.com
Casey O'Neill (CA Bar 264406)
coneill@fenwick.com
Claire Mena (CA Bar 339324)
cmena@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

John D. Tennert III (NV Bar 11728)
jtennert@Fennemorelaw.com
Wade Beavers (NV Bar 13451)
wbeavers@fennemorelaw.com
**FENNEMORE CRAIG, P.C**
7800 Rancharrah Parkway
Reno, NV 89511