Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone:  (725) 666-8701

Aaron D. Lebenta (UT Bar # 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516

James E. Magleby (UT Bar # 7247)
magleby@mcpc.law
**MAGLEBY CATAXINOS PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF, DECLARATION, AND EXHIBIT OBTAINED FROM PLAINTIFF UNDER SEAL** |

WHEREAS, Defendants Sunday Group Incorporated James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), by and through counsel of record, filed a Motion for Leave to File Motion to Compel Documents from Plaintiff, Declaration, and Exhibit Obtained from Plaintiff Under Seal in this action (ECF    ).

**IT IS ACCORDINGLY ORDERED,** that:

Defendants' Motion for Leave to File Motion to Compel Documents from Plaintiff, Declaration, and Exhibit Obtained from Plaintiff Under Seal is hereby granted.

**ORDERED**

IT IS SO ORDERED:

_____
THE HONORABLE MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED: _____

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2025, I caused a true and correct copy of the foregoing **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF, DECLARATION, AND EXHIBIT OBTAINED FROM PLAINTIFF UNDER SEAL** was served to the parties by the Court's electronic filing system, via CM/ECF.

                               */s/ Kari Peck*
                               Legal Assistant

.