UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNDAY GROUP INCORPORATED, et al.,<br><br>　　　　Defendants.<br><br>SUNDAY GROUP INCORPORATED and TOSHIKI (TODD) MITSUISHI,<br><br>　　　　Counter-Claimants,<br><br>　v.<br><br>TETSUYA NAKAMURA,<br><br>　　　　Counter-Defendant. | Case No. 2:22-cv-01324-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Seal (ECF No. 111) which seeks to seal Exhibit 6 to their Motion to Compel. The only basis sealing was originally sought was compliance with a previously entered protective order. That reason is insufficient as a matter of law. Plaintiff now contends that good cause, under *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), exists to seal a portion of Exhibit 6 as identities of numerous non-party investors in the Mobby project are revealed in the exhibit. ECF No. 116. Plaintiff says co-counsel indicates Japanese law requires the privacy protection that would be afforded through redaction of these individuals' names. *Id*.

Accordingly, IT IS HEREBY ORDERED that the Motion to Seal (ECF No. 111) is GRANTED to the extent that Exhibit 6 is to be redacted so that the names of non-party individuals are not available to the public. The Exhibit is then to be filed on the publicly available docket by Defendants in the redacted format and *not* under seal. The redacted version of Exhibit 6 must be filed no later than **April 15, 2025**.

1    IT IS FURTHER ORDERED that the unredacted version of Exhibit 6, filed under seal at
2  ECF No. 112, is and shall remain sealed.
3    Dated this 9th day of April, 2025.

                                                  ELAYNA J. YOUCHAH
                                                  UNITED STATES MAGISTRATE JUDGE