Mark L. Smith (NV Bar #14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (NV Bar #11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, NV 89120
Telephone: (725) 666-8701

Aaron D. Lebenta (UT Bar # 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar # 12193)
trp@clydesnow.com
**CLYDE SNOW & SESSIONS PC**
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: (801) 322-2516

James E. Magleby (UT Bar # 7247)
magleby@mcpc.law
**MAGLEBY CATAXINOS PC**
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | REDACTED EXHIBIT 6 TO MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF [ECF NO. 110]<br><br>Case No.: 2:22-cv-01324-MMD-EJY |

Defendants Sunday Group Incorporated, James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), submit this Redacted Exhibit 6 to Defendants' Motion to Compel Documents from Plaintiff (the "Motion" or "MTC") (ECF No. 110) as ordered by the Court on April 9, 2025 (ECF No. 117) in a ruling on Defendants' Motion to Seal (ECF No. 111).

**REDACTED EXHIBIT 6 TO MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF [ECF NO. 110]**

DATED: April 10, 2025

CLYDE SNOW & SESSIONS

By: */s/Timothy R. Pack*
Timothy R. Pack

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, the foregoing was served on the person(s) named below via electronic mail.

*/s/ Sabrina Afridi*
Sabrina Afridi
Legal Assistant

Felix S. Lee (CA Bar 197084)
flee@fenwick.com

Christopher J. Steskal (CA Bar 212297)
csteskal@fenwick.com

Casey O'Neill (CA Bar 264406)
coneill@fenwick.com

Claire Mena (CA Bar 339324)
cmena@fenwick.com

**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

John D. Tennert III (NV Bar 11728)
jtennert@Fennemorelaw.com

Wade Beavers (NV Bar 13451)
wbeavers@fennemorelaw.com

**FENNEMORE CRAIG, P.C**
7800 Rancharrah Parkway
Reno, NV 89511

**REDACTED EXHIBIT 6 TO MOTION TO COMPEL DOCUMENTS FROM PLAINTIFF
[ECF NO. 110]**