EXHIBIT 6

EXHIBIT 6

From: Chayah Skye
Sent: Thu 11/18/2021 6:40 AM (GMT-08:00)
To: nakamura.tetuya@ims.gr.jp
Cc:
Bcc:
Subject: FW: Sunday Group - Nevada Secretary of State - Securities Investigation


Dear Mr. Tetsuya,

The Nevada Secretary of State, Securities Division, has received your complaint concerning Sunday Group. I have been assigned as the investigator and will be working with you to gather all the necessary information to pursue this case.

One of my first tasks is to try and identify as many victims as possible, so that I can thoroughly investigate the harm to each and every one of them. As I am first reviewing your information I see that there are many more investor victims that you mention in your report. I would like to talk to each of them. Can you please tell me if you have an email address for each of these people:



I realize that some or most of them do not speak English, so I will send them correspondence in Japanese using Google translate to facilitate our communication.

After I am able to more thoroughly review all the information in your complaint, I will contact you again as I am sure to have more questions.

Thank you in advance for your time and have a nice day.

Chayah Skye
Compliance/Audit Investigator III, Securities Division
Office of the Secretary of State, Barbara K. Cegavske
2250 Las Vegas Boulevard North, Ste. 400
North Las Vegas, NV 89030
cskye@sos.nv.gov