FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212
Facsimile: 775.786.1172

*Attorneys for Plaintiff and Counterdefendant
Tetsuya Nakamura*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>  Plaintiff,<br><br> v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>  Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL AND RESCHEDULING HEARING ON PENDING MOTIONS**<br><br>**(FIRST REQUEST)** |
| SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI,<br><br>  Counterclaimants,<br><br> v.<br><br>TETSUYA NAKAMURA,<br><br>  Counterdefendant. | |

Case No.: 2:22-cv-01324-MMD-EJY

Plaintiff Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants," and together with Dr. Nakamura, the "Parties"), by and through counsel, hereby stipulate as follows:

WHEREAS, on February 21, 2025, Dr. Nakamura filed a Motion to Compel Documents Responsive to Discovery Requests ("Dr. Nakamura's Motion") (ECF No. 99), which is now fully briefed;

WHEREAS, on March 31, 2025, Defendants filed a Motion to Compel Documents From Plaintiff ("Defendants' Motion") (ECF No. 110);

WHEREAS, on April 2, 2025, the Parties filed a Joint Motion to Extend Time (Fifth Request) of Discovery Deadlines and/or Request for a Status Conference (the "Joint Motion") (ECF No. 114);

WHEREAS, the Court has scheduled a hearing for April 28, 2025, at which the Parties must be prepared to discuss the Joint Motion, Dr. Nakamura's Motion, and Defendants' Motion (ECF No. 115);

WHEREAS, under Civil LR 7-2(b), Dr. Nakamura's opposition to Defendants' Motion is currently due by April 14, 2025, and Defendants' reply, if any, in support of Defendants' Motion is currently due by April 21, 2025;

WHEREAS, the Parties believe that a limited amount of additional time for consideration and briefing of the issues raised in Defendants' Motion may permit the narrowing of the issues presented therein, issues on which the Parties are continuing to meet and confer, with one supplemental document production from Dr. Nakamura forthcoming. Specifically, the Parties have agreed, subject to Court approval, that Dr. Nakamura's response to Defendants' Motion shall be due April 28, 2025, and Defendants' reply, if any, on that motion shall be due May 7, 2025;

WHEREAS, in light of the foregoing, the Parties believe a brief, three-week postponement of the April 28 hearing date, to a date on or after May 19, 2025, is warranted and will serve the interests of judicial economy, by permitting full briefing on Defendants' Motion

and consolidated discussion of all three motions at the hearing;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 6-1 and 6-2 and subject to Court approval, that:

1. Dr. Nakamura shall respond to Defendants' Motion on or before April 28, 2025.
2. Defendants shall file a reply, if any, on Defendants' Motion by May 7, 2025.
3. A hearing on the Joint Motion, Dr. Nakamura's Motion, and Defendants' Motion will take place on _____, 2025 at 9:30 a.m.

JOINTLY SUBMITTED

DATED: April 11, 2025    **CLYDE SNOW & SESSIONS**

By: */s/James E. Magleby*
James E. Magleby

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

DATED: April 11, 2025    **FENWICK & WEST**

By: */s/Casey O'Neill*
Casey O'Neill

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____