# EXHIBIT 4



Amanda Cowart
acowart@clydesnow.com
(801) 433-2425
clydesnow.com

April 2, 2025

**DELIVERED VIA EMAIL**

Felix S. Lee
Casey O'Neill
FENWICK & WEST LLP
Silicon Valley Center
801 California St.
Mountain View, CA 94041
Email: flee@fenwick.com
       coneill@fenwick.com

      Re: ***Tetsuya Nakamura v. Sunday Group Incorporated, et al.***
         USDC District of Nevada, Case No. 2:22-cv-01324-MMD-EJY
         DEF 067714-67864

Counsel,

    Included below is a ShareFile link containing document bates labeled DEF 067714-67864 which are designated as "Confidential Information" pursuant to the protective order in this matter. This should complete the Signal message production.

https://clydesnow.sharefile.com/public/share/web-sa2777d1836d54fef86d71342bbd8ccec

                Cordially,

                */s/ Amanda Cowart*

                Amanda Cowart
                *Paralegal assisting Aaron Lebenta*