# EXHIBIT 5

| | |
|---|---|
| **From:** | James E. Magleby |
| **To:** | Claire Mena; Tim Pack; Aaron Lebenta |
| **Cc:** | Felix Lee; Christopher Steskal; Casey O"Neill; Joshua Parr; Lisa Straehle; Nakamura Litigation; James E. Magleby |
| **Subject:** | RE: Nakamura v. Sunday Group: Nakamura Deposition |
| **Date:** | Thursday, April 24, 2025 6:57:27 PM |

Counsel:

This is just a short note to close the loop on our discussion of scheduling Nakamura's deposition during our meet and confer call on Tuesday, April 22, 2025. During that call Plaintiffs' counsel stood by the objection to providing a deposition date for Nakamura, notwithstanding our request below. Thanks.

James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Friday, April 18, 2025 3:59 PM
**To:** Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Joshua Parr <JParr@fenwick.com>; Lisa Straehle <LStraehle@fenwick.com>; Nakamura Litigation <NakamuraLitigation@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** Nakamura v. Sunday Group: Nakamura Deposition

Casey, Claire:

We write regarding scheduling the Nakamura deposition. We ask that you provide available dates in the first two weeks in June or the weeks starting June 30 or July 7, for a two-day deposition in Las Vegas, Nevada. Among other things, we anticipate that scheduling will be a challenge between Nakamura's schedule and that of counsel for the parties.

We understand that Nakamura's position is that the deposition should not take place

until all document discovery has been completed.  We have a number of responses to this position.

First, a dispute over document production should not delay <u>scheduling</u>.  The parties should work together to get the deposition on the calendar, to avoid unnecessary delay due to scheduling conflicts.

Second, it does not make sense to delay Nakamura's deposition simply because there are disputes over unrelated documents from Defendants.  That is, for example, there are no communications with Nakamura that Defendants have not produced.  If Plaintiffs' position is that the production of additional documents are necessary for the Nakamura deposition, then we ask that i) you identify which specific documents you believe are needed and have not been produced; and ii) you explain how/why they are needed for Nakamura's deposition.

Third, Defendants' document production is complete, except for a few lingering issues.  Our side has produced over 65,000 documents.  Further delay, at least of Nakamura's deposition, cannot in god faith be based upon an argument that Plaintiffs' document production is not complete.

In closing, please provide available deposition dates by end of business by next Wednesday, April 23, 2025.  If you have not done so by that date, then we will issue a notice at a time convenient for our side and approach the Court for an order setting Nakamura's deposition.

And, if you would like to discuss, we can do so on Tuesday.

Thanks.


James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.