# EXHIBIT A

2025 05 07 - Claire Mena Email Regarding Signal Messages

| | |
|---|---|
| **From:** | Claire Mena |
| **To:** | James E. Magleby; Tim Pack; Aaron Lebenta |
| **Cc:** | Felix Lee; Christopher Steskal; Casey O"Neill; Joshua Parr; Lisa Straehle; Nakamura Litigation |
| **Subject:** | RE: Nakamura v. Sunday Group |
| **Date:** | Wednesday, May 7, 2025 9:36:26 AM |

James, Aaron,

We are following up on the below. Please let us know whether you collected and produced Mr. Pack's Signal messages or Signal messages from any other custodian. Your failure to respond to an inquiry that you should have been able to answer immediately is troubling, and reinforces the inference that you have not, in fact, collected Mr. Pack's (or any other custodian's) Signal messages, which is directly contrary to the representation that you made to us on our meet and confer call of April 22, 2025, and further bolsters the concerns that we have voiced to you and the Court regarding document retention.

Claire Mena

Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

**From:** Claire Mena
**Sent:** Tuesday, April 29, 2025 2:57 PM
**To:** James E. Magleby <magleby@mcpc.law>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Joshua Parr <JParr@fenwick.com>; Lisa Straehle <LStraehle@fenwick.com>; Nakamura Litigation <NakamuraLitigation@fenwick.com>
**Subject:** RE: Nakamura v. Sunday Group

James, Aaron,

When we met and conferred on Tuesday, April 22, we asked you to identify the custodians in your Signal productions (and had told you before the call that Signal custodians was among the topics we wished to address). Initially, you represented that you produced Signal messages from both Todd Mitsuishi and James Pack. When we explained our understanding is that the productions only included Signal communications from Mr. Mitsuishi, you agreed to confirm whether you collected and produced Signal messages from Mr. Pack. You also represented that if you omitted Mr. Pack's Signal messages, you would produce them. Could you please let us know by the end of the day whether you collected and produced Mr. Pack's Signal messages (or Signal messages collected from any other custodian)?

Best,
Claire

Claire Mena

Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

---

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Friday, April 18, 2025 5:57 PM
**To:** Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Joshua Parr <JParr@fenwick.com>; Lisa Straehle <LStraehle@fenwick.com>; Nakamura Litigation <NakamuraLitigation@fenwick.com>
**Subject:** RE: Nakamura v. Sunday Group

**\*\* EXTERNAL EMAIL \*\***

Claire:

We can be available on Tuesday at 11:30 am or 1:00 pm PST, and if you want us to pick we will take the earlier. Please send a link. Thanks.

James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Claire Mena <CMena@fenwick.com>
**Sent:** Friday, April 18, 2025 9:37 AM
**To:** James E. Magleby <magleby@mcpc.law>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Joshua Parr <JParr@fenwick.com>; Lisa Straehle <LStraehle@fenwick.com>; Nakamura Litigation <NakamuraLitigation@fenwick.com>
**Subject:** RE: Nakamura v. Sunday Group

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi James,

We can do the following days/times:

- Monday:
    - 8am PT / 11 am ET to 9am PT / 12pm ET
- Tuesday:
    - 11:30am PT / 2:30pm ET
    - 1pm PT / 4pm ET to 2pm PT / 5pm ET

We would like to discuss: (1) Signal custodians and (2) technical issues regarding the production (messages cut off, unavailable images, etc.)

Claire Mena
Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

---

**From:** James E. Magleby <magleby@mcpc.law>
**Sent:** Tuesday, April 15, 2025 12:26 PM
**To:** Claire Mena <CMena@fenwick.com>; Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Joshua Parr <JParr@fenwick.com>; Lisa Straehle <LStraehle@fenwick.com>; Nakamura Litigation <NakamuraLitigation@fenwick.com>; James E. Magleby <magleby@mcpc.law>
**Subject:** RE: Nakamura v. Sunday Group

**\*\* EXTERNAL EMAIL \*\***

Claire and Friends:

I am unfortunately travelling today through Thursday (this e-mail is being sent from a plane).

What is your availability next week?

And, can you please provide more detail on your concern with the Signal messages, so that we can be better prepared to answer your questions?

Thanks.

James E. Magleby
MAGLEBY CATAXINOS, PC
141 W. Pierpont Ave.
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

magleby@mcpc.law
www.mcg.law

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail message, including attachments, is intended exclusively for the individual(s) to whom it is addressed and may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. This message may be subject to the attorney-client privilege, work product protection, common-interest rule, or other privileges, protections, or immunities and is strictly confidential.

**From:** Claire Mena <CMena@fenwick.com>
**Sent:** Friday, April 11, 2025 4:47 PM
**To:** Tim Pack <TRP@clydesnow.com>; Aaron Lebenta <ADL@clydesnow.com>; James E. Magleby <magleby@mcpc.law>
**Cc:** Felix Lee <FLee@Fenwick.com>; Christopher Steskal <csteskal@fenwick.com>; Casey O'Neill <coneill@fenwick.com>; Joshua Parr <JParr@fenwick.com>; Lisa Straehle <LStraehle@fenwick.com>; Nakamura Litigation <NakamuraLitigation@fenwick.com>
**Subject:** Nakamura v. Sunday Group

> **Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tim, Aaron, James,

We would like to meet and confer regarding Defendants' recent productions of Signal messages. We are free on the following days/times:

- **Tuesday, April 15**:  9am PT / 12pm ET to 11:30 pm PT / 2:30pm ET and 1pm PT / 4pm ET to 2pm PT / 5pm ET
- **Wednesday, April 16**: 10:30am PT / 1:30 pm ET to 1:30 pm PT / 4:30 pm PT
- **Thursday, April 17**: 9am PT /12 pm ET to 12pm PT / 3pm ET and 1pm PT / 4pm ET to 2:30pm PT / 5:30pm ET

Could you please let us know a day/time that works for you?

Best,
Claire

Claire Mena
Fenwick | Associate | +1 415-875-2046 | cmena@fenwick.com | Admitted in California only. Practicing under the supervision of D.C. Bar members.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.