| | |
|---|---|
| Mark L. Smith (NV Bar #14762)<br>msmith@sffirm.com<br>Jacob L. Fonnesbeck (NV Bar #11961)<br>jfonnesbeck@sffirm.com<br>**SF FIRM, LLP**<br>6345 South Pecos Road, Suite 202<br>Las Vegas, NV 89120<br>Telephone: (725) 666-8701 | Aaron D. Lebenta (UT Bar # 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar # 12193)<br>trp@clydesnow.com<br>**CLYDE SNOW & SESSIONS PC**<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone: (801) 322-2516<br><br>James E. Magleby (UT Bar # 7247)<br>magleby@mcpc.law<br>**MAGLEBY CATAXINOS PC**<br>141 W. Pierpont Avenue<br>Salt Lake City, Utah 84101-3605<br>Telephone: 801.359.9000 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT PRIVILEGE LOGS**<br>**(First Request)** |

Plaintiff Tetsuya Nakamura and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively the "Parties"), by and through counsel, hereby submit this stipulation and proposed order extending the deadline to submit privilege logs ("Stipulation").

WHEREAS, on May 24, 2025, the Court made oral rulings on the Parties' respective motions to compel (ECF 99 & 110), and in particular ordered the Parties to exchange privilege

logs by June 13, 2025.

WHEREAS, given the substantial amount of documents produced thus far, the Parties require additional time to prepare their respective privilege logs. The Parties believe that additional time will allow them to prepare and submit more meaningful and helpful privilege logs.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rule 6-1 and 6-2, that the Parties shall exchange privilege logs on or before June 27, 2025.

DATED: June 12, 2025

**CLYDE SNOW & SESSIONS**

By: */s/Timothy R. Pack*
Timothy R. Pack

Attorneys for Defendants
SUNDAY GROUP INCORPORATED, SGI TRUST, TOSHIKI (TODD) MITSUISHI AND JAMES PACK

DATED: June 12, 2025

**FENWICK & WEST**

By: */s/Casey O'Neill*
Casey O'Neill
(*electronically signed with permission*)

Attorneys for Plaintiff
TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2025, I caused a true and correct copy of the foregoing STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO SUBMIT PRIVILEGE LOGS to be served upon the parties by the Court's electronic filing system, via CM/ECF.

/s/ Kari J. Peck
Kari J. Peck
Legal Assistant