| | |
|---|---|
| Mark L. Smith (NV Bar #14762)<br>msmith@sffirm.com<br>Jacob L. Fonnesbeck (NV Bar #11961)<br>jfonnesbeck@sffirm.com<br>**SF FIRM, LLP**<br>6345 South Pecos Road, Suite 202<br>Las Vegas, NV 89120<br>Telephone: (725) 666-8701 | Aaron D. Lebenta (UT Bar # 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar # 12193)<br>trp@clydesnow.com<br>**CLYDE SNOW & SESSIONS PC**<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone: (801) 322-2516<br><br>James E. Magleby (UT Bar # 7247)<br>magleby@mcpc.law<br>**MAGLEBY CATAXINOS PC**<br>141 W. Pierpont Avenue<br>Salt Lake City, Utah 84101-3605<br>Telephone: 801.359.9000 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**CERTIFICATE OF SERVICE OF DEFENDANTS' PRIVILEGE LOGS** |

Defendants Sunday Group Incorporated ("Sunday Group"), James Pack, Toshiki (Todd) Mitsuishi, and SGI Trust (collectively, "Defendants"), hereby give notice that **Defendants' Privilege Logs, 1) Emails (DEF_PRIV 000001-470)** and **2) Texts/Chats (DEF_PRIV 000471-606** were served via email upon the below listed parties:

Felix S. Lee (CA Bar 197084)
flee@fenwick.com

1    Case No: 2:22-cv-01324-MMD-EJY
**CERTIFICATE OF SERVICE OF DEFENDANTS' PRIVILEGE LOGS**

Christopher J. Steskal (CA Bar 212297)
csteskal@fenwick.com
Casey O'Neill (CA Bar 264406)
coneill@fenwick.com
Claire Mena (CA Bar 339324)
cmena@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

John D. Tennert III (NV Bar 11728)
jtennert@Fennemorelaw.com
Wade Beavers (NV Bar 13451)
wbeavers@fennemorelaw.com
**FENNEMORE CRAIG, P.C**
7800 Rancharrah Parkway
Reno, NV 89511

DATED: June 27, 2025                                **CLYDE SNOW & SESSIONS, P.C.**

By: */s/ Timothy R. Pack*
   Timothy R. Pack (UT Bar 12193)

*Attorneys for Defendants*
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK