Felix S. Lee (CA Bar No. 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar No. 212297)
csteskal@fenwick.com
Casey O'Neill (CA Bar No. 264406)
coneill@fenwick.com
Claire Mena (CA Bar No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:     650.938.5200

*Attorneys for Plaintiff and Counterdefendant*

Aaron D. Lebenta (UT Bar No. 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar No. 12193)
trp@clydesnow.com
CLYDE SNOW & SESSIONS PC
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: 801.322.2516

James E. Magleby (UT Bar No. 7247)
magleby@mcpc.law
MAGLEBY CATAXINOS PC
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants and Counter-Complainants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>            Plaintiff,<br><br>    v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>            Defendants.<br><hr>SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI<br><br>            Counterclaimants,<br><br>    v.<br><br>TETSUYA NAKAMURA,<br><br>            Counterdefendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group Incorporated, SGI Trust, Toshiki (Todd) Mitsuishi, and James Pack ("Defendants," and together with Dr. Nakamura, the "Parties") submit this Joint Proposed Discovery Plan and Scheduling Order in accordance with the Court's July 21, 2025 minute order (Dkt. No. 134) requiring the same.

**The Parties agree on the following dates:**

- Fact discovery deadline:				February 27, 2026
- Initial expert report deadline:			March 31, 2026
- Responsive expert report deadline:		April 30, 2026
- Dispositive motion deadline:			June 30, 2026
- Joint pretrial order deadline:			July 31, 2026

However, if dispositive motions are pending and undecided as of the joint pretrial order deadline, then the due date is extended until 30 days after a decision is issued on such motions, except that the joint pretrial order deadline shall not be later than 45 days before the first day of trial. Further, Defendants anticipate they will require two days to complete Dr. Nakamura's deposition, while Dr. Nakamura reserves all rights on the length of his deposition.

**The Parties disagree on the following dates:**

<u>**Defendants' Position**</u>

Defendants propose the following additional discovery-related deadlines:

- Dr. Nakamura to provide deposition dates:	September 1, 2025
- Dr. Nakamura to Provide Tax Documents:	September 15, 2025
- Dr. Nakamura to Search Devices/E-mail:	September 15, 2025
- Dr. Nakamura's Production from Searches:	October 15, 2025
- Completion of Dr. Nakamura's Deposition:	December 15, 2025

Defendants contend that it is necessary to include dates as benchmarks when the above-discovery tasks will be completed to move discovery forward in an orderly fashion. Defendants cannot adequately prepare for and conduct Dr. Nakamura's deposition, for example, until Dr. Nakamura has searched for and produced documents from his electronic devices and email, as well as provided his tax documents. Further, Defendants have been trying to schedule

Dr. Nakamura's deposition for some time, and because Defendants anticipate that Dr. Nakamura's deposition will require a translator and travel from Japan, additional logistical considerations and preparations will be necessary, which warrants additional advance notice of the date. Finally, because these items remain disputed, Defendants believe that the August 19, 2025, hearing will still be helpful to Court and parties to discuss and resolve these issues.

**Dr. Nakamura's Position**

Dr. Nakamura contends that the additional discovery deadlines referenced above regarding individual discovery requests are not necessary, as they were not present in prior discovery schedules and were not called for by the Court's order. None of the stated reasons presented by Defendants provide good cause for taking the unusual step of having the Court impose piecemeal deadlines for individual discovery requests (and only for Defendants' requests), and any issues with timing can be dealt with in the ordinary course. In the interest of compromise, however, Dr. Nakamura is willing to provide deposition dates by September 15, 2025, which should obviate the need for the August 19, 2025, hearing on Defendants' motion to compel Dr. Nakamura's deposition.

Dated: August 12, 2025.

**FENWICK & WEST LLP**

By: */s/ Felix S. Lee*
   Felix S. Lee

   Attorneys for Plaintiff and Counterdefendant
   TETSUYA NAKAMURA

**CLYDE SNOW & SESSIONS**

By: */s/ Aaron D. Lebenta*
   Aaron D. Lebenta

   Attorneys for Defendants
   SUNDAY GROUP INCORPORATED,
   SGI TRUST, TOSHIKI (TODD) MITSUISHI
   AND JAMES PACK

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the August 12, 2025, he caused a copy of the foregoing Joint Status Report to be served electronically to counsel of record for all parties who have appeared in this action through the Court's CM/ECF system (as all such counsel appear to be registered CM/ECF users).

*/s/ Felix S. Lee*
Felix S. Lee