FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500  Facsimile: 650.938.5200

CLAIRE MENA (CSB No. 339324)
cmena@fenwick.com
FENWICK & WEST LLP
733 10th St NW, Suite 400
Washington, DC 20001

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212  Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**NOTICE OF CHANGE OF ADDRESS** |
| SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>TETSUYA NAKAMURA,<br><br>　　　　Counterdefendant. | |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following change of address and business contact information for Claire Mena, Counsel for Plaintiff and Counterdefendant Tetsuya Nakamura in this matter.

> Claire Mena
> FENWICK & WEST LLP
> 733 10th St NW
> Suite 400
> Washington, DC 20001
> Telephone: (202)-970-3000
> Email: cmena@fenwick.com

All notices and documents regarding this action should be sent to the above address.

Dated: August 19, 2025             FENWICK & WEST LLP

                                   By:  /s/ Claire Mena
                                        Claire Mena

                                        Attorneys for Plaintiff and Counterdefendant
                                        Tetsuya Nakamura