| | |
|---|---|
| Felix S. Lee (CA Bar No. 197084)<br>flee@fenwick.com<br>Christopher J. Steskal (CA Bar No. 212297)<br>csteskal@fenwick.com<br>Casey O'Neill (CA Bar No. 264406)<br>coneill@fenwick.com<br>Claire Mena (CA Bar No. 339324)<br>cmena@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>*Attorneys for Plaintiff and Counterdefendant* | Aaron D. Lebenta (UT Bar No. 10180)<br>adl@clydesnow.com<br>Timothy R. Pack (UT Bar No. 12193)<br>trp@clydesnow.com<br>CLYDE SNOW & SESSIONS PC<br>201 South Main Street, Suite 2200<br>Salt Lake City, UT 84111<br>Telephone: 801.322.2516<br><br>James E. Magleby (UT Bar No. 7247)<br>magleby@mcpc.law<br>MAGLEBY CATAXINOS PC<br>141 W. Pierpont Avenue<br>Salt Lake City, Utah 84101-3605<br>Telephone: 801.359.9000<br><br>*Attorneys for Defendants and Counter-Complainants* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER TO STAY DISCOVERY AND OTHER DEADLINES PENDING MEDIATION (FIRST REQUEST)** |

Pursuant to Civil LR IA 6-1 and 6-2, Plaintiff Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group, Inc. ("Sunday Group"), SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants," and together with Dr. Nakamura, the "Parties"), by and through counsel, hereby stipulate and request this Court to stay discovery and other deadlines pending the outcome of mediation. In support of this Stipulation and Request, the parties state as follows:

WHEREAS, on August 16, 2022, Dr. Nakamura commenced this action against Defendants alleging claims such as breach of contract and fraud pertaining to cryptocurrency industry investments.

WHEREAS, Defendants alleged counterclaims against Dr. Nakamura including intentional interference with contractual relations, intentional infliction of emotional distress, defamation, business disparagement, and civil conspiracy.

WHEREAS, to date, the Parties have engaged in and completed the following discovery:

- The Parties have each served initial disclosures and initial disclosure documents.
- The Parties have served multiple rounds of written discovery requests, consisting of interrogatories, requests for admission, and requests for production of documents.
- Subject to their objections, the Parties have responded to interrogatories and requests for admission, and have searched for and produced responsive documents.
- Dr. Nakamura conducted Rule 30(b)(6) Depositions of Sunday Group and SGI Trust on December 2 and 3, 2025, pursuant to the Court's August 19, 2025 oral rulings on Defendants' Second Motion to Compel Plaintiff to Appear at a Deposition (ECF No. 136).
- Defendants conducted a Rule 30(a)(1) Deposition of Dr. Nakamura on December 16 and 17, 2025, pursuant to the Court's August 19, 2025 oral rulings on Defendants' Second Motion to Compel Plaintiff to Appear at a Deposition (ECF No. 136).

WHEREAS, the discovery that remains to be completed consists primarily of:

- Scheduling additional fact witness depositions.
- Serving and responding to any additional written discovery requests.
- Evaluating a need for, and conducting, any additional document discovery from third parties, either through informal request or subpoenas.
- Evaluating which topics may benefit from expert discovery and retaining experts and preparing initial expert disclosures.

WHEREAS, any outstanding interrogatories, requests for production, requests for admission, and notices of depositions must be served by January 28, 2026, fact discovery must be completed by February 27, 2026, initial expert disclosures are due by March 31, 2026, responsive expert disclosures are due by April 30, 2026, the last day for filing dispositive motions is June 30,

1  2026, and a joint pretrial order is due by July 31, 2026, unless dispositive motions are pending
2  (ECF Nos. 135-36).

3        WHEREAS, on December 22, 2025, the Parties filed a Joint Submission of Discovery
4  Disputes that is currently pending before this Court (ECF No. 139).

5        WHEREAS, after further meeting and conferring, the Parties have agreed to participate in
6  a mediation of this action. The Parties anticipate they will be able to complete mediation by March
7  31, 2026, if not earlier.

8        WHEREAS, the Parties have not previously applied for, requested, or received a
9  stay in this matter.

10        WHEREAS, to preserve judicial and party resources, and to allow the Parties to prepare
11  for mediation, the Parties agree that, subject to Court approval, a stay of the matter in its entirety
12  is necessary and supported by good cause.

13        **IT IS ACCORDINGLY STIPULATED**, pursuant to Civil LR IA 6-1 and 6-2, by and
14  between the undersigned counsel for the parties, that:

15    i.   This action be stayed while the parties engage in mediation of this action; and
16    ii.   If the mediation and related settlement discussions do not result in a settlement of the
17        action, the parties will present a revised proposed case schedule to the Court within
18        two weeks after the parties agree that no settlement will be reached as a result of the
19        mediation.

Dated: January 22, 2026

Respectfully submitted,

**MAGLEBY CATAXINOS**

By: */s/ James E. Magleby*
James E. Magleby

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

**FENWICK & WEST LLP**

By: */s/ Felix Lee*
Felix Lee

Attorneys for Dr. Nakamura and
Counterdefendant TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: January 23, 2026