FELIX S. LEE (CSB No. 197084)
flee@fenwick.com
CHRISTOPHER J. STESKAL (CSB No. 212297)
csteskal@fenwick.com
CASEY O'NEILL (CSB No. 264406)
coneill@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500  Facsimile: 650.938.5200

JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
WADE BEAVERS (Nevada Bar No. 13451)
wbeavers@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: 775.788.2212  Facsimile: 775.786.1172

Attorneys for Plaintiff and Counterdefendant
TETSUYA NAKAMURA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNDAY GROUP INCORPORATED, *et al.*,<br><br>        Defendants.<br><hr>SUNDAY GROUP INCORPORATED AND TOSHIKI (TODD) MITSUISHI,<br><br>        Counterclaimants,<br><br>   v.<br><br>TETSUYA NAKAMURA,<br><br>        Counterdefendant. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**PLAINTIFF'S MOTION TO WITHDRAW CLAIRE MENA AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 11-6(b), Plaintiff and Counterdefendant Tetsuya Nakamura ("Dr. Nakamura" or "Plaintiff") respectfully move the Court to withdraw Claire Mena as counsel of record for Dr. Nakamura. Ms. Mena is no longer employed at Fenwick & West LLP. Fenwick & West LLP and Fennemore Craig, P.C. will continue to serve as counsel for Dr. Nakamura through other attorneys of record, and Dr. Nakamura and opposing counsel have been notified of Ms. Mena's withdrawal.

For these reasons, Dr. Nakamura respectfully requests that the Court enter an Order withdrawing Ms. Mena as counsel of record.

Dated: February 4, 2026         FENWICK & WEST LLP

                                By:   /s/ Felix Lee
                                      Felix Lee

                                Attorneys for Plaintiff and Counterdefendant
                                Tetsuya Nakamura

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the February 4, 2026, he caused a copy of the foregoing Plaintiff's Motion to Withdraw Claire Mena As Counsel of Record to be served electronically to counsel of record for all parties who have appeared in this action through the Court's CM/ECF system (as all such counsel appear to be registered CM/ECF users).

By: /s/ *Felix Lee*
Felix S. Lee