Felix S. Lee (CA Bar No. 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar No. 212297)
csteskal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:      650.938.5200


*Attorneys for Plaintiff and Counterdefendant*

Aaron D. Lebenta (UT Bar No. 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar No. 12193)
trp@clydesnow.com
CLYDE SNOW & SESSIONS PC
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: 801.322.2516

James E. Magleby (UT Bar No. 7247)
magleby@mcpc.law
MAGLEBY CATAXINOS PC
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants and Counter-
Complainants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS OF PLAINTIFF AND DEFENDANTS WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and D. Nevada Civil LR IA 6-2, Plaintiff Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group, Inc. ("Sunday Group"), SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants," and together with Dr. Nakamura, the "Parties"), by and through counsel, hereby stipulate and agree to dismissal of all claims and counterclaims of all Parties without prejudice. The Parties also respectfully jointly request that the Court enter this Stipulation and dismiss this action, including all claims of all Parties, without prejudice, and cancel all remaining deadlines in this case.  The reason for this Stipulation is that the Parties have entered into a binding confidential

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS OF PLAINTIFFS AND DEFENDANTS WITH PREJUDICE**

Case 2:22-cv-01324-MMD-EJY   Document 145   Filed 06/04/26   Page 2 of 2

settlement agreement to settle their dispute in its entirety.  In the coming weeks the parties anticipate filing a stipulation and order to dismiss this matter with prejudice.


Dated: June 3, 2026                    **CLYDE SNOW & SESSIONS PC**

                                       By:  */s/ Timothy R. Pack*
                                            Timothy R. Pack

                                            Attorneys for Defendants
                                            SUNDAY GROUP INCORPORATED,
                                            SGI TRUST, TOSHIKI (TODD) MITSUISHI
                                            AND JAMES PACK


Dated: June 3, 2026                    **FENWICK & WEST**

                                       By:  */s/ Felix Lee*
                                            Felix Lee

                                            Attorneys for Dr. Nakamura and
                                            Counterdefendant
                                            TETSUYA NAKAMURA

**ORDER**

IT IS SO ORDERED:

_____
HONORABLE MIRANDA M. DU, UNITED STATES DISTRICT JUDGE

DATED: _____

2                      Case No: 2:22-cv-01324-MMD-EJY

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS OF PLAINTIFFS AND DEFENDANTS WITH PREJUDICE**