Felix S. Lee (CA Bar No. 197084)
flee@fenwick.com
Christopher J. Steskal (CA Bar No. 212297)
csteskal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Attorneys for Plaintiff and Counterdefendant*

Aaron D. Lebenta (UT Bar No. 10180)
adl@clydesnow.com
Timothy R. Pack (UT Bar No. 12193)
trp@clydesnow.com
CLYDE SNOW & SESSIONS PC
201 South Main Street, Suite 2200
Salt Lake City, UT 84111
Telephone: 801.322.2516

James E. Magleby (UT Bar No. 7247)
magleby@mcpc.law
MAGLEBY CATAXINOS PC
141 W. Pierpont Avenue
Salt Lake City, Utah 84101-3605
Telephone: 801.359.9000

*Attorneys for Defendants and Counter-Complainants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TETSUYA NAKAMURA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY GROUP INCORPORATED, a Delaware corporation, *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01324-MMD-EJY<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS OF PLAINTIFF AND DEFENDANTS <u>WITH PREJUDICE</u>** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and D. Nevada Civil LR IA 6-2, Plaintiff Tetsuya Nakamura ("Dr. Nakamura") and Defendants Sunday Group, Inc. ("Sunday Group"), SGI Trust, Toshiki (Todd) Mitsuishi and James Pack (collectively, "Defendants," and together with Dr. Nakamura, the "Parties"), by and through counsel, hereby stipulate and agree to dismissal of all claims and counterclaims of all Parties *with* prejudice.

On June 4, 2026, the Parties filed a stipulated motion and proposed order to dismiss this action, including all claims of all parties, *without* prejudice, based on their entry of a confidential settlement agreement to resolve the dispute ("Prior Stipulation"). [ECF No. 145]. In that Prior

Stipulation, the Parties stated that they anticipated filing a stipulation and order to dismiss this case "with prejudice" in the coming weeks. [*Id.*]. The Court entered an Order dismissing all claims of the Parties without prejudice on June 5, 2026. [ECF No. 146]. The reason for the Parties' Prior Stipulation for dismissal without prejudice was that, while they had agreed to the material terms of settlement at mediation, the Parties were still in the process of finalizing the language of definitive settlement documents.

The parties have now finalized and executed definitive confidential settlement documents. Accordingly, the Parties' jointly request that the Court enter this Stipulation move the Court to dismiss this case, including all claims of the Parties, with prejudice.

Dated: September 3, 2026

**CLYDE SNOW & SESSIONS PC**

By: */s/ Aaron D. Lebenta*
Aaron D. Lebenta

Attorneys for Defendants
SUNDAY GROUP INCORPORATED,
SGI TRUST, TOSHIKI (TODD) MITSUISHI
AND JAMES PACK

Dated: September 3, 2026

**FENWICK & WEST**

By: */s/ Felix Lee*
Felix Lee

Attorneys for Dr. Nakamura and
Counterdefendant
TETSUYA NAKAMURA
(e-signed with permission)

**ORDER**

IT IS SO ORDERED:

HONORABLE MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE

DATED: September 4, 2026